AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-CV-04264-GRB-ST

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>KRISTIN SHEELER DESIGNS, LLC</u> was received by me on *(date)* <u>AUGUST 4TH 2025</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because: <u>Defendant not found.</u> ; or

☐ Other: <u>.</u> ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 9.9.25

*Server's signature*

Tchabelino Azimyt

*Printed name and title*

Medley Serves and Investigations
41 Schermerhorn Street Suite 318, Brooklyn , NY 11201

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Aug 6, 2025, 2:03 pm EDT at 134 WEST 70TH STREET APT 7, NEW YORK, NY 10023
no answer at door

2) Unsuccessful Attempt: Aug 9, 2025, 11:38 am EDT at 134 WEST 70TH STREET APT 7, NEW YORK, NY 10023
No answer

3) Unsuccessful Attempt: Aug 11, 2025, 9:21 am EDT at 134 WEST 70TH STREET APT 7, NEW YORK, NY 10023
.