### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERESA GONCALVES and DINA KETCHAM, on behalf of themselves and all others similarly situated<br><br>　　　　　　　Plaintiffs,<br>　vs.<br><br>KRISTIN SHEELER DESIGNS, LLC, KRISTIN SHEELER, and JAMES "JIM" BRINNEN,<br><br>　　　　　　　Defendants. | No. 2:25-cv-04264-GRB-ST<br><br>**APPEARANCE OF COUNSEL** |

To:　The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants Kristin Sheeler Designs, LLC, Kristin Sheeler, and James "Jim" Brinnen.

Dated: October 9, 2025

By: _____
David K. Bowles
BOWLES & JOHNSON PLLC
14 Wall Street, 20th Floor
New York, New York 10005
T: 212-390-8842
E: David@BoJo.Law
*Counsel for Defendants*