# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERESA GONCALVES and DINA KETCHAM, on behalf of themselves and all others similarly situated<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>KRISTIN SHEELER DESIGNS, LLC, KRISTIN SHEELER, and JAMES "JIM BRINNEN,<br><br>　　　　　　　Defendants. | No. 2:25-cv-04264-GRB-ST<br><br>**DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE** |

Defendant KRISTIN SHEELER DESIGNS, LLC ("Defendant"), by its attorneys, Bowles & Johnson PLLC, pursuant to the Federal Rules of Civil Procedure, Rule 7.1, hereby files this corporate disclosure statement and states as follows:

1. Defendant has no parent corporation.

2. Defendant is not owned in whole or in part by any publicly held corporation.

Dated: October 9, 2025

By: _____
David K. Bowles
BOWLES & JOHNSON PLLC
14 Wall Street, 20th Floor
New York, New York 10005
T: 212-390-8842
E: David@BoJo.Law
*Counsel for Defendant*