

October 21, 2025

**VIA ECF**

Hon. Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re:**  **Gonclaves v. Kristin Sheeler Designs, Case No. 2:25-cv-04264 (GRB/ST)**
     **Request for Adjournment of Initial Conference**

Dear Judge Brown:

We represent Kristin Sheeler Designs LLC DBA NIBI-MTK/NIBI ("NIBI"), Kristin Sheeler, and James "Jim" Brinnen (collectively "Defendants"), in the above-captioned matter.  We write to respectfully request an adjournment of the December 4, 2025 initial conference due to a scheduling conflict.

The Court has scheduled the initial conference for December 4, 2025, at 11:30am.  At that exact time and date I am scheduled to appear before the Superior Court of Los Angeles County, California, for a conference scheduled some months ago.  I am the only attorney at my firm that is licensed before that court, so we cannot provide a replacement attorney.  We therefore respectfully request an adjournment of that date to the next convenient date for the Court.

I have met and conferred with opposing counsel and they do not object to the adjournment.

        Yours very truly,

        David K. Bowles



T: 212-390-8842        14 Wall Street, 20th Floor
F: 866-844-8305        New York, NY 10005
David@BoJo.law        www.BoJo.law