

October 28, 2025

**VIA ECF**

Hon. Steven L Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: <u>Gonclaves v. Kristin Sheeler Designs</u>, Case No. 2:25-cv-04264 (GRB/ST)
Letter Motion for Adjournment of Initial Conference

Dear Judge Tiscione:

We represent Kristin Sheeler Designs LLC DBA NIBI-MTK/NIBI ("NIBI"), Kristin Sheeler, and James "Jim" Brinnen (collectively "Defendants"), in the above-captioned matter. We write to respectfully request an adjournment of the December 4, 2025 initial conference due to a scheduling conflict.

The Court has scheduled the initial conference for December 4, 2025, at 11:30am. At that exact time and date I am scheduled to appear before the Superior Court of Los Angeles County, California, for a conference scheduled some months ago. I am the only attorney at my firm that is licensed before that court, so we cannot provide a replacement attorney. We therefore respectfully request an adjournment of that date to the next convenient date for the Court.

I have met and conferred with opposing counsel and they do not object to the adjournment.

Yours very truly,

David K. Bowles

David K. **Bowles**

T: 212-390-8842
F: 866-844-8305
David@BoJo.law

14 Wall Street, 20th Floor
New York, NY 10005
www.BoJo.law