**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | December 5, 2025 |
| TIME: | 10:30 A.M. |
| DOCKET NUMBER(S): | CV-25-4264 (GRB) |
| NAME OF CASE(S): | Goncalves et al v. Kristin Sheeler Designs, LLC et al. |
| FOR PLAINTIFF(S): | Kataev |
| FOR DEFENDANT(S): | Bowles |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | Not Recorded |

RULINGS FROM  Initial Conference                    :

The Court sets the following discovery deadlines:

Deadline for completion of Rule 26(a) initial disclosures - 12/5/25;

Completion of Phase I discovery - 2/3/26;

Deadline for motions to join new parties or amend pleadings - 3/5/26;

First requests for production of documents and interrogatories due by - 3/20/26;

All fact discovery to be completed by 7/10/26;

Final date to take first step in dispositive motion practice - 8/10/26.

Case was previously referred to mediation with a completion date of February 20, 2026. Parties shall file a joint status report by February 27, 2026.