

February 16, 2026

**VIA ECF**

Hon. Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:     <u>Goncalves, et al. v. Kristin Sheeler Designs</u>, Case No. 2:25-cv-04264 (GRB/ST)
        Letter Motion for Adjournment re Mediation

Dear Judge Brown:

We represent defendants Kristin Sheeler Designs LLC ("KSD"), Kristin Sheeler ("Sheeler"), and James "Jim" Brinnen ("Brinnen," and collectively, "Defendants"). This letter motion is submitted jointly by all parties. The parties jointly and respectfully request an extension of the current mediation deadlines so that the parties can complete mediation.

On December 10, 2025, the Court entered a scheduling order that mediation should be completed by February 20, 2026, and ordered a joint status report by February 27, 2026 (Dkt. 17).

Pursuant to the Court's orders, the parties conducted mediation on January 28, 2026, but the parties did not reach a resolution on that date. The mediator deemed further mediation to be appropriate, and has scheduled a second mediation session for March 19, 2026.

The parties therefore wish to respectfully and jointly seek an extension of the Court's deadlines on mediation, so that the adjourned deadlines would be as follows as follows:

1)    Mediation must be completed by March 20, 2026; and
2)    The parties shall provide joint status report to the Court by March 27, 2026.

Accordingly, the parties jointly request this adjournment.

                                Respectfully submitted,

                                David K. Bowles

**David K. Bowles**

T: 212-390-8842          14 Wall Street, 20th Floor
F: 866-844-8305          New York, NY 10005
David@BoJo.law           www.BoJo.law