**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| |
|---|
| TERESA GONCALVES and DINA KETCHAM, on behalf of themselves and all others similarly situated<br><br><br>Plaintiffs,<br><br>*vs.*<br><br><br>KRISTIN SHEELER DESIGNS, LLC, KRISTIN SHEELER, and JAMES "JIM BRINNEN,<br><br>Defendants. |

Case No.: 2:25-cv-4264 (GRB) (ST)

**JOINT STATUS REPORT**

Pursuant to the scheduling order entered by the Court on December 10, 2025 (Dkt. 17), as modified by text order of the Court granting the motion to adjourn mediation deadlines, the parties hereby provide the following joint status report:

On January 28, 2026, the parties participated in a full day of private mediation before Mediator Elena Paraskevas-Thadani, Esq., a member on the EDNY panel of mediators. After good faith discussions, the parties did not reach settlement. The mediator recommended that the parties exchange the previously-scheduled discovery disclosures, and scheduled a second day of mediation for March 19, 2026.

On March 19, 2026, the parties participated in a second mediation day. Unfortunately the matter did not settle, and the mediator filed a report to the Court stating that the matter had not settled.

As the matter has not settled, Defendants filed their pre-motion letter seeking leave to move to dismiss on March 26, 2026. Defendants believe that such motion will dispose of the entire matter. Plaintiffs submit that Defendants must resubmit their pre-motion letter, as the prior letter motion was denied without prejudice. Plaintiffs will then respond accordingly.

The parties exchanged initial discovery requests on March 20, 2026, and anticipate proceeding along the schedule ordered by the Court on December 10, 2025, until such time as the matter is dismissed.

Dated: New York, New York
        March 27, 2026

| CONSUMER ATTORNEYS, PLLC<br>*Attorney for Plaintiffs*<br><br><br>By: __/s/ Emanuel Kataev, Esq. _<br>    Emanuel Kataev, Esq.<br>    6829 Main Street<br>    Flushing, NY 11367-1305<br>    ekataev@consumerattorneys.com | BOWLES & JOHNSON PLLC<br>*Attorney for Defendants*<br><br><br>By: ___/s/ David K. Bowles_____<br>    David K. Bowles<br>    14 Wall Street, 20th Fl.<br>    New York, NY 10002<br>    David@BoJo.Law |
| --- | --- |