

April 28, 2026

**VIA ECF**

Hon. Steven L Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re:**    <u>**Gonclaves v. Kristin Sheeler Designs**</u>, **Case No. 2:25-cv-04264 (GRB/ST)**
       **Letter Motion to Compel and for Sanctions**

Dear Judge Tiscione:

We represent the Defendants in the above-captioned matter.  We write to respectfully request that the Court compel Plaintiffs to comply with their discovery obligations.  As this is not the first time Plaintiffs have failed to comply with Court orders, Defendants also request sanctions.

The Court will recall that the initial conference in this matter was set for December 5, 2025, at 10:30am.  The undersigned appeared as scheduled for the Defendants.  Opposing counsel, Emanuel Kataev, Esq., failed to appear, and the Court set the schedule without his participation in the conference.

The Court-ordered schedule was that parties must make their first demands for documents and interrogatories by March 20, 2026.  Dkt. 17.  All parties made their discovery demands timely.  Pursuant to the applicable federal rules (Rules 33 and 34), responses were due within 30 days, on April 20, 2026.  Defendants made their rediscovery responses timely.  As of the date of this letter, Plaintiffs have made no response at all.

On April 21, 2026, we followed up with Plaintiffs' counsel via email notifying them that they were late, and that motion practice would ensue if there was no production.  *See* Exhibit A hereto.  On April 23, 2026, we followed up again and requested that Plaintiffs' counsel meet and confer regarding the issue so as to avoid motion practice.  *See* Exhibit B hereto.  We have received no response at all to our requests.  We are particularly concerned because all fact discovery must be complete by July 10, 2026.

Defendants' attempt to meet and confer was in compliance with the Court's individual practices and with Rule 37.  As Plaintiffs have made this motion necessary with their lack of responsiveness to reasonable requests, Defendants respectfully respect that Plaintiffs be sanctioned with the cost of the current letter motion, as well as ordered to timely produce documents and responses to Defendants' demands.  Defendants also respectfully submit that Plaintiffs have waived their right to object to Defendants' demands, and that the Court's order should state that no objections should be heard.

David K. **Bowles**

**T:** 212-390-8842     14 Wall Street, 20th Floor
**F:** 866-844-8305     New York, NY 10005
**David**@BoJo.law     **www.BoJo.law**

We apologize to the Court for the necessity of this letter motion.

Respectfully submitted,

David K. Bowles

David K. Bowles
Bowles & Johnson
Page 2 of 2