# Exhibit A

**From:** **David Bowles** David@BoJo.Law 📎
**Subject:** Discovery Responses: Goncalves v Kristin Sheeler Designs
**Date:** April 21, 2026 at 11:34 AM
**To:** Emanuel Kataev emanuel@sagelegal.nyc
**Cc:** Maggie Johnson Maggie@BoJo.Law
**Bcc:** Add to Things add-to-things-np08ne0rkuspo5x7k52@things.email



---

Emanuel,

Plaintiffs' responses to Defendants' discovery demands were due yesterday, and we did not receive them.  They are now overdue.  Please advise when we will receive them, or we will proceed to the Court for motion practice.

We note that Defendants timely provided their responses to Plaintiffs' demands yesterday.

Thank you.  -- David


David K. **Bowles** | **BOWLES & JOHNSON**
**T:** 212-390-8842 | **F:** 866-844-8305 | **David**@BoJo.Law
14 Wall Street, 20th Floor | New York, NY 10005 | **www.BoJo.law**

