# Exhibit B

**From:** **David Bowles** David@BoJo.Law 📎
**Subject:** Goncalves Production
**Date:** April 23, 2026 at 2:11 PM
**To:** Emanuel Kataev emanuel@sagelegal.nyc
**Cc:** Maggie Johnson Maggie@BoJo.Law



Emanuel,

Please find attached Defendants' document production of Bates Numbers D000019-47.  We are still gathering documents from our clients for production, and will roll them out to you as soon as possible.

In the meantime, we have not received your clients' discovery responses, which were due on 4/20.  Please advised whether you are available to meet and confer tomorrow before we bring a motion to compel.  We'd like to get this resolved without intervention of the Court if possible.

Thanks -- David

> **D000019-47.pdf**  ⭳

David K. **Bowles** | **BOWLES & JOHNSON**
**T:** 212-390-8842 | **F:** 866-844-8305 | **David**@BoJo.Law
14 Wall Street, 20th Floor | New York, NY 10005 | **www.BoJo.law**

