

July 17, 2026

**VIA ECF**

Hon. Steven L Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:     <u>**Gonclaves v. Kristin Sheeler Designs**</u>, **Case No. 2:25-cv-04264 (GRB/ST)**
        **Update to Letter Motion to Compel and for Sanctions**

Dear Judge Tiscione:

We represent the Defendants in the above-captioned matter.  We write now to provide an update on Plaintiffs' continued failure to comply with their discovery obligations.  We provide this letter in advance of the hearing that the Court has scheduled on Monday, July 20, 2026, regarding our earlier letter motion to compel responses.

As the Court is aware, Defendants issued discovery demands on March 20, 2026.  These demands consisted of individual requests for production and individual sets of interrogatories to the named Plaintiffs, Teresa Goncalves and Dina Ketcham.  We have attached these demands as Exhibits A-D for the Court's convenience.

Plaintiffs did not respond to Defendants' demands at all, necessitating the current letter motion, which Defendants brought on April 28, 2026.  Dkt. 23.  Defendants also raised this issue during the June 30, 2026 hearing before Judge Brown.  Plaintiffs stated that they had not responded to the discovery demands because they were served via email, an explanation that the Court referred to as "spurious."  We attach a transcript from the June 30, 2026 hearing as Exhibit E.

The close of discovery was July 10, 2026.  Dkt. 17.  On July 15, 2026, Plaintiffs produced certain discovery responses.  We attach these discovery responses hereto as Exhibits F-G.

Plaintiffs' discovery responses are deeply deficient.  Among other things, the individual Plaintiffs do not answer the interrogatories individually, and they are not signed and sworn by the Plaintiffs, in contravention of the rules.  Further, Plaintiffs claim to have no documents whatsoever, a position that is simply not credible.  Defendants provide herewith a copy of a deficiency letter as Exhibit H, which Defendants sent to Plaintiffs' counsel on July 17, 2026.  Plaintiffs' counsel indicated that he was unavailable to meet and confer regarding the deficiency letter before the July 20, 2026 hearing.

David K. **Bowles**

**T:** 212-390-8842      14 Wall Street, 20th Floor
**F:** 866-844-8305      New York, NY 10005
**David**@BoJo.law      **www.BoJo.law**

As Plaintiffs produced these deficient responses *after* the close of discovery, Defendants have been deprived of their right to depose the Plaintiffs on these responses.  Defendants therefore renew their request that Plaintiffs be sanctioned for their nearly-entire lack of participation in the case, or in discovery.  Defendants will raise this issue with the Court in the hearing on Monday, July 20, 2026.

Respectfully submitted,

David K. Bowles

David K. Bowles
Bowles & Johnson
Page 2 of 2