**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | July 20, 2026 |
| TIME: | 1:00 p.m. |
| DOCKET NUMBER(S): | 25cv4264-GRB-ST |
| NAME OF CASE(S): | Goncalves et al v. Kristin Sheeler Designs, LLC et al |
| FOR PLAINTIFF(S): | Kataev |
| FOR DEFENDANT(S): | Bowles |
| NEXT CONFERENCE(S): | |
| FTR/COURT REPORTER: | Cisco (1:00 - 1:15) |

RULINGS FROM Motion Hearing                    :

Defendant's Motion to Compel [23] is granted.  Plaintiffs shall provide revised, verified interrogatory responses and produce outstanding documents by August 7, 2026.  Failure to comply with this deadline will result in sanctions.  Discovery deadlines are amended as follows:  All fact discovery to be completed by 9/10/26; Final date to take first step in dispositive motion practice - 10/12/26.  Parties will advise the Court if a settlement conference would be productive.