

July 24, 2026

**VIA ECF**

Hon. Steven L Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re:    Gonclaves v. Kristin Sheeler Designs, Case No. 2:25-cv-04264 (GRB/ST)**
**Discovery Issue re Service of Demands and Responses**

Dear Judge Tiscione:

We represent the Defendants in the above-captioned matter.  We write to request a conference with the Magistrate Judge regarding consent to email service of discovery demands and responses.

The Court will recall that during the hearing before Judge Brown on June 29, 2026, counsel for Plaintiffs stated that he had ignored Defendants' discovery demands, with no response at all, on the ground that they were served by email.  This was despite the fact that Plaintiffs and Defendants had both served discovery demands and responses exclusively via email prior to that date.  Judge Brown stated that this excuse was spurious, and ordered Plaintiffs to comply.  We also discussed this issue in the hearing before Your Honor on July 20, 2026.  We believed that it was established that both sides had agreed to the more convenient and less expensive mechanism of email service of demands and responses.  We also recall that the Court stated that we could contact the Court in case of any further difficulties.

Defendants served a notice of subpoena upon Plaintiffs' counsel today, and received the attached response.  Plaintiffs appear to be serving their demands and responses via email, and refusing to accept Defendants' demands and responses in the same manner.  We would respectfully request a conference with the Court to resolve this issue.

Respectfully submitted,

David K. Bowles

David K. **Bowles**

**T:** 212-390-8842       14 Wall Street, 20th Floor
**F:** 866-844-8305       New York, NY 10005
**David**@BoJo.law       **www.BoJo.law**

**From:** **Emanuel Kataev** emanuel@sagelegal.nyc 📎
**Subject:** Re: Subpoena to AT&T
**Date:** July 24, 2026 at 2:46 PM
**To:** David Bowles david@bojo.law
**Cc:** Maggie Johnson maggie@bojo.law

I repeat. Plaintiffs do not consent to email service. Your anticipated motion is meritless and we will cross move for sanctions for unnecessarily multiplying the proceedings. Guide yourself accordingly,

Sent from my iPhone

 

**Emanuel Kataev, Esq.**

ADMITTED IN NEW YORK,
NEW JERSEY,
AND CONNECTICUT

📞 (718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)

✉ emanuel@sagelegal.nyc

📍 1411 Broadway, 29th Floor
New York, NY 10018-1976

📍 173 54th Street
Brooklyn, NY 11220-2505

📍 45 Glen Cove Road, 2nd Floor
Greenvale, NY 11548-1057

📍 1981 Marcus Avenue, Suite C129
New Hyde Park, NY 11042-1017

📍 1515 Old Northern Boulevard
Roslyn, NY 11576-1127

📍 162 Broadway, 2nd Floor
Amityville, NY 11701-2704

📍 18211 Jamaica Avenue
Jamaica, NY 11423-2327

📍 6829 Main Street,
Flushing, NY 11367

**From:** David Bowles <david@bojo.law>
**Sent:** Friday, 24 July 2026 13:39:36
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Cc:** Maggie Johnson <maggie@bojo.law>
**Subject:** Re: Subpoena to AT&T

I have seen no compliant service of your email demands or responses, so you have already consented by implication.  We will go to the Magistrate on this if needed.  Please now confirm email service.

David K. **Bowles** | **BOWLES & JOHNSON**
**T:** 212-390-8842 | **F:** 866-844-8305 | **David**@BoJo.Law
14 Wall Street, 20th Floor | New York, NY 10005 | **www.BoJo.law**



On Jul 24, 2026, at 2:37 PM, Emanuel Kataev <emanuel@sagelegal.nyc> wrote:

Plaintiffs do not agree to accept service via email and have never done so. You will comply with Rule 5 for service of these and any other documents.

Sent from my iPhone

<Image.png>

**From:** David Bowles <david@bojo.law>
**Sent:** Friday, 24 July 2026 13:30:43
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>

**Cc:** Maggie Johnson <maggie@bojo.law>
**Subject:** Subpoena to AT&T

Emanuel,

We are serving the attached subpoena on AT&T.  Please confirm that we have agreed that both sides will accept service of discovery documents, both demands and production, via email, as we have been doing so far.

Regards.  -- David

David K. **Bowles** | **BOWLES & JOHNSON**
**T:** 212-390-8842 | **F:** 866-844-8305 | **David**@BoJo.Law
14 Wall Street, 20th Floor | New York, NY 10005 | **www.BoJo.law**

<Outlook-attachment.png>