# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

July 31, 2026

**<u>VIA ECF</u>**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Steven L. Tiscione, U.S.M.J.
100 Federal Plaza, Courtroom 910
Central Islip, NY 11722-4438

> Re:  **Goncalves, *et ano*. v. Kristin Sheeler Designs, LLC, *et al*.**
>       **<u>Case No.: 2:25-cv-4264 (GRB) (ST)</u>**

Dear Judge Tiscione:

This firm represents the Plaintiffs in the above-referenced case. The Plaintiffs write to respectfully oppose Defendants' letter motion for a pre-motion conference in anticipation of Defendants' motion to compel Plaintiffs to accept service of third-party subpoenas via email as well as of discovery demands and responses.

Rule 5 of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule") does not permit service of discovery documents via email unless a party consents to same in writing. <u>See</u> Fed. R. Civ. P. 5(b)(2)(F). Plaintiffs have not agreed to accept service via email, let alone in writing. Defendants must therefore serve discovery demands pursuant to any of the means permitted in Rule 5. <u>See</u> Fed. R. Civ. P. 5(b)(2)(A)-(E) (providing that service may be made by handing it to the person, leaving it at the person's office with a clerk or other person in charge or in a conspicuous place in the office (or at the person's dwelling), mailing it to the person's last known address, leaving it with the court clerk, or sending it to a registered user by filing it with the court's electronic-filing system or sending it by other electronic means consented to in writing).

Critically, Defendants do not cite to any authority in support of their position that Plaintiffs must be mandated to accept service of discovery demands, discovery responses, and subpoenas via email. That is because no such authority exists. Instead, they rely on the Hon. Gary R. Brown, U.S.D.J.'s ("Judge Brown") statements at the June 29, 2026 hearing on Defendants' letter motion for a pre-motion conference in anticipation of their motion to dismiss the complaint pursuant to Rule 12(b)(6), where Judge Brown treated the letter motion for a pre-motion conference as the Rule 12(b)(6) motion itself and largely denied it. At the hearing, although Judge Brown identified Plaintiffs' argument as spurious, the Court questioned whether it was technically correct, and did not make a definitive ruling as it stated that it would have to spend much more time with Rule 5 to make a determination. <u>See</u> ECF Docket Entry <u>26-5</u> at 31:10-20. In other words, there was no such finding at all, and there is therefore zero authority in support of Defendants' position.

Moreover, Defendants' motion is bereft of any cases and other authorities relied on in support of the motion as required by Local Civil Rule ("LCR") 7.1(a)(2).

Notwithstanding the foregoing, Plaintiffs recognize that they listed certain witnesses as capable of being contacted through counsel and understand their obligation to cooperate in discovery pursuant to LCR 26.4.  To that end, because your undersigned has not been able to ascertain whether the third-party witnesses would permit him to accept service of subpoenas on their behalf, Plaintiffs have provided the last known addresses of all third-party witnesses Defendants seek to subpoena.  Defendants should be directed to comply with the Rules in serving any such subpoenas.

Defendants should also be cautioned to comply with the Rules and the Local Civil Rules in making applications to this Court, and to support their positions with cases and other authorities.

Plaintiffs thank this Court for its time and attention to this case, and look forward to conducting the pre-motion conference shortly.

Dated:  Jamaica, New York
      July 31, 2026                   Respectfully submitted,

                                    **SAGE LEGAL LLC**
By:  */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiffs*
*Teresa Goncalves*
*and Dina Ketcham*

**VIA ECF**
All counsel of record