David K. Bowles (State Bar No. 210986)
BOWLES & JOHNSON PLLC
14 Wall Street, 20th Floor
New York, NY 10005
Telephone: (212) 390-8842
Facsimile: (866) 844-8305
E-mail: david@bojo.law

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERESA GONCALVES and DINA KETCHAM, on behalf of themselves and all others similarly situated<br><br>     Plaintiffs,<br>  *vs*.<br><br>KRISTIN SHEELER DESIGNS, LLC, KRISTIN SHEELER, and JAMES "JIM" BRINNEN,<br><br>     Defendants. | No. 2:25-cv-04264-GRB-ST<br><br>**REQUEST FOR A CLERK'S CERTIFICATE OF DEFAULT** |
| KRISTIN SHEELER DESIGNS, LLC,<br><br>     Counterclaim-Plaintiff,<br>vs.<br><br>TERESA GONCALVES and DINA KETCHAM,<br><br>     Counterclaim-Defendants. | |

**Request for Clerk's Certificate of Default**

Defendant/Counterclaim Plaintiff Kristin Sheeler Designs, LLC respectfully requests a

Clerk's Certificate of Default, as required under Local Civil Rule 55.1(a) of the Local Rules of

the United States District Courts for the Southern and Eastern District Courts of New York.  A

Declaration in support of this Request is attached

Executed on Monday, August 10, 2026.

_____

David K. Bowles
BOWLES & JOHNSON PLLC
14 Wall Street, 20th Floor
New York, NY 10005
Telephone: (212) 390-8842
Facsimile: (866) 844-8305
E-mail: david@bojo.law
*Counsel for Defendant / Counterclaim*
*Plaintiff Kristin Sheeler Designs, LLC*