David K. Bowles (State Bar No. 210986)
BOWLES & JOHNSON PLLC
14 Wall Street, 20th Floor
New York, NY 10005
Telephone: (212) 390-8842
Facsimile: (866) 844-8305
E-mail: david@bojo.law

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERESA GONCALVES and DINA KETCHAM, on behalf of themselves and all others similarly situated<br><br>            Plaintiffs,<br><br>    *vs.*<br><br>KRISTIN SHEELER DESIGNS, LLC, KRISTIN SHEELER, and JAMES "JIM" BRINNEN,<br><br>            Defendants. | No. 2:25-cv-04264-GRB-ST<br><br>**DECLARATION IN SUPPORT OF REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT** |
| KRISTIN SHEELER DESIGNS, LLC,<br><br>            Counterclaim-Plaintiff,<br><br>vs.<br><br>TERESA GONCALVES and DINA KETCHAM,<br><br>            Counterclaim-Defendants. | |

## DECLARATION IN SUPPORT OF REQUEST FOR
## CLERK'S CERTIFICATE OF DEFAULT

I, DAVID K. BOWLES, declare under penalty of perjury that the following facts are true

and correct:

1. I am an attorney admitted to practice before this Court and am a member of Bowles & Johnson PLLC, counsel for Defendant/Counterclaim Plaintiff Kristin Sheeler Designs, LLC ("Defendant / Counterclaim Plaintiff").  I submit this declaration in support of the request for a Clerk's Certificate of Default as to Plaintiffs/Counterclaim Defendants Teresa Goncalves and Dina Ketcham, solely with respect to the counterclaims asserted at ECF No. 24.

2. Except where otherwise stated, I have personal knowledge of the matters set forth in this declaration through my participation in this action and my review of the Court's docket and records. If called as a witness, I could and would testify competently to these matters.

3. Plaintiffs/Counterclaim Defendants Teresa Goncalves and Dina Ketcham commenced this action on July 31, 2025, by filing the Complaint at ECF No. 1.

4. Plaintiffs/Counterclaim Defendants have appeared in this action through its counsel of record, Emanuel Kantaev, Esq.  Plaintiffs/Counterclaim Defendants are therefore an existing party to this action and are not unserved, non-appearing parties.

5. On July 14, 2026, Defendant/Counterclaim Plaintiff filed its Answer, Affirmative Defenses, and Counter-Complaint at ECF No. 24.

6. The pleading asserts claims for affirmative relief against Plaintiffs/Counterclaim Defendants, including counterclaims for conversion, defamation, and tortious interference.

7. On July 14, 2026, the Court's CM/ECF system transmitted a Notice of Electronic Filing for ECF No. 24 to all registered counsel, including counsel for Plaintiffs/Counterclaim Defendants.

8. A true and correct copy of the Notice of Electronic Filing is attached as Exhibit A.

9. Because Plaintiffs/Counterclaim Defendants were already a party represented by counsel, the counterclaims were properly served through CM/ECF pursuant to Federal Rule of Civil Procedure 5(b)(2)(E) and the Court's electronic-filing procedures.

10. Under Federal Rule of Civil Procedure 12(a)(1)(B), Plaintiffs/Counterclaim Defendants were required to serve an answer to the counterclaims within twenty-one days after service of the pleading asserting them.

11. Applying Federal Rule of Civil Procedure 6(a), Plaintiffs/Counterclaim Defendants' deadline to answer or otherwise respond to the counterclaims was August 4, 2026.

12. Plaintiffs/Counterclaim Defendants did not serve or file an answer to the counterclaims by that deadline.

13. Plaintiffs/Counterclaim Defendants did not file a motion under Federal Rule of Civil Procedure 12 directed to the counterclaims by that deadline.

14. Plaintiffs/Counterclaim Defendants did not file a pre-motion-conference letter seeking permission to move against the counterclaims by that deadline as required by Individual Rule II.g. of the Individual Practice Rules of Judge Gary R. Brown.

15. Plaintiffs/Counterclaim Defendants did not request or obtain an extension of its deadline to respond to the counterclaims.

16. No stipulation, scheduling order, or other order extended or stayed Plaintiffs/Counterclaim Defendant' deadline to respond.

17. As of the date of this declaration, Plaintiffs/Counterclaim Defendant have not answered, moved against, or otherwise defended against the counterclaims asserted at ECF No. 24.

18. Plaintiffs/Counterclaim Defendants therefore remain in default with respect to the counterclaims.

19. Submitted with the Request to Enter Default are a proposed Clerk's Certificate of Default and a Certificate of Service demonstrating compliance with Local Civil Rule 55.1(a)(4).

20. Plaintiff/Counterclaim Defendant Teresa Goncalves is not an infant or incompetent.

21. Plaintiff/Counterclaim Defendant Dina Ketcham is not an infant or incompetent.

22. Plaintiff/Counterclaim Defendant Teresa Goncalves is not serving in the United States military.

23. Plaintiff/Counterclaim Defendant Dina Ketcham is not serving in the United States military.

24. Accordingly, Defendant/Counterclaim Plaintiff Kristin Sheeler Designs, LLC respectfully requests the issuance of a certificate of default against Plaintiffs/Counterclaim Defendants Teresa Goncalves and Dina Ketcham, solely with respect to the counterclaims asserted at ECF No. 24, pursuant to Federal Rule of Civil Procedure 55(a) and Local Civil Rule 55.1.

Executed on Monday, August 10, 2026.

_____

David K. Bowles