**From:** ecf_bounces@nyed.uscourts.gov
**Subject:** Activity in Case 2:25-cv-04264-GRB-ST Goncalves et al v. Kristin Sheeler Designs, LLC et al Answer to Complaint
**Date:** July 14, 2026 at 9:12 AM
**To:** nobody@nyed.uscourts.gov



**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mailbox is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered by Bowles, David on 7/14/2026 at 9:11 AM EDT and filed on 7/14/2026

| | |
|---|---|
| **Case Name:** | Goncalves et al v. Kristin Sheeler Designs, LLC et al |
| **Case Number:** | 2:25-cv-04264-GRB-ST |
| **Filer:** | Kristin Sheeler |
| | Kristin Sheeler Designs, LLC |
| | James Jim Brinnen |

**Document Number:** 24

**Docket Text:**
**ANSWER to Complaint , COUNTERCLAIM against Teresa Goncalves, Dina Ketcham by Kristin Sheeler, Kristin Sheeler Designs, LLC, James Jim Brinnen. (Bowles, David)**

**2:25-cv-04264-GRB-ST Notice has been electronically mailed to:**

David Kay Bowles     David@BoJo.Law

Emanuel Kataev     emanuel@sagelegal.nyc, 4119461420@filings.docketbird.com, alivia@sagelegal.nyc, e-service@consumerattorneys.com, ekesq2014@recap.email

**2:25-cv-04264-GRB-ST Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=7/14/2026] [FileNumber=21274775-0]
[3df8bad33eb2d792859bd0741f9626f5c4eeafd20fa1e1609e0d48eb1b1141fa9a72
74260cb4ec36933de57da5b45ec0a1995fd18e5b703936ae311303a47a20]]