**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TERESA GONCALVES and DINA KETCHAM, on behalf of themselves and all others similarly situated <br><br>          Plaintiffs, <br>    *vs*. <br><br> KRISTIN SHEELER DESIGNS, LLC, KRISTIN SHEELER, and JAMES "JIM" BRINNEN, <br><br>          Defendants. | No. 2:25-cv-04264-GRB-ST <br><br> **[PROPOSED] CLERK'S CERTIFICATE OF DEFAULT** |
| KRISTIN SHEELER DESIGNS, LLC, <br><br>          Counterclaim-Plaintiff, <br> vs. <br><br> TERESA GONCALVES and DINA KETCHAM, <br><br>          Counterclaim-Defendants. | |

I, Brenna B. Mahoney, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that:

1. This action was commenced on July 31, 2025. (See ECF Doc. #1.)

2. On July 14, 2026, Defendant/Counterclaim Plaintiff Kristin Sheeler Designs, LLC filed its Answer, Affirmative Defenses, and Counter-Complaint. (See ECF Doc. #24.)

3. A copy of the Answer, Affirmative Defenses, and Counter-Complaint was served by Notice of Electronic Filing to counsel for Plaintiffs/Counterclaim Defendants Teresa Goncalves and Dina Ketcham on July 14, 2026.

I further certify that the docket entries indicate that the Plaintiffs/Counterclaim

Defendants have not filed an answer or otherwise responded to the Counter-Complain herein.

The default of Plaintiffs/Counterclaim Defendants is hereby noted.


Dated: _____
Central Islip, New York

                                                    BRENNA B. MAHONEY, Clerk of Court


                                                    By: _____
                                                    Deputy Clerk

2