## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERESA GONCALVES and DINA KETCHAM, on behalf of themselves and all others similarly situated<br><br>                          Plaintiffs,<br>       *vs*.<br><br>KRISTIN SHEELER DESIGNS, LLC, KRISTIN SHEELER, and JAMES "JIM" BRINNEN,<br><br>                         Defendants.<br><br>KRISTIN SHEELER DESIGNS, LLC,<br><br>                  Counterclaim-Plaintiff,<br>vs.<br><br>TERESA GONCALVES and DINA KETCHAM,<br><br>               Counterclaim-Defendants. | No. 2:25-cv-04264-GRB-ST<br><br>**CERTIFICATE OF SERVICE** |

      I, DAVID K. BOWLES, affirm that the within Request for a Clerk's Certificate of Default, Declaration in Support of Clerk's Certificate of Default, and Proposed Clerk's Certificate of Default, have been mail to the last known addresses of plaintiffs as follows:

Dina Ketcham
10 Park Street
Westhampton, NY 11977

Teresa Goncalves
52 Tipton Drive Easte
Shirley, NY 11967

And have been mailed to plaintiffs' care of their counsel of record as follows:

Teresa Goncalves and Dina Ketcham
c/o Emanuel Kataev, Esq.
Sage Legal LLC

18211 Jamaica Ave.
Jamaica, NY 11423-2327

In addition, I served copies of the foregoing papers upon by filing them in the Court's ECF

System.

Executed on Tuesday, August 11, 2026.

_____

David K. Bowles, Esq.