# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

August 11, 2026

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. Gary R. Brown, U.S.D.J.
100 Federal Plaza, Courtroom 940
Central Islip, NY 11722-4438

> Re:   **Goncalves, *et ano*. v. Kristin Sheeler Designs, LLC, *et al*.**
>       **Case No.: 2:25-cv-4264 (GRB) (ST)**

Dear Judge Brown:

This firm represents the Plaintiffs in the above-referenced case. Plaintiffs write to respectfully request an extension of time to respond to Defendants' counterclaims.

Due to an oversight, Plaintiffs were unaware of the existence of the counterclaims when Defendants filed their responsive pleading. Plaintiffs are in the process of preparing their letter motion for a pre-motion conference in anticipation of their motion to dismiss the counterclaims pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule"). Plaintiffs anticipate filing same by Friday, August 14, 2026. Plaintiffs have appeared, have not abandoned this case, and are actively working with Defendants in discovery, including the scheduling of depositions this month, with one Plaintiff confirmed to be deposed on Tuesday, August 18, 2026, and the other Plaintiff in the process of being scheduled as counsel confirm dates. Moreover, it is the Second Circuit's preference for matters to be decided on the merits. In light of these circumstances, there exists sufficient good cause and excusable neglect warranting this Court's exercise of discretion in favor of granting the requested extension of time. See Fed. R. Civ. P. 6(b)(1)(B). Plaintiffs thank this Court for its time and attention to this case, and look forward to conducting the pre-motion conference shortly.

Dated:  Jamaica, New York
        August 11, 2026

Respectfully submitted,
**SAGE LEGAL LLC**
By:  */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiffs*
*Teresa Goncalves*
*and Dina Ketcham*

**VIA ECF**
All counsel of record