

August 11, 2026

**VIA ECF**

Hon. Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re:**    **Goncalves, et al. v. Kristin Sheeler Designs**, Case No. 2:25-cv-04264 (GRB/ST)
        Response to Letter Request for Extension of Time to Answer Counterclaims

Dear Judge Brown:

We represent defendants Kristin Sheeler Designs LLC ("KSD"), Kristin Sheeler ("Sheeler"), and James "Jim" Brinnen ("Brinnen," and collectively, "Defendants").  Defendants respectfully oppose the letter request by Teresa Goncalves and Dina Ketcham ("Plaintiffs") for an extension of time.

Defendants filed their counterclaims on July 14, 2026.  The pleading was clearly marked in the caption, on the first page, to contain a "COUNTER-COMPLAINT."  Dkt. 24.  It is not reasonable neglect to not read the caption of an important pleading.

The responsive pleading was due on August 4, 2026 under the rules.  Plaintiffs failed to respond, or to request an extension of time until today.  Defendants have filed a request to the clerk for a certificate of default.  Dkt. 31.

This is unfortunately typical of how Plaintiffs have prosecuted this case.  Plaintiffs' lackadaisical attitude toward deadlines has already caused one extension of time (Dkt. 27) and two rounds of motion practice before the Magistrate Judge (Dkt. 23, 28).  Plaintiffs' request does not meet the Court's individual practices (Rule I – extensions requested 48 hours in advance, after meet and confer, and must include proposed dates).

Defendants respectfully request that the Court deny Plaintiffs' letter motion, allow the clerk to issue the certificate of default, and deal with any issues of excusable neglect in Defendants' motion for default judgment on the counterclaims.

Respectfully submitted,

David K. Bowles



**T:** 212-390-8842      14 Wall Street, 20th Floor
**F:** 866-844-8305      New York, NY 10005
**David**@BoJo.law      **www.BoJo.law**