**Sage Legal LLC**

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

August 31, 2026

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. Steven L. Tiscione, U.S.M.J.
100 Federal Plaza, Courtroom 910
Central Islip, NY 11722-4438

**Re: Goncalves, *et ano*. v. Kristin Sheeler Designs, LLC, *et al.***
**Case No.: 2:25-cv-4264 (GRB) (ST)**

Dear Judge Tiscione:

This firm represents the Plaintiffs in the above-referenced case. Pursuant to Rule I.C. of the Court's Individual Practice Rules, Plaintiffs respectfully request, on consent, that fact discovery be extended from September 10, 2026 to October 31, 2026, and that the final date to take the first step in dispositive-motion practice be extended from October 12, 2026 to November 15, 2026. This request is timely made.

The parties have diligently proceeded with discovery. Plaintiff Teresa Goncalves was deposed on August 18, 2026, and Plaintiff Dina Ketcham was deposed on August 27, 2026.

Plaintiffs since then scheduled Defendant Kristin Sheeler's deposition for September 1, 2026 and Defendant James "Jim" Brinnen's deposition for September 3, 2026. After conferring, the parties agreed to adjourn those depositions to September 18, 2026 and September 22, 2026, respectively, because Plaintiffs' counsel must complete a substantial summary-judgment motion in Superb Motors Inc, *et al.* v. Deo, *et al.*, Case No.: 2:23-cv-6188 (JMW), by Friday, September 4, 2026. The new dates are confirmed and a court reporter has been reserved. Because both fall after the current cutoff, an extension of time is necessary. In addition, to the extent the parties seek post-deposition discovery, this extension will afford the parties the time to do so.

The original deadlines were July 10, 2026 for fact discovery and August 10, 2026 for the first step in dispositive-motion practice. On July 20, 2026, the Court amended them to September 10, 2026 and October 12, 2026, respectively. (DE 27.) This is the parties' first request to extend the current discovery schedule; no previous such request has been granted or denied. Defendants consent to the request. The parties propose the following amended schedule: completion of all fact discovery, including limited follow-up, by October 31, 2026; and the first step in dispositive-motion practice by November 15, 2026. All other deadlines would remain unchanged.

This limited extension will not prejudice either side, and good cause exists for same such that this Court should exercise its discretion in favor of granting same. See Fed. R. Civ. P. 6(b)(1)(A) and 16(b)(4).

Plaintiffs thank the Court for its consideration.

Dated: Jamaica, New York
August 31, 2026

Respectfully submitted,

**SAGE LEGAL LLC**
By: *<u>/s/ Emanuel Kataev, Esq.</u>*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiffs*
*Teresa Goncalves and Dina Ketcham*

**<u>VIA ECF</u>**
All counsel of record