# Exhibit C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

KRISTIN SHEELER DESIGNS LLC, dba NIBI-MTK/NIBI,

Plaintiff,

-against-

TERESA SULLIVAN et al.

Defendants.

Index No.: 602096/2024

**STIPULATION OF VOLUNTARY DISCONTINUANCE**

WHEREAS, on June 5, 2024, the Court issued a decision and order granting Defendant Teresa Sullivan's motion to dismiss for failure to state a cause of action and denying Plaintiff Kristin Sheeler Designs LLC, dba NIBI-MTK/NIBI's ("Plaintiff's") cross motion;

WHEREAS, Plaintiff filed an amended complaint adding Georgica Pine Clothiers, LLC, d/b/a J. McLaughlin ("J. McLaughlin") as a defendant in this action on May 20, 2024;

IT IS HEREBY STIPULATED AND AGREED pursuant to NY CPLR 3217, by and between the undersigned, that this action is hereby discontinued with prejudice and without costs or counsel fees to any party. No party to this action is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action.

IT IS FURTHER STIPULATED AND AGREED by the undersigned counsel that this stipulation may be signed in counterparts and/or by facsimile or email transmission with the same force and effect as a signed original.

**DATED**: June 20, 2024

LOWENSTEIN SANDLER LLP

By: /s/ Amy C. Schwind
Amy C. Schwind
1251 Avenue of the Americas
New York, New York 10020
(973) 597-2336
aschwind@lowenstein.com
*Attorneys for Defendant Georgica Pine Clothiers, LLC, d/b/a J. McLaughlin*

BOWLES & JOHNSON PLLC

By: /s/ David K. Bowles
David K. Bowles
14 Wall Street, 20th Floor
New York, New York 10005
(212) 390-8842
david@bojo.law
*Attorneys for Plaintiff Kristin Sheeler Designs LLC, dba NIBI-MTK/NIBI*

SAGE LEGAL LLC

By: /s/ Emanuel Kataev, Esq.
Emanuel Kataev
18211 Jamaica Avenue
Jamaica, New York 11423-2327
(718) 412-2421
emanuel@sagelegal.nyc
*Attorneys for Defendant Teresa Sullivan*