**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TERESA GONCALVES and DINA KETCHAM, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br>*vs.*<br><br>KRISTIN SHEELER DESIGNS, LLC, KRISTIN SHEELER, and JAMES "JIM" BRINNEN,<br><br>Defendants. | No. 2:25-cv-04264-GRB-ST<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF COUNTERCLAIMS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) AND 41(c)** |
| KRISTIN SHEELER DESIGNS, LLC,<br><br>Counterclaim-Plaintiff,<br>vs.<br><br>TERESA GONCALVES and DINA KETCHAM,<br><br>Counterclaim-Defendants. | |

**PLEASE TAKE NOTICE** that Defendant and Counterclaim-Plaintiff Kristin Sheeler Designs, LLC ("NIBI"), by and through its undersigned counsel, pursuant to Rules 41(a)(1)(A)(i) and 41(c) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses, without prejudice, all counterclaims asserted against Counterclaim-Defendants Teresa Goncalves and Dina Ketcham in NIBI's Counter-Complaint filed at Docket Entry 24.

Counterclaim-Defendants have not served a responsive pleading to NIBI's counterclaims, and no evidence concerning the counterclaims has been introduced at a hearing or trial.

This dismissal applies only to NIBI's counterclaims. It does not dismiss, withdraw, amend, or otherwise affect Defendants' Answer, affirmative defenses, or defenses to Plaintiffs' claims, all of which remain pending.

Dated: Monday, October 5, 2026

By: ___________________________
David K. Bowles
BOWLES & JOHNSON PLLC
14 Wall Street, 20th Floor
New York, New York 10005
T: 212-390-8842
E: David@BoJo.Law
*Counsel for Defendants / Counterclaim-Plaintiff*