Bowles&Johnson

October 9, 2026

**VIA ECF**

Hon. Steven L. Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re: Goncalves, et al. v. Kristin Sheeler Designs, LLC, et al., No. 2:25-cv-04264-GRB-ST**
**Request for Adjournment of Hearing on Motion to Quash**

Dear Judge Tiscione:

We represent the Defendants in the above-captioned matter. We write with consent of counsel for Plaintiffs to request adjournment of the October 16, 2026 hearing on Defendants' motion to quash certain third-party subpoenas. This request is made pursuant to Rule I.D of the Court's individual practices.

We make this request because I have a previously-ordered conflicting in-person court appearance at 9:30am in Kings County court. In my experience with this court, I will be engaged until the afternoon.

The original hearing date for the motion to quash before this Court is set for October 16, 2026 at 10:30am. We have requested no previous adjournments.

Counsel for Plaintiffs consents to this adjournment. The parties have met and conferred, and are both available at the following dates and times, if convenient to the Court:

- October 20, late afternoon
- October 23 at any time
- October 26, late afternoon

We apologize for the need for this adjournment, and appreciate the Court's consideration.

Yours very truly,

David K. Bowles

David K. Bowles
T: 212-390-8842
F: 866-844-8305
David@BoJo.law
14 Wall Street, 20th Floor
New York, NY 10005
www.BoJo.law