**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

TERESA GONCALVES and DINA KETCHAM, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

KRISTIN SHEELER DESIGNS, LLC, KRISTIN SHEELER, and JAMES "JIM" BRINNEN,

Defendants.

Case No.: 2:25-cv-4264 (GRB) (ST)

**DECLARATION OF EMANUEL KATAEV, ESQ., IN OPPOSITION TO DEFENDANTS' MOTION TO QUASH THIRD-PARTY SUBPOENAS**

Emanuel Kataev, Esq., declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, as follows:

1. I am an attorney with Sage Legal LLC and counsel for Plaintiffs Teresa Goncalves and Dina Ketcham in this action.

2. I submit this declaration in connection with Plaintiffs' October 22, 2026 letter response opposing Defendants' motion to quash nonparty subpoenas (ECF No. 38).

3. Attached as **Exhibit "A"** is a true and correct copy of the full transcript of Defendant James "Jim" Brinnen's September 18, 2026 deposition.

4. Attached as **Exhibit "B"** is a true and correct copy of the full transcript of Defendant Kristin Sheeler's September 22, 2026 deposition.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 22, 2026.

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
Sage Legal LLC