# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | October 23, 2026 |
| TIME: | 12:30 p.m. |
| DOCKET NUMBER(S): | 25cv4264-GRB-ST |
| NAME OF CASE(S): | Goncalves et al v. Kristin Sheeler Designs, LLC et al |
| FOR PLAINTIFF(S): | Kataev |
| FOR DEFENDANT(S): | Bowles |
| NEXT CONFERENCE(S): | |
| FTR/COURT REPORTER: | Cisco (12:30 - 12:50) |

RULINGS FROM Motion Hearing :

Defendants' Motion to Quash [38] is granted in part and denied in part. Plaintiffs' subpoenas shall be limited to the records of only the named Plaintiffs, not other employees.