Bowles&Johnson

October 28, 2026

**VIA ECF**

Hon. Steven L. Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re: Goncalves, et al. v. Kristin Sheeler Designs, LLC, et al., No. 2:25-cv-04264-GRB-ST**
**Letter Motion re Third Party Subpoenas**

Dear Judge Tiscione:

Defendants Kristin Sheeler Designs LLC ("KSD"), Kristin Sheeler ("Sheeler"), and James "Jim" Brinnen ("Brinnen," and collectively, "Defendants") respectfully submit this letter motion pursuant to Section III(A) of the Court's Individual Rules regarding the subpoenas issued by Plaintiffs Teresa Goncalves ("Goncalves") and Dina Ketcham ("Ketcham," and together with Goncalves, "Plaintiffs") pursuant to Rule 45 of the Federal Rules of Civil Procedure. Defendants seek an order compelling Plaintiffs to comply with the Court's earlier order, and for costs of this letter motion.

On September 15, 2026, Plaintiffs issued certain subpoenas to Clover Network, LLC ("Clover") and Lightspeed Commerce Inc. ("Lightspeed") (together the "Recipients). On October 14, 2026, Plaintiffs issued revised subpoenas (the "Subpoenas") to the Recipients. *See* Exs. A and B, attached.

Defendants regarded the Subpoenas as overbroad, and brought a motion to quash on October 6, 2026. Dkt. 38. The Court heard the motion on October 23, 2026, and issued an order limiting the Subpoenas to the records of Plaintiffs, not of other employees, on October 23, 2026. Dkt. 41. During the hearing, counsel for Plaintiffs agreed to notify the Recipients by letter of the Court's limitation, and to provide a copy of the letter to Defendants' counsel.

There is no indication that Plaintiffs' counsel has informed the Recipients of the limitation. Since the Court's order, counsel for Defendants has followed up three times, on October 25, 27, and 28, 2026, asking for a copy of the letters to the Recipients limiting the disclosure pursuant to the Court's order. We have had no response at all from Plaintiffs counsel. We are concerned because the deadline for the Recipients to comply with the Subpoenas is October 30, 2026 (*see* Exs. A and B), and the Recipients may well comply before being informed of the Court's limitation of the Subpoenas.

David K. Bowles

T: 212-390-8842
F: 866-844-8305
David@BoJo.law

14 Wall Street, 20th Floor
New York, NY 10005
www.BoJo.law

We therefore bring this letter motion, regretfully, asking that the Court compel compliance with the Court's October 23, 2026 order. As this motion should not have been necessary, Defendants also request payment of fees for the motion.

Yours very truly,

David K. Bowles