# Exhibit C

**Subject: Re: Goncalves v. Kristin Sheeler Designs, LLC, 2:25-cv-04264, (E.D.N.Y)**

From: David Bowles - To: Emanuel Kataev - Cc: Alivia Cooney, Maggie Johnson - Date: October 28, 2026 at 11:05 AM

Emanuel,

This is my third reminder to send me the letters you should have sent to Lightspeed and Clover. The deadline for them to produce in response to the subpoenas is Friday. If I don't hear from you promptly I will have to do a new letter motion to the Court. Let me know.

-- Davi

David K. **Bowles** | **BOWLES & JOHNSON**
T: 212-390-8842 | F: 866-844-8305 | David@BoJo.Law
14 Wall Street, 20th Floor | New York, NY 10005 | **www.BoJo.law**

Bowles&Johnson

On October 27, 2026 at 1:21:09 PM, David Bowles (david@bojo.law) wrote:

> Emanuel,
>
> I am following up with you a second time for a copy of your communication to Lightspeed and Clover limiting the subpoenas. This is time sensitive, as you apparently sent the subpoenas on October 14. The Court ordered the subpoenas limited on October 24. Have you sent the letters limiting the subpoenas?
>
> Thank you. -- David
>
> David K. **Bowles** | **BOWLES & JOHNSON**
> T: 212-390-8842 | F: 866-844-8305 | David@BoJo.Law
> 14 Wall Street, 20th Floor | New York, NY 10005 | **www.BoJo.law**
>
> Bowles&Johnson
>
> On October 25, 2026 at 10:01:38 AM, David Bowles (david@bojo.law) wrote:
>
>> Thank you, received.
>>
>> Emanuel, please send us a copy of the communications you are sending to Clover and Lightspeed limiting the scope of the subpoenas to just the two Plaintiffs.
>>
>> Thanks -- David
>>
>> David K. **Bowles** | **BOWLES & JOHNSON**
>> T: 212-390-8842 | F: 866-844-8305 | David@BoJo.Law
>> 14 Wall Street, 20th Floor | New York, NY 10005 | **www.BoJo.law**
>>
>> Bowles&Johnson

On October 23, 2026 at 1:05:27 PM, Alivia Cooney (alivia@sagelegal.nyc) wrote:

**SENT ON BEHALF OF EMANUEL KATAEV, ESQ. OF SAGE LEGAL LLC**

Hello:

Pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure, please see attached subpoenas.

Thanks and best,

Alivia Cooney

Paralegal
Sage Legal LLC