Bowles&Johnson

November 5, 2026

**VIA ECF**

Hon. Steven L. Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re: Goncalves, et al. v. Kristin Sheeler Designs, LLC, et al., No. 2:25-cv-04264-GRB-ST**
**Withdrawal of Letter Motion re Third Party Subpoenas**

Dear Judge Tiscione:

Defendants Kristin Sheeler Designs LLC ("KSD"), Kristin Sheeler ("Sheeler"), and James "Jim" Brinnen ("Brinnen," and collectively, "Defendants") write to respectfully withdraw Defendants' letter motion dated October 28, 2026 (Dkt. 42). Counsel for Plaintiffs, Mr. Kataev, has apparently very belatedly – on November 4, 2026 – complied with the Court's order dated October 23, 2026 (Dkt. 41). Despite the late nature of the compliance, Mr. Kataev assures us no documents were improperly produced by the third parties, and therefore it appears no harm was done.

Defendants therefore withdraw their letter motion.

Yours very truly,

David K. Bowles

David K. Bowles

T: 212-390-8842
F: 866-844-8305
David@BoJo.law

14 Wall Street, 20th Floor
New York, NY 10005
www.BoJo.law