**From:** **Maggie Johnson** maggie@bojo.law
**Subject:** Re: Goncalves v. Kristin Sheeler Designs, LLC - improper letter motion
**Date:** November 5, 2026 at 9:35 AM
**To:** Emanuel Kataev emanuel@sagelegal.nyc
**Cc:** David Bowles david@bojo.law, Alivia Cooney alivia@sagelegal.nyc, Glenn Liberman gliberman@sagelegal.nyc, Maya maya@sagelegal.nyc, Rita Malinovski rita@sagelegal.nyc

MJ

---

It makes sense we discuss everything at once. I believe David offered 3 pm EST tomorrow, but I have not seen your response. If that day and time does not work please let us know what times you have available on Monday.

Maggie

> On Nov 5, 2026, at 7:17 AM, Emanuel Kataev <emanuel@sagelegal.nyc> wrote:
>
> I insist on pressing it, but am prepared to meet and confer and supplement thereafter. Provide your availability to discuss this and the other issues raised.
>
> <image001.png>
>
> ---
>
> **From:** Maggie Johnson <maggie@bojo.law>
> **Sent:** Thursday, November 5, 2026 9:59 AM
> **To:** Emanuel Kataev <emanuel@sagelegal.nyc>
> **Cc:** David Bowles <david@bojo.law>; Alivia Cooney <alivia@sagelegal.nyc>; Glenn Liberman <gliberman@sagelegal.nyc>; Maya <maya@sagelegal.nyc>; Rita Malinovski <rita@sagelegal.nyc>
> **Subject:** Goncalves v. Kristin Sheeler Designs, LLC - improper letter motion
>
> Emanuel -
>
> We see that you have filed a non-dispositive Letter Motion to the attention of Judge Brown. Pursuant to Rule II.f.1. of Judge Brown's Individual Practice Rules, all non-dispositive pretrial motions and applications are to be made to Judge Tiscione. As an additional matter, both Judge Tiscione's and Judge Brown's rules require the parties to meet and confer before filing a letter motion, a fact of which you are clearly aware given your opposition to our letter motion currently pending before Judge Tiscione. Nonetheless you have utterly failed to meet and confer prior to filing. If you insist on pressing your Letter Motion, you must necessarily withdraw it and meet and confer before you properly refile it to the attention of Judge Tiscione.
>
> Maggie A. **Johnson**
>
> T: 504-250-0686 | F: 866-844-8305 | Maggie@BoJo.Law
>
> **BOWLES & JOHNSON**
>
> 14 Wall Street, 20th Floor | New York, NY 10005 | **www.BoJo.law**