# Exhibit B

**Subject: Activity in Case 2:25-cv-04264-GRB-ST Goncalves et al v. Kristin Sheeler Designs, LLC et al Order Dismissing Parties**

From: ecf_bounces@nyed.uscourts.gov - To: nobody@nyed.uscourts.gov - Cc: - Date: October 6, 2026 at 8:33 AM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mailbox is unattended.**

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of New York**

**Notice of Electronic Filing**

The following transaction was entered on 10/6/2026 at 8:33 AM EDT and filed on 10/6/2026

| | |
|---|---|
| **Case Name:** | Goncalves et al v. Kristin Sheeler Designs, LLC et al |
| **Case Number:** | 2:25-cv-04264-GRB-ST |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Order Dismissing Parties Counterclaim Party Kristin Sheeler Designs, LLC, Counterclaim-Defendants Teresa Goncalves and Dina Ketcham (on behalf of themselves and all others similarly situated) terminated purusant to DE [37].Ordered by Judge Gary R. Brown on 10/6/2026. (KM)**

**2:25-cv-04264-GRB-ST Notice has been electronically mailed to:**

Emanuel Kataev emanuel@sagelegal.nyc, 4119461420@filings.docketbird.com, alivia@sagelegal.nyc, e-service@consumerattorneys.com, ekesq2014@recap.email

David Kay Bowles David@BoJo.Law

**2:25-cv-04264-GRB-ST Notice will not be electronically mailed to:**