# Exhibit B

**From:** ecf_bounces@nyed.uscourts.gov
**Subject:** Activity in Case 2:25-cv-04264-GRB-ST Goncalves et al v. Kristin Sheeler Designs, LLC et al Order on Motion for Extension of Time to Complete Discovery
**Date:** September 1, 2026 at 12:47 PM
**To:** nobody@nyed.uscourts.gov

---

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mailbox is unattended.**

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 9/1/2026 at 12:47 PM EDT and filed on 9/1/2026

| | |
|---|---|
| **Case Name:** | Goncalves et al v. Kristin Sheeler Designs, LLC et al |
| **Case Number:** | 2:25-cv-04264-GRB-ST |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

**ORDER granting [35] Motion for Extension of Time to Complete Discovery. Fact discovery is due October 31, 2026 and the final date to take the first step in dispositive-motion practice is November 15, 2026. So ordered by Magistrate Judge Steven Tiscione on 9/1/2026. (DVC)**

**2:25-cv-04264-GRB-ST Notice has been electronically mailed to:**

Emanuel Kataev emanuel@sagelegal.nyc, 4119461420@filings.docketbird.com, alivia@sagelegal.nyc, e-service@consumerattorneys.com, ekesq2014@recap.email

David Kay Bowles David@BoJo.Law

**2:25-cv-04264-GRB-ST Notice will not be electronically mailed to:**