# Exhibit A

**From:** **Jim Brinnen** jbrinnen@gmail.com
**Subject:** RE: Manager hire nibi mtk
**Date:** May 31, 2021 at 5:53 PM
**To:** Kristin Sheeler ksheelerdesigns@gmail.com, bcl456@optonline.net

JB

Hi Teresa - welcome to NIBI!

Per Kristin's note, please find your on-boarding paperwork attached. Please review and let me or Kristin know if you have any questions. If not, please sign everything and get it back to me at your earliest convenience.

We are excited to have you join the team; the Westhampton location is really taking off and having an experienced person like yourself join the team to co-lead that location will really help to ensure it continues its current trajectory.

We can talk about logistics like hour and sales tracking this week when you have a moment; for now, getting the onboarding paperwork back is the most important next step.

Again, welcome; I look forward to meeting you in person at some point.

Thank you
Jim

-----Original Message-----
From: Kristin Sheeler [mailto:ksheelerdesigns@gmail.com]
Sent: Friday, May 28, 2021 7:41 PM
To: bcl456@optonline.net; Jim Brinnen <jbrinnen@gmail.com>
Subject: Manager hire nibi mtk

Hello Teresa
So nice of you to come into and start with us at nibi!
Jim I am emailing you and Teresa to let you know she will need her paper work for nibi mtk.
Teresa is our new co manager at Westhampton beach
23 hour
4 % commission

Please send her all document to sign and her first day will be June 7th

Thank you
Kristin

Sent from my iPhone

**blank w4-2021.pdf**

**Kristin Sheeler Designs - Compensation Acknowledgment...**

**Kristin Sheeler Designs - General Work Agreement - vMay30_202...**
680 KB



EXHIBIT
2

Form **W-4**
(Rev. December 2020)
Department of the Treasury
Internal Revenue Service

# Employee's Withholding Certificate

▶ **Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay.**
▶ **Give Form W-4 to your employer.**
▶ **Your withholding is subject to review by the IRS.**

OMB No. 1545-0074

**2021**

**Step 1: Enter Personal Information**

| (a) First name and middle initial | Last name | (b) Social security number |
|---|---|---|
| Address | | ▶ **Does your name match the name on your social security card?** If not, to ensure you get credit for your earnings, contact SSA at 800-772-1213 or go to *www.ssa.gov*. |
| City or town, state, and ZIP code | | |

(c) ☐ **Single** or **Married filing separately**
☐ **Married filing jointly** or **Qualifying widow(er)**
☐ **Head of household** (Check only if you're unmarried and pay more than half the costs of keeping up a home for yourself and a qualifying individual.)

**Complete Steps 2–4 ONLY if they apply to you; otherwise, skip to Step 5.** See page 2 for more information on each step, who can claim exemption from withholding, when to use the estimator at *www.irs.gov/W4App*, and privacy.

**Step 2: Multiple Jobs or Spouse Works**

Complete this step if you (1) hold more than one job at a time, or (2) are married filing jointly and your spouse also works. The correct amount of withholding depends on income earned from all of these jobs.

Do **only one** of the following.

**(a)** Use the estimator at *www.irs.gov/W4App* for most accurate withholding for this step (and Steps 3–4); **or**

**(b)** Use the Multiple Jobs Worksheet on page 3 and enter the result in Step 4(c) below for roughly accurate withholding; **or**

**(c)** If there are only two jobs total, you may check this box. Do the same on Form W-4 for the other job. This option is accurate for jobs with similar pay; otherwise, more tax than necessary may be withheld . . . . . . ▶ ☐

**TIP:** To be accurate, submit a 2021 Form W-4 for all other jobs. If you (or your spouse) have self-employment income, including as an independent contractor, use the estimator.

**Complete Steps 3–4(b) on Form W-4 for only ONE of these jobs.** Leave those steps blank for the other jobs. (Your withholding will be most accurate if you complete Steps 3–4(b) on the Form W-4 for the highest paying job.)

**Step 3: Claim Dependents**

If your total income will be $200,000 or less ($400,000 or less if married filing jointly):

Multiply the number of qualifying children under age 17 by $2,000 ▶ $

Multiply the number of other dependents by $500 . . . . ▶ $

Add the amounts above and enter the total here . . . . . . . . . . . . . . **3** $

**Step 4 (optional): Other Adjustments**

**(a) Other income (not from jobs).** If you want tax withheld for other income you expect this year that won't have withholding, enter the amount of other income here. This may include interest, dividends, and retirement income . . . . . . . . . . . . **4(a)** $

**(b) Deductions.** If you expect to claim deductions other than the standard deduction and want to reduce your withholding, use the Deductions Worksheet on page 3 and enter the result here . . . . . . . . . . . . . . . . . . . . . **4(b)** $

**(c) Extra withholding.** Enter any additional tax you want withheld each **pay period** . **4(c)** $

**Step 5: Sign Here**

Under penalties of perjury, I declare that this certificate, to the best of my knowledge and belief, is true, correct, and complete.

▶ **Employee's signature** (This form is not valid unless you sign it.) ▶ **Date**

**Employers Only**

| Employer's name and address | First date of employment | Employer identification number (EIN) |
|---|---|---|
| | | |

**For Privacy Act and Paperwork Reduction Act Notice, see page 3.** Cat. No. 10220Q Form **W-4** (2021)

D000003

# General Instructions

## Future Developments

For the latest information about developments related to Form W-4, such as legislation enacted after it was published, go to *www.irs.gov/FormW4*.

## Purpose of Form

Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. If too little is withheld, you will generally owe tax when you file your tax return and may owe a penalty. If too much is withheld, you will generally be due a refund. Complete a new Form W-4 when changes to your personal or financial situation would change the entries on the form. For more information on withholding and when you must furnish a new Form W-4, see Pub. 505, Tax Withholding and Estimated Tax.

**Exemption from withholding.** You may claim exemption from withholding for 2021 if you meet both of the following conditions: you had no federal income tax liability in 2020 **and** you expect to have no federal income tax liability in 2021. You had no federal income tax liability in 2020 if (1) your total tax on line 24 on your 2020 Form 1040 or 1040-SR is zero (or less than the sum of lines 27, 28, 29, and 30), or (2) you were not required to file a return because your income was below the filing threshold for your correct filing status. If you claim exemption, you will have no income tax withheld from your paycheck and may owe taxes and penalties when you file your 2021 tax return. To claim exemption from withholding, certify that you meet both of the conditions above by writing "Exempt" on Form W-4 in the space below Step 4(c). Then, complete Steps 1(a), 1(b), and 5. Do not complete any other steps. You will need to submit a new Form W-4 by February 15, 2022.

**Your privacy.** If you prefer to limit information provided in Steps 2 through 4, use the online estimator, which will also increase accuracy.

As an alternative to the estimator: if you have concerns with Step 2(c), you may choose Step 2(b); if you have concerns with Step 4(a), you may enter an additional amount you want withheld per pay period in Step 4(c). If this is the only job in your household, you may instead check the box in Step 2(c), which will increase your withholding and significantly reduce your paycheck (often by thousands of dollars over the year).

**When to use the estimator.** Consider using the estimator at *www.irs.gov/W4App* if you:

1. Expect to work only part of the year;

2. Have dividend or capital gain income, or are subject to additional taxes, such as Additional Medicare Tax;

3. Have self-employment income (see below); or

4. Prefer the most accurate withholding for multiple job situations.

**Self-employment.** Generally, you will owe both income and self-employment taxes on any self-employment income you receive separate from the wages you receive as an employee. If you want to pay these taxes through withholding from your wages, use the estimator at *www.irs.gov/W4App* to figure the amount to have withheld.

**Nonresident alien.** If you're a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

# Specific Instructions

**Step 1(c).** Check your anticipated filing status. This will determine the standard deduction and tax rates used to compute your withholding.

**Step 2.** Use this step if you (1) have more than one job at the same time, or (2) are married filing jointly and you and your spouse both work.

Option **(a)** most accurately calculates the additional tax you need to have withheld, while option **(b)** does so with a little less accuracy.

If you (and your spouse) have a total of only two jobs, you may instead check the box in option **(c)**. The box must also be checked on the Form W-4 for the other job. If the box is checked, the standard deduction and tax brackets will be cut in half for each job to calculate withholding. This option is roughly accurate for jobs with similar pay; otherwise, more tax than necessary may be withheld, and this extra amount will be larger the greater the difference in pay is between the two jobs.

CAUTION *__Multiple jobs.__ Complete Steps 3 through 4(b) on only one Form W-4. Withholding will be most accurate if you do this on the Form W-4 for the highest paying job.*

**Step 3.** This step provides instructions for determining the amount of the child tax credit and the credit for other dependents that you may be able to claim when you file your tax return. To qualify for the child tax credit, the child must be under age 17 as of December 31, must be your dependent who generally lives with you for more than half the year, and must have the required social security number. You may be able to claim a credit for other dependents for whom a child tax credit can't be claimed, such as an older child or a qualifying relative. For additional eligibility requirements for these credits, see Pub. 972, Child Tax Credit and Credit for Other Dependents. You can also include **other tax credits** in this step, such as education tax credits and the foreign tax credit. To do so, add an estimate of the amount for the year to your credits for dependents and enter the total amount in Step 3. Including these credits will increase your paycheck and reduce the amount of any refund you may receive when you file your tax return.

**Step 4 (optional).**

***Step 4(a).*** Enter in this step the total of your other estimated income for the year, if any. You shouldn't include income from any jobs or self-employment. If you complete Step 4(a), you likely won't have to make estimated tax payments for that income. If you prefer to pay estimated tax rather than having tax on other income withheld from your paycheck, see Form 1040-ES, Estimated Tax for Individuals.

***Step 4(b).*** Enter in this step the amount from the Deductions Worksheet, line 5, if you expect to claim deductions other than the basic standard deduction on your 2021 tax return and want to reduce your withholding to account for these deductions. This includes both itemized deductions and other deductions such as for student loan interest and IRAs.

***Step 4(c).*** Enter in this step any additional tax you want withheld from your pay **each pay period**, including any amounts from the Multiple Jobs Worksheet, line 4. Entering an amount here will reduce your paycheck and will either increase your refund or reduce any amount of tax that you owe.

## Step 2(b)—Multiple Jobs Worksheet *(Keep for your records.)*

If you choose the option in Step 2(b) on Form W-4, complete this worksheet (which calculates the total extra tax for all jobs) on **only ONE** Form W-4. Withholding will be most accurate if you complete the worksheet and enter the result on the Form W-4 for the highest paying job.

**Note:** If more than one job has annual wages of more than $120,000 or there are more than three jobs, see Pub. 505 for additional tables; or, you can use the online withholding estimator at *www.irs.gov/W4App*.

1 **Two jobs.** If you have two jobs or you're married filing jointly and you and your spouse each have one job, find the amount from the appropriate table on page 4. Using the "Higher Paying Job" row and the "Lower Paying Job" column, find the value at the intersection of the two household salaries and enter that value on line 1. Then, **skip** to line 3 . . . . . . . . . . . . . . . . . . . . **1** $ ______

2 **Three jobs.** If you and/or your spouse have three jobs at the same time, complete lines 2a, 2b, and 2c below. Otherwise, skip to line 3.

a Find the amount from the appropriate table on page 4 using the annual wages from the highest paying job in the "Higher Paying Job" row and the annual wages for your next highest paying job in the "Lower Paying Job" column. Find the value at the intersection of the two household salaries and enter that value on line 2a . . . . . . . . . . . . . . . . . . . . . . **2a** $ ______

b Add the annual wages of the two highest paying jobs from line 2a together and use the total as the wages in the "Higher Paying Job" row and use the annual wages for your third job in the "Lower Paying Job" column to find the amount from the appropriate table on page 4 and enter this amount on line 2b . . . . . . . . . . . . . . . . . . . . . . . . . . **2b** $ ______

c Add the amounts from lines 2a and 2b and enter the result on line 2c . . . . . . . . . . **2c** $ ______

3 Enter the number of pay periods per year for the highest paying job. For example, if that job pays weekly, enter 52; if it pays every other week, enter 26; if it pays monthly, enter 12, etc. . . . . . **3** ______

4 **Divide** the annual amount on line 1 or line 2c by the number of pay periods on line 3. Enter this amount here and in **Step 4(c)** of Form W-4 for the highest paying job (along with any other additional amount you want withheld) . . . . . . . . . . . . . . . . . . . . . . . . **4** $

## Step 4(b)—Deductions Worksheet *(Keep for your records.)*

1 Enter an estimate of your 2021 itemized deductions (from Schedule A (Form 1040)). Such deductions may include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 7.5% of your income . . . . . . . . . . . . . **1** $ ______

2 Enter:
- $25,100 if you're married filing jointly or qualifying widow(er)
- $18,800 if you're head of household
- $12,550 if you're single or married filing separately

. . . . . . . . **2** $ ______

3 If line 1 is greater than line 2, subtract line 2 from line 1 and enter the result here. If line 2 is greater than line 1, enter "-0-" . . . . . . . . . . . . . . . . . . . . . . . . **3** $ ______

4 Enter an estimate of your student loan interest, deductible IRA contributions, and certain other adjustments (from Part II of Schedule 1 (Form 1040)). See Pub. 505 for more information . . . . **4** $ ______

5 **Add** lines 3 and 4. Enter the result here and in **Step 4(b)** of Form W-4 . . . . . . . . . . . **5** $

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States. Internal Revenue Code sections 3402(f)(2) and 6109 and their regulations require you to provide this information; your employer uses it to determine your federal income tax withholding. Failure to provide a properly completed form will result in your being treated as a single person with no other entries on the form; providing fraudulent information may subject you to penalties. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation; to cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws; and to the Department of Health and Human Services for use in the National Directory of New Hires. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

## Married Filing Jointly or Qualifying Widow(er)

| Higher Paying Job Annual Taxable Wage & Salary | Lower Paying Job Annual Taxable Wage & Salary | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0 - 9,999 | $10,000 - 19,999 | $20,000 - 29,999 | $30,000 - 39,999 | $40,000 - 49,999 | $50,000 - 59,999 | $60,000 - 69,999 | $70,000 - 79,999 | $80,000 - 89,999 | $90,000 - 99,999 | $100,000 - 109,999 | $110,000 - 120,000 |
| $0 - 9,999 | $0 | $190 | $850 | $890 | $1,020 | $1,020 | $1,020 | $1,020 | $1,020 | $1,100 | $1,870 | $1,870 |
| $10,000 - 19,999 | 190 | 1,190 | 1,890 | 2,090 | 2,220 | 2,220 | 2,220 | 2,220 | 2,300 | 3,300 | 4,070 | 4,070 |
| $20,000 - 29,999 | 850 | 1,890 | 2,750 | 2,950 | 3,080 | 3,080 | 3,080 | 3,160 | 4,160 | 5,160 | 5,930 | 5,930 |
| $30,000 - 39,999 | 890 | 2,090 | 2,950 | 3,150 | 3,280 | 3,280 | 3,360 | 4,360 | 5,360 | 6,360 | 7,130 | 7,130 |
| $40,000 - 49,999 | 1,020 | 2,220 | 3,080 | 3,280 | 3,410 | 3,490 | 4,490 | 5,490 | 6,490 | 7,490 | 8,260 | 8,260 |
| $50,000 - 59,999 | 1,020 | 2,220 | 3,080 | 3,280 | 3,490 | 4,490 | 5,490 | 6,490 | 7,490 | 8,490 | 9,260 | 9,260 |
| $60,000 - 69,999 | 1,020 | 2,220 | 3,080 | 3,360 | 4,490 | 5,490 | 6,490 | 7,490 | 8,490 | 9,490 | 10,260 | 10,260 |
| $70,000 - 79,999 | 1,020 | 2,220 | 3,160 | 4,360 | 5,490 | 6,490 | 7,490 | 8,490 | 9,490 | 10,490 | 11,260 | 11,260 |
| $80,000 - 99,999 | 1,020 | 3,150 | 5,010 | 6,210 | 7,340 | 8,340 | 9,340 | 10,340 | 11,340 | 12,340 | 13,260 | 13,460 |
| $100,000 - 149,999 | 1,870 | 4,070 | 5,930 | 7,130 | 8,260 | 9,320 | 10,520 | 11,720 | 12,920 | 14,120 | 15,090 | 15,290 |
| $150,000 - 239,999 | 2,040 | 4,440 | 6,500 | 7,900 | 9,230 | 10,430 | 11,630 | 12,830 | 14,030 | 15,230 | 16,190 | 16,400 |
| $240,000 - 259,999 | 2,040 | 4,440 | 6,500 | 7,900 | 9,230 | 10,430 | 11,630 | 12,830 | 14,030 | 15,270 | 17,040 | 18,040 |
| $260,000 - 279,999 | 2,040 | 4,440 | 6,500 | 7,900 | 9,230 | 10,430 | 11,630 | 12,870 | 14,870 | 16,870 | 18,640 | 19,640 |
| $280,000 - 299,999 | 2,040 | 4,440 | 6,500 | 7,900 | 9,230 | 10,470 | 12,470 | 14,470 | 16,470 | 18,470 | 20,240 | 21,240 |
| $300,000 - 319,999 | 2,040 | 4,440 | 6,500 | 7,940 | 10,070 | 12,070 | 14,070 | 16,070 | 18,070 | 20,070 | 21,840 | 22,840 |
| $320,000 - 364,999 | 2,720 | 5,920 | 8,780 | 10,980 | 13,110 | 15,110 | 17,110 | 19,110 | 21,190 | 23,490 | 25,560 | 26,860 |
| $365,000 - 524,999 | 2,970 | 6,470 | 9,630 | 12,130 | 14,560 | 16,860 | 19,160 | 21,460 | 23,760 | 26,060 | 28,130 | 29,430 |
| $525,000 and over | 3,140 | 6,840 | 10,200 | 12,900 | 15,530 | 18,030 | 20,530 | 23,030 | 25,530 | 28,030 | 30,300 | 31,800 |

## Single or Married Filing Separately

| Higher Paying Job Annual Taxable Wage & Salary | Lower Paying Job Annual Taxable Wage & Salary | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0 - 9,999 | $10,000 - 19,999 | $20,000 - 29,999 | $30,000 - 39,999 | $40,000 - 49,999 | $50,000 - 59,999 | $60,000 - 69,999 | $70,000 - 79,999 | $80,000 - 89,999 | $90,000 - 99,999 | $100,000 - 109,999 | $110,000 - 120,000 |
| $0 - 9,999 | $440 | $940 | $1,020 | $1,020 | $1,410 | $1,870 | $1,870 | $1,870 | $1,870 | $2,030 | $2,040 | $2,040 |
| $10,000 - 19,999 | 940 | 1,540 | 1,620 | 2,020 | 3,020 | 3,470 | 3,470 | 3,470 | 3,640 | 3,840 | 3,840 | 3,840 |
| $20,000 - 29,999 | 1,020 | 1,620 | 2,100 | 3,100 | 4,100 | 4,550 | 4,550 | 4,720 | 4,920 | 5,120 | 5,120 | 5,120 |
| $30,000 - 39,999 | 1,020 | 2,020 | 3,100 | 4,100 | 5,100 | 5,550 | 5,720 | 5,920 | 6,120 | 6,320 | 6,320 | 6,320 |
| $40,000 - 59,999 | 1,870 | 3,470 | 4,550 | 5,550 | 6,690 | 7,340 | 7,540 | 7,740 | 7,940 | 8,140 | 8,150 | 8,150 |
| $60,000 - 79,999 | 1,870 | 3,470 | 4,690 | 5,890 | 7,090 | 7,740 | 7,940 | 8,140 | 8,340 | 8,540 | 9,190 | 9,990 |
| $80,000 - 99,999 | 2,000 | 3,810 | 5,090 | 6,290 | 7,490 | 8,140 | 8,340 | 8,540 | 9,390 | 10,390 | 11,190 | 11,990 |
| $100,000 - 124,999 | 2,040 | 3,840 | 5,120 | 6,320 | 7,520 | 8,360 | 9,360 | 10,360 | 11,360 | 12,360 | 13,410 | 14,510 |
| $125,000 - 149,999 | 2,040 | 3,840 | 5,120 | 6,910 | 8,910 | 10,360 | 11,360 | 12,450 | 13,750 | 15,050 | 16,160 | 17,260 |
| $150,000 - 174,999 | 2,220 | 4,830 | 6,910 | 8,910 | 10,910 | 12,600 | 13,900 | 15,200 | 16,500 | 17,800 | 18,910 | 20,010 |
| $175,000 - 199,999 | 2,720 | 5,320 | 7,490 | 9,790 | 12,090 | 13,850 | 15,150 | 16,450 | 17,750 | 19,050 | 20,150 | 21,250 |
| $200,000 - 249,999 | 2,970 | 5,880 | 8,260 | 10,560 | 12,860 | 14,620 | 15,920 | 17,220 | 18,520 | 19,820 | 20,930 | 22,030 |
| $250,000 - 399,999 | 2,970 | 5,880 | 8,260 | 10,560 | 12,860 | 14,620 | 15,920 | 17,220 | 18,520 | 19,820 | 20,930 | 22,030 |
| $400,000 - 449,999 | 2,970 | 5,880 | 8,260 | 10,560 | 12,860 | 14,620 | 15,920 | 17,220 | 18,520 | 19,910 | 21,220 | 22,520 |
| $450,000 and over | 3,140 | 6,250 | 8,830 | 11,330 | 13,830 | 15,790 | 17,290 | 18,790 | 20,290 | 21,790 | 23,100 | 24,400 |

## Head of Household

| Higher Paying Job Annual Taxable Wage & Salary | Lower Paying Job Annual Taxable Wage & Salary | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0 - 9,999 | $10,000 - 19,999 | $20,000 - 29,999 | $30,000 - 39,999 | $40,000 - 49,999 | $50,000 - 59,999 | $60,000 - 69,999 | $70,000 - 79,999 | $80,000 - 89,999 | $90,000 - 99,999 | $100,000 - 109,999 | $110,000 - 120,000 |
| $0 - 9,999 | $0 | $820 | $930 | $1,020 | $1,020 | $1,020 | $1,420 | $1,870 | $1,870 | $1,910 | $2,040 | $2,040 |
| $10,000 - 19,999 | 820 | 1,900 | 2,130 | 2,220 | 2,220 | 2,620 | 3,620 | 4,070 | 4,110 | 4,310 | 4,440 | 4,440 |
| $20,000 - 29,999 | 930 | 2,130 | 2,360 | 2,450 | 2,850 | 3,850 | 4,850 | 5,340 | 5,540 | 5,740 | 5,870 | 5,870 |
| $30,000 - 39,999 | 1,020 | 2,220 | 2,450 | 2,940 | 3,940 | 4,940 | 5,980 | 6,630 | 6,830 | 7,030 | 7,160 | 7,160 |
| $40,000 - 59,999 | 1,020 | 2,470 | 3,700 | 4,790 | 5,800 | 7,000 | 8,200 | 8,850 | 9,050 | 9,250 | 9,380 | 9,380 |
| $60,000 - 79,999 | 1,870 | 4,070 | 5,310 | 6,600 | 7,800 | 9,000 | 10,200 | 10,850 | 11,050 | 11,250 | 11,520 | 12,320 |
| $80,000 - 99,999 | 1,880 | 4,280 | 5,710 | 7,000 | 8,200 | 9,400 | 10,600 | 11,250 | 11,590 | 12,590 | 13,520 | 14,320 |
| $100,000 - 124,999 | 2,040 | 4,440 | 5,870 | 7,160 | 8,360 | 9,560 | 11,240 | 12,690 | 13,690 | 14,690 | 15,670 | 16,770 |
| $125,000 - 149,999 | 2,040 | 4,440 | 5,870 | 7,240 | 9,240 | 11,240 | 13,240 | 14,690 | 15,890 | 17,190 | 18,420 | 19,520 |
| $150,000 - 174,999 | 2,040 | 4,920 | 7,150 | 9,240 | 11,240 | 13,290 | 15,590 | 17,340 | 18,640 | 19,940 | 21,170 | 22,270 |
| $175,000 - 199,999 | 2,720 | 5,920 | 8,150 | 10,440 | 12,740 | 15,040 | 17,340 | 19,090 | 20,390 | 21,690 | 22,920 | 24,020 |
| $200,000 - 249,999 | 2,970 | 6,470 | 9,000 | 11,390 | 13,690 | 15,990 | 18,290 | 20,040 | 21,340 | 22,640 | 23,880 | 24,980 |
| $250,000 - 349,999 | 2,970 | 6,470 | 9,000 | 11,390 | 13,690 | 15,990 | 18,290 | 20,040 | 21,340 | 22,640 | 23,880 | 24,980 |
| $350,000 - 449,999 | 2,970 | 6,470 | 9,000 | 11,390 | 13,690 | 15,990 | 18,290 | 20,040 | 21,340 | 22,640 | 23,900 | 25,200 |
| $450,000 and over | 3,140 | 6,840 | 9,570 | 12,160 | 14,660 | 17,160 | 19,660 | 21,610 | 23,110 | 24,610 | 26,050 | 27,350 |

This acknowledgement ("AGREEMENT"), executed on the 30th *day of May, 2021* outlines the compensation package between ***Teresa Sullivan*** ("EMPLOYEE") and Kristin Sheeler Designs LLC DBA NIBI-MTK/NIBI ("EMPLOYER").

**1. Compensation**

EMPLOYEE acknowledges he/she will be compensated for all work performed as noted in and governed by the terms outlined in the separately executed General Work Agreement. EMPLOYEE's compensation will be as follows

**Hourly Rate: $23**

**Commission: 4% of Eligible Sales**

**2. Compensation Schedule**

EMPLOYEE can expect to be paid weekly on Mondays for the prior seven (7) day period. Compensation will include base pay calculated on hours worked and eligible commissions, if any.

*Note: it is possible the pay period may change as new payroll processing is adopted by EMPLOYER. If such change is made, EMPLOYEE will be given a minimum of two (2) weeks' notice.

**3. Acknowledgement**

By signing below employee agrees to the terms and conditions presented in this agreement.

*EMPLOYEE*

Name Teresa Sullivan

Title Stylist/Retail Sales Manager

Signature ______________________________

Date ______________________________

This agreement ("AGREEMENT"), executed on the 30th *day of May, 2021* outlines the complete agreement between ***Teresa Sullivan*** ("EMPLOYEE") and Kristin Sheeler Designs LLC DBA NIBI-MTK/NIBI ("EMPLOYER").

**1. TERM**

The general term of this agreement will extend from the above listed execution date until employment with EMPLOYER is terminated regardless of conditions leading to EMPLOYEE's separation from EMPLOYER or of the originating party as it relates to the termination. Note that some clauses of the AGREEMENT will remain in effect beyond EMPLOYEE's separation from EMPLOYER as noted below.

**2. ROLE**

EMPLOYEE is being hired as a **Stylist/Retail Sales Manager** for NIBI with responsibilities including but not limited to the following:

- Responsible for assigned Sales targets and Sales growth targets
- Establishing customer database by collecting customer information and developing customer loyalty
- Contribute to clean/tidy Store appearance including selling floor, sales wrap/check-out area inventory storage area and other non-selling areas
- Contribute to visual merchandising and floor set at assigned location(s)
- Participate in inventory management, all aspects including periodic counts, reconciliations, logging new merchandise, etc.
- Participate in stockroom organization and clean-up
- Mentor younger team members

**3. INELLECTUAL PROPERTY AND ENTITLEMENTS**

EMPLOYEE agrees to grant EMPLOYER an exclusive and irrevocable license to any and all copyrighted or like material, Processes, Procedures, Scheduling or other Management Forms that are produced as a result of his/her work for EMPLOYER. License will remain in effect in perpetuity and will apply to EMPLOYER and EMPLOYER'S employees, assignees, heirs, etc. as reasonably required to conduct EMPLOYER's business related to covered services herein.

EMPLOYEE further agrees that a portion of EMPLOYEE's responsibilities, deliverables, or obligations, while working under the terms of this AGREEMENT may include EMPLOYEE's participation in photo shoots, whether formal with a paid photographer, casual with EMPLOYER's in house photographer, or incidental such as for Instagram or other social media venue. Any images containing EMPLOYEE's likeness, regardless of setting, photographic mode, or intended use will be the sole property of EMPLOYER to be used at EMPLOYER's sole discretion. EMPLOYEE waives all rights of ownership, copyright, and licensure and acknowledges that no fees, commissions, licensing or royalties of any type will be granted for use of images EMPLOYEE participated in the creation of. Waiver of rights includes photographic images EMPLOYEE may take as a part of the responsibilities covered under this agreement during the term of this agreement.

**4. SERVICES**

EMPLOYEE will perform all services noted in this agreement and any others outlined in an addendum to this agreement which may be written and attached to this agreement or may be verbal in nature. EMPLOYEE agrees that he/she will perform all agreed tasks, accountabilities, etc. in a professional manner and will deliver the highest quality end product possible.

EMPLOYER reserves the right to review all final delivered work product and will notify EMPLOYEE within five (5) business days of unsatisfactory delivery quality. EMPLOYEE will then have five (5) business days to make all reasonable efforts to address and correct EMPLOYER's comments, concerns, etc. by making required corrections, amendments, etc. or take other corrective actions to satisfy EMPLOYER's concerns.

If corrective actions are unsatisfactory or are not delivered to EMPLOYER within above stipulated timeframe EMPLOYER reserves right to take any and all corrective actions available.

EMPLOYER or EMPLOYER's representative(s) will be available as required throughout the execution of services related to this agreement.

**5. TERMINATION**

This AGREEMENT represents an employment at will agreement whereby EMPLOYEE or EMPLOYER may terminate this employment at any time for any reason including but not limited to EMPLOYEE's failure to satisfactorily perform duties, responsibilities, etc. related to his/her responsibilities and accountabilities covered by this agreement.

Employment at will conditions notwithstanding, EMPLOYEE will make all reasonable efforts to provide EMPLOYER a minimum of two (2) weeks' notice upon decision to terminate employment with EMPLOYER.

Upon termination, EMPLOYEE agrees to return all materials belonging to EMPLOYER within five (5) business days including but not limited to clothes given as a "work uniform," schedules, inventory files, computer hardware or software, store supplies, etc.

**6. RISK OF LOSS**

EMPLOYEE assumes all risk of loss to his/her person and property that may result from executing services related to this agreement. Loss items may include but are not limited to photographic equipment and accessories, computer and related computer applications or accessories, personal items, etc. even if loss might possibly be attributed to negligence on the part of EMPLOYER or any property EMPLOYER/entity, township, etc. where work may be performed related to the services covered by this agreement.

**7. CONFIDENTIALITY, NON-DISCLOSURE**

EMPLOYEE agrees that as a result of executing this agreement he/she will be exposed to information including but not limited to EMPLOYER's line plans, retail merchandise production techniques, suppliers (i.e. labels, brands, etc.), general merchandising program, marketing / public relations activity, retail site sales and revenue targets/sales activity, retail site sales staff compensation, etc. which represents EMPLOYER's intellectual property and is confidential in nature.

EMPLOYEE agrees that "confidential information" is any information, including but not limited to this agreement, other agreements which may be executed, and/or EMPLOYEE's compensation terms which is not and will not become publicly available through common business activity, word of mouth, selling or public relations activities, etc. EMPLOYEE will treat all such information as confidential and will take all necessary and reasonable precautions to protect and keep confidential without disclosing such to any person, entity, etc. not a part of this agreement. All EMPLOYEE's employees and representatives including but not limited to partners, sales representatives, public relations and marketing partners, bloggers or other social media partners or service EMPLOYEEs are included in this

Confidentiality clause, and EMPLOYEE will take all reasonable and necessary steps to ensure such parties do not disclose confidential information to any person, party or entity outside of this agreement.

Any breach of confidential information by EMPLOYEE, its employees or service EMPLOYEEs will be disclosed to EMPLOYER immediately and in writing. EMPLOYEE agrees that it is responsible for any and all damages incurred by EMPLOYER in case of such breach of confidentiality by EMPLOYEE even if such damages are difficult to calculate through specific formulae. EMPLOYEE agrees that EMPLOYER reserves the right to seek damages to the maximum extent allowable in case of such breach of confidentiality by EMPLOYEE or any of its employees, service EMPLOYEEs, assignees, etc.

**8. NON-RECRUIT, NON-COMPETE**

EMPLOYEE agrees that in the course of his/her work with EMPLOYER he/she has been privy to confidential and proprietary information of EMPLOYER which represents a significant risk of loss of business and/or business revenue if provided to competing firms, entities, shops, boutiques, etc. EMPLOYEE will not seek employment, accept offers of employment, whether freelance / contractual, or permanent or part-time with any competitor of EMPLOYER within a forty (40) mile radius of EMPLOYER'S locations currently at 88 South Euclid Avenue, Montauk, NY; 2450 Main Street, Bridgehampton, NY; 126 Main Street, Westhampton, NY. Future locations will be automatically be included in this agreement as opened. This binding NON-COMPETE clause will remain in effect for two (2) years from the date of EMPLOYEE's termination.

EMPLOYEE will also not seek to employ or recruit current or former employees, or providers/contractors of EMPLOYER ("COLLEAGUES") whether directly or indirectly for a period of five (5) years from the date of his/her termination. EMPLOYEE acknowledges that being approached by COLLEAGUES is covered by this clause and will be bound by the restrictions herein.

EMPLOYEE further acknowledges that suppliers, manufacturers, merchants/vendors, customers/clients, and any other business supplier of EMPLOYER are proprietary to EMPLOYER's specific use / approach and will included within and protected by this NON-RECRUIT, NON-COMPETE clause and may not be approached or coaxed to work with EMPLOYEE in any manner whatsoever outside of his/her employment with EMPLOYER for a period of five (5) years after termination of EMPLOYEE'S employment with EMPLOYER.

**9. NON-SOLICITATION**

While EMPLOYEE is employed by EMPLOYER, and for a period of two (2) years after termination of his/her services for whatever reason, EMPLOYEE agrees that he/she will not, without prior written disclosure to the EMPLOYER and consent by it, either directly or indirectly, (i) solicit or divert away any business from the EMPLOYER's businesses; (ii) provide ay services of the type provided by the EMPLOYER's businesses to any client of the EMPLOYER, or assist any person, boutique, firm, corporation or other entity in doing so or attempting to do so; or (iii) cause or seek to cause any person, brand, vendor, manufacturer, studio, firm or corporation to refrain from doing business with EMPLOYER.

**10. WHOLE AGREEMENT**

EMPLOYEE agrees this agreement represents the whole agreement between the parties and no partnership expressly stated or implied exists beyond the scope of this agreement.

**11. GOVERNANCE**

EMPLOYEE agrees that this agreement will be executed and governed by the laws of New York State and any and all legal actions that may become necessary as a result of activities or covenants covered within this agreement will be settled in courts within New York State if such action becomes necessary.

**12. SEVERABILITY**

If any clause of this agreement is found to be unenforceable, all other clauses will remain in effect for the term of this agreement. EMPLOYEE further acknowledges that it, its employees, service EMPLOYEEs, assignees, etc. will be bound by the Confidentiality, Non-Disclosure stipulations in perpetuity and that its responsibility to hold EMPLOYER's confidential information in confidence will extend beyond the term of this agreement.

**13. EXECUTION**

By signing below all parties agree to the terms and conditions presented in this agreement.

*For EMPLOYER*

Name KRISTIN SHEELER

Title Owner, Kristin Sheeler Designs LLC /DBA NIBI-MTK®

Signature ______________________________

Date ______________________________

*EMPLOYEE*

Name Teresa Sullivan

Title Stylist/Retail Sales Manager

Signature ______________________________

Date ______________________________