# Exhibit B

**Kristin Sheeler Designs**
**Lightspeed POS Clock-In / Clock-Out Raw Data**
**EE: Teresa Sullvan**

| Employee | Location | Clock In | Day | Clock Out | Hours |
|---|---|---|---|---|---|
| Teresa Sullivan | NIBI-MTK-WH | 7/1/22 9:18 | Friday | 7/1/22 19:00 | 9.69 |
| Teresa Sullivan | NIBI-MTK-WH | 7/2/22 9:48 | Saturday | 7/3/22 9:16 | 23.46 |
| Teresa Sullivan | NIBI-MTK-WH | 7/3/22 9:17 | Sunday | 7/3/22 16:59 | 7.7 |
| Teresa Sullivan | NIBI-MTK-WH | 7/4/22 9:28 | Monday | 7/4/22 15:53 | 6.41 |
| Teresa Sullivan | NIBI-MTK-WH | 7/7/22 9:13 | Thursday | 7/7/22 16:47 | 7.57 |
| Teresa Sullivan | NIBI-MTK-WH | 7/8/22 9:24 | Friday | 7/8/22 16:55 | 7.52 |
| Teresa Sullivan | NIBI-MTK-WH | 7/9/22 9:50 | Saturday | 7/9/22 17:59 | 8.15 |
| Teresa Sullivan | NIBI-MTK-WH | 7/10/22 9:56 | Sunday | 7/10/22 17:53 | 7.95 |
| Teresa Sullivan | NIBI-MTK-WH | 7/11/22 10:08 | Monday | 7/11/22 17:55 | 7.79 |
| Teresa Sullivan | NIBI-MTK-WH | 7/14/22 9:23 | Thursday | 7/14/22 17:04 | 7.69 |
| Teresa Sullivan | NIBI-MTK-WH | 7/15/22 9:30 | Friday | 7/15/22 17:02 | 7.53 |
| Teresa Sullivan | NIBI-MTK-WH | 7/16/22 11:56 | Saturday | 7/16/22 19:01 | 7.08 |
| Teresa Sullivan | NIBI-MTK-WH | 7/18/22 10:00 | Monday | 7/18/22 18:08 | 8.14 |
| Teresa Sullivan | NIBI-MTK-WH | 7/20/22 10:03 | Wednesday | 7/20/22 18:14 | 8.19 |
| Teresa Sullivan | NIBI-MTK-WH | 7/21/22 9:14 | Thursday | 7/21/22 18:21 | 9.12 |
| Teresa Sullivan | NIBI-MTK-WH | 7/22/22 9:49 | Friday | 7/22/22 18:09 | 8.33 |
| Teresa Sullivan | NIBI-MTK-WH | 7/23/22 11:37 | Saturday | 7/23/22 18:51 | 7.23 |
| Teresa Sullivan | NIBI-MTK-WH | 7/24/22 10:58 | Sunday | 7/24/22 18:00 | 7.04 |
| Teresa Sullivan | NIBI-MTK-WH | 7/25/22 10:59 | Monday | 7/25/22 17:46 | 6.8 |
| Teresa Sullivan | NIBI-MTK-WH | 7/28/22 9:29 | Thursday | 7/28/22 12:45 | 3.28 |
| Teresa Sullivan | NIBI-MTK-WH | 7/29/22 12:16 | Friday | 7/29/22 19:19 | 7.05 |
| Teresa Sullivan | NIBI-MTK-WH | 7/30/22 10:04 | Saturday | 7/30/22 19:03 | 8.98 |
| Teresa Sullivan | NIBI-MTK-WH | 7/31/22 10:06 | Sunday | 7/31/22 18:14 | 8.13 |
| Teresa Sullivan | NIBI-MTK-WH | 8/1/22 9:33 | Monday | 8/1/22 17:50 | 8.27 |
| Teresa Sullivan | NIBI-MTK-WH | 8/2/22 9:52 | Tuesday | 8/2/22 12:44 | 2.87 |
| Teresa Sullivan | NIBI-MTK-WH | 8/5/22 12:01 | Friday | 8/5/22 17:15 | 5.23 |
| Teresa Sullivan | NIBI-MTK-WH | 8/6/22 9:33 | Saturday | 8/7/22 10:05 | 24.54 |
| Teresa Sullivan | NIBI-MTK-WH | 8/10/22 10:51 | Wednesday | 8/10/22 17:01 | 6.16 |
| Teresa Sullivan | NIBI-MTK-WH | 8/11/22 9:51 | Thursday | 8/12/22 9:27 | 23.62 |
| Teresa Sullivan | NIBI-MTK-WH | 8/12/22 9:28 | Friday | 8/12/22 15:56 | 6.48 |
| Teresa Sullivan | NIBI-MTK-WH | 8/13/22 9:40 | Saturday | 8/13/22 16:58 | 7.3 |
| Teresa Sullivan | NIBI-MTK-WH | 8/15/22 10:08 | Monday | 8/15/22 17:53 | 7.74 |
| Teresa Sullivan | NIBI-MTK-WH | 8/17/22 9:50 | Wednesday | 8/17/22 17:05 | 7.24 |
| Teresa Sullivan | NIBI-MTK-WH | 8/18/22 10:55 | Thursday | 8/18/22 18:01 | 7.1 |
| Teresa Sullivan | NIBI-MTK-WH | 8/19/22 9:50 | Friday | 8/19/22 18:12 | 8.38 |
| Teresa Sullivan | NIBI-MTK-WH | 8/20/22 10:02 | Saturday | 8/20/22 17:04 | 7.05 |
| Teresa Sullivan | NIBI-MTK-WH | 8/21/22 9:47 | Sunday | 8/22/22 10:04 | 24.27 |
| Teresa Sullivan | NIBI-MTK-WH | 8/22/22 12:18 | Monday | 8/22/22 18:03 | 5.76 |
| Teresa Sullivan | NIBI-MTK-WH | 8/25/22 11:09 | Thursday | 8/25/22 18:10 | 7.02 |
| Teresa Sullivan | NIBI-MTK-WH | 8/27/22 9:45 | Saturday | 8/27/22 18:59 | 9.23 |
| Teresa Sullivan | NIBI-MTK-WH | 8/28/22 11:50 | Sunday | 8/28/22 17:51 | 6.01 |
| Teresa Sullivan | NIBI-MTK-WH | 8/29/22 9:37 | Monday | 8/29/22 18:25 | 8.81 |



EXHIBIT
4

| | | | | | |
|---|---|---|---|---|---|
| Teresa Sullivan | NIBI-MTK-WH | 8/31/22 9:33 | Wednesday | 8/31/22 17:57 | 8.39 |
| Teresa Sullivan | NIBI-MTK-WH | 9/2/22 17:58 | Friday | 9/2/22 19:03 | 1.07 |
| Teresa Sullivan | NIBI-MTK-WH | 9/3/22 10:13 | Saturday | 9/3/22 18:47 | 8.57 |
| Teresa Sullivan | NIBI-MTK-WH | 9/4/22 9:54 | Sunday | 9/4/22 17:56 | 8.04 |
| Teresa Sullivan | NIBI-MTK-WH | 9/5/22 9:55 | Monday | 9/5/22 16:46 | 6.85 |
| Teresa Sullivan | NIBI-MTK-WH | 9/8/22 9:38 | Thursday | 9/8/22 17:53 | 8.24 |
| Teresa Sullivan | NIBI-MTK-WH | 9/9/22 9:30 | Friday | 9/9/22 17:32 | 8.04 |
| Teresa Sullivan | NIBI-MTK-WH | 9/10/22 9:34 | Saturday | 9/10/22 16:57 | 7.4 |
| Teresa Sullivan | NIBI-MTK-WH | 9/13/22 10:03 | Tuesday | 9/13/22 17:00 | 6.94 |
| Teresa Sullivan | NIBI-MTK-WH | 9/14/22 9:43 | Wednesday | 9/14/22 17:56 | 8.22 |
| Teresa Sullivan | NIBI-MTK-WH | 9/15/22 9:40 | Thursday | 9/15/22 16:05 | 6.41 |
| Teresa Sullivan | NIBI-MTK-WH | 9/16/22 9:44 | Friday | 9/16/22 17:52 | 8.13 |
| Teresa Sullivan | NIBI-MTK-WH | 9/17/22 10:48 | Saturday | 9/17/22 16:00 | 5.21 |
| Teresa Sullivan | NIBI-MTK-WH | 9/18/22 9:25 | Sunday | 9/18/22 17:20 | 7.92 |
| Teresa Sullivan | NIBI-MTK-WH | 9/19/22 9:51 | Monday | 9/19/22 17:00 | 7.15 |
| Teresa Sullivan | NIBI-MTK-WH | 9/21/22 9:53 | Wednesday | 9/21/22 9:54 | 0.01 |
| Teresa Sullivan | NIBI-MTK-WH | 9/21/22 9:54 | Wednesday | 9/21/22 16:52 | 6.97 |
| Teresa Sullivan | NIBI-MTK-WH | 9/22/22 10:58 | Thursday | 9/26/22 9:41 | 94.72 |
| Teresa Sullivan | NIBI-MTK-WH | 9/26/22 17:00 | Monday | 9/26/22 17:00 | 0 |
| Teresa Sullivan | NIBI-MTK-WH | 9/29/22 10:10 | Thursday | 9/29/22 16:56 | 6.77 |
| Teresa Sullivan | NIBI-MTK-WH | 9/30/22 10:22 | Friday | 9/30/22 17:07 | 6.75 |
| Teresa Sullivan | NIBI-MTK-WH | 10/1/22 9:38 | Saturday | 10/1/22 14:50 | 5.2 |
| Teresa Sullivan | NIBI-MTK-WH | 10/2/22 10:04 | Sunday | 10/2/22 16:27 | 6.39 |
| Teresa Sullivan | NIBI-MTK-WH | 10/3/22 9:57 | Monday | 10/3/22 15:05 | 5.14 |
| Teresa Sullivan | NIBI-MTK-WH | 10/4/22 9:37 | Tuesday | 10/4/22 16:52 | 7.25 |
| Teresa Sullivan | NIBI-MTK-WH | 10/5/22 10:21 | Wednesday | 10/5/22 16:41 | 6.33 |
| Teresa Sullivan | NIBI-MTK-WH | 10/8/22 8:11 | Saturday | 10/8/22 18:03 | 9.86 |
| Teresa Sullivan | NIBI-MTK-WH | 10/9/22 9:51 | Sunday | 10/9/22 16:56 | 7.09 |
| Teresa Sullivan | NIBI-MTK-WH | 10/10/22 10:15 | Monday | 10/10/22 16:40 | 6.4 |
| Teresa Sullivan | NIBI-MTK-WH | 10/11/22 10:54 | Tuesday | 10/11/22 16:57 | 6.04 |
| Teresa Sullivan | NIBI-MTK-WH | 10/14/22 9:17 | Friday | 10/14/22 12:04 | 2.78 |
| Teresa Sullivan | NIBI-MTK-WH | 10/15/22 9:35 | Saturday | 10/15/22 17:56 | 8.35 |
| Teresa Sullivan | NIBI-MTK-WH | 10/16/22 10:39 | Sunday | 10/16/22 16:57 | 6.29 |
| Teresa Sullivan | NIBI-MTK-WH | 10/20/22 9:20 | Thursday | 10/20/22 17:02 | 7.7 |
| Teresa Sullivan | NIBI-MTK-WH | 10/21/22 10:27 | Friday | 10/21/22 17:00 | 6.55 |
| Teresa Sullivan | NIBI-MTK-WH | 10/22/22 10:17 | Saturday | 10/22/22 17:32 | 7.25 |
| Teresa Sullivan | NIBI-MTK-WH | 10/23/22 10:17 | Sunday | 10/23/22 16:00 | 5.71 |
| Teresa Sullivan | NIBI-MTK-WH | 10/25/22 10:22 | Tuesday | 10/25/22 16:55 | 6.54 |
| Teresa Sullivan | NIBI-MTK-WH | 10/27/22 10:05 | Thursday | 10/27/22 17:00 | 6.91 |
| Teresa Sullivan | NIBI-MTK-WH | 10/28/22 10:09 | Friday | 10/28/22 17:00 | 6.85 |
| Teresa Sullivan | NIBI-MTK-WH | 10/29/22 10:00 | Saturday | 10/29/22 12:07 | 2.12 |
| Teresa Sullivan | NIBI-MTK-WH | 10/30/22 9:35 | Sunday | 10/30/22 16:56 | 7.36 |
| Teresa Sullivan | NIBI-MTK-WH | 11/3/22 10:10 | Thursday | 11/3/22 16:55 | 6.75 |
| Teresa Sullivan | NIBI-MTK-WH | 11/4/22 11:37 | Friday | 11/4/22 17:09 | 5.53 |
| Teresa Sullivan | NIBI-MTK-WH | 11/5/22 10:31 | Saturday | 11/5/22 17:48 | 7.29 |
| Teresa Sullivan | NIBI-MTK-WH | 11/7/22 9:58 | Monday | 11/7/22 16:30 | 6.52 |
| Teresa Sullivan | NIBI-MTK-WH | 11/8/22 10:12 | Tuesday | 11/8/22 15:49 | 5.61 |
| Teresa Sullivan | NIBI-MTK-WH | 11/9/22 10:19 | Wednesday | 11/9/22 16:54 | 6.58 |

| | | | | | |
|---|---|---|---|---|---|
| Teresa Sullivan | NIBI-MTK-WH | 11/10/22 10:12 | Thursday | 11/10/22 16:55 | 6.72 |
| Teresa Sullivan | NIBI-MTK-WH | 11/17/22 9:18 | Thursday | 11/17/22 17:00 | 7.68 |
| Teresa Sullivan | NIBI-MTK-WH | 11/18/22 9:58 | Friday | 11/18/22 16:55 | 6.94 |
| Teresa Sullivan | NIBI-MTK-WH | 11/19/22 10:00 | Saturday | 11/19/22 16:58 | 6.96 |
| Teresa Sullivan | NIBI-MTK-WH | 11/20/22 10:24 | Sunday | 11/20/22 16:47 | 6.39 |
| Teresa Sullivan | NIBI-MTK-WH | 11/21/22 10:20 | Monday | 11/21/22 16:55 | 6.59 |
| Teresa Sullivan | NIBI-MTK-WH | 11/25/22 10:08 | Friday | 11/25/22 17:06 | 6.97 |
| Teresa Sullivan | NIBI-MTK-WH | 11/26/22 10:19 | Saturday | 11/26/22 17:00 | 6.68 |
| Teresa Sullivan | NIBI-MTK-WH | 11/29/22 9:34 | Tuesday | 11/29/22 16:50 | 7.27 |
| Teresa Sullivan | NIBI-MTK-WH | 11/30/22 10:21 | Wednesday | 11/30/22 16:30 | 6.15 |
| Teresa Sullivan | NIBI-MTK-WH | 12/1/22 10:07 | Thursday | 12/1/22 17:00 | 6.88 |
| Teresa Sullivan | NIBI-MTK-WH | 12/2/22 9:50 | Friday | 12/2/22 18:00 | 8.16 |
| Teresa Sullivan | NIBI-MTK-WH | 12/3/22 10:05 | Saturday | 12/3/22 17:20 | 7.26 |
| Teresa Sullivan | NIBI-MTK-WH | 12/4/22 10:13 | Sunday | 12/4/22 17:00 | 6.77 |
| Teresa Sullivan | NIBI-MTK-WH | 12/5/22 10:16 | Monday | 12/5/22 16:56 | 6.68 |
| Teresa Sullivan | NIBI-MTK-WH | 12/10/22 10:01 | Saturday | 12/10/22 14:22 | 4.35 |
| Teresa Sullivan | NIBI-MTK-WH | 12/11/22 10:16 | Sunday | 12/11/22 16:57 | 6.67 |
| Teresa Sullivan | NIBI-MTK-WH | 12/12/22 10:56 | Monday | 12/12/22 16:58 | 6.03 |
| Teresa Sullivan | NIBI-MTK-WH | 12/15/22 9:40 | Thursday | 12/15/22 16:52 | 7.19 |
| Teresa Sullivan | NIBI-MTK-WH | 12/16/22 12:14 | Friday | 12/16/22 17:00 | 4.77 |
| Teresa Sullivan | NIBI-MTK-WH | 12/17/22 10:18 | Saturday | 12/17/22 15:57 | 5.64 |
| Teresa Sullivan | NIBI-MTK-WH | 12/18/22 10:05 | Sunday | 12/18/22 16:59 | 6.9 |
| Teresa Sullivan | NIBI-MTK-WH | 12/20/22 10:24 | Tuesday | 12/20/22 17:00 | 6.6 |
| Teresa Sullivan | NIBI-MTK-WH | 12/22/22 10:00 | Thursday | 12/22/22 17:00 | 6.98 |
| Teresa Sullivan | NIBI-MTK-WH | 12/23/22 10:34 | Friday | 12/23/22 17:33 | 6.98 |
| Teresa Sullivan | NIBI-MTK-WH | 12/24/22 10:13 | Saturday | 12/24/22 14:55 | 4.7 |
| Teresa Sullivan | NIBI-MTK-WH | 12/26/22 10:16 | Monday | 12/26/22 17:02 | 6.75 |
| Teresa Sullivan | NIBI-MTK-WH | 12/28/22 10:05 | Wednesday | 12/28/22 13:30 | 3.41 |
| Teresa Sullivan | NIBI-MTK-WH | 12/29/22 10:00 | Thursday | 12/29/22 16:45 | 6.75 |
| Teresa Sullivan | NIBI-MTK-WH | 12/31/22 10:57 | Saturday | 12/31/22 15:47 | 4.83 |
| Teresa Sullivan | NIBI-MTK-WH | 1/2/23 10:21 | Monday | 1/2/23 16:57 | 6.59 |
| Teresa Sullivan | NIBI-MTK-WH | 1/5/23 10:07 | Thursday | 1/5/23 16:50 | 6.71 |
| Teresa Sullivan | NIBI-MTK-WH | 1/6/23 9:40 | Friday | 1/6/23 16:55 | 7.24 |
| Teresa Sullivan | NIBI-MTK-WH | 1/7/23 10:14 | Saturday | 1/7/23 16:57 | 6.71 |
| Teresa Sullivan | NIBI-MTK-WH | 1/8/23 10:12 | Sunday | 1/8/23 16:50 | 6.63 |
| Teresa Sullivan | NIBI-MTK-WH | 1/9/23 9:56 | Monday | 1/9/23 17:00 | 7.07 |
| Teresa Sullivan | NIBI-MTK-WH | 1/12/23 10:00 | Thursday | 1/12/23 16:56 | 6.93 |
| Teresa Sullivan | NIBI-MTK-WH | 1/13/23 9:41 | Friday | 1/13/23 17:07 | 7.44 |
| Teresa Sullivan | NIBI-MTK-WH | 1/15/23 10:14 | Sunday | 1/15/23 16:38 | 6.41 |
| Teresa Sullivan | NIBI-MTK-WH | 1/16/23 10:25 | Monday | 1/16/23 16:48 | 6.38 |
| Teresa Sullivan | NIBI-MTK-WH | 1/19/23 10:06 | Thursday | 1/19/23 16:26 | 6.33 |
| Teresa Sullivan | NIBI-MTK-WH | 1/20/23 10:14 | Friday | 1/20/23 16:50 | 6.61 |
| Teresa Sullivan | NIBI-MTK-WH | 1/21/23 10:12 | Saturday | 1/21/23 17:00 | 6.79 |
| Teresa Sullivan | NIBI-MTK-WH | 1/22/23 10:08 | Sunday | 1/22/23 17:20 | 7.2 |
| Teresa Sullivan | NIBI-MTK-WH | 1/23/23 10:28 | Monday | 1/23/23 16:55 | 6.44 |
| Teresa Sullivan | NIBI-MTK-WH | 1/26/23 10:13 | Thursday | 1/26/23 16:55 | 6.7 |
| Teresa Sullivan | NIBI-MTK-WH | 1/27/23 10:20 | Friday | 1/27/23 16:55 | 6.59 |
| Teresa Sullivan | NIBI-MTK-WH | 1/28/23 10:08 | Saturday | 1/28/23 17:00 | 6.85 |

| | | | | | |
|---|---|---|---|---|---|
| Teresa Sullivan | NIBI-MTK-WH | 1/29/23 9:45 | Sunday | 1/29/23 16:59 | 7.23 |
| Teresa Sullivan | NIBI-MTK-WH | 1/30/23 10:23 | Monday | 1/30/23 16:56 | 6.55 |
| Teresa Sullivan | NIBI-MTK-WH | 2/2/23 10:51 | Thursday | 2/2/23 17:05 | 6.23 |
| Teresa Sullivan | NIBI-MTK-WH | 2/3/23 10:39 | Friday | 2/3/23 16:57 | 6.31 |
| Teresa Sullivan | NIBI-MTK-WH | 2/4/23 10:06 | Saturday | 2/4/23 10:12 | 0.1 |
| Teresa Sullivan | NIBI-MTK-WH | 2/5/23 9:55 | Sunday | 2/5/23 16:55 | 7 |
| Teresa Sullivan | NIBI-MTK-WH | 2/6/23 9:27 | Monday | 2/6/23 16:51 | 7.39 |
| Teresa Sullivan | NIBI-MTK-WH | 2/9/23 10:13 | Thursday | 2/9/23 17:01 | 6.81 |
| Teresa Sullivan | NIBI-MTK-WH | 2/10/23 9:58 | Friday | 2/10/23 16:46 | 6.79 |
| Teresa Sullivan | NIBI-MTK-WH | 2/11/23 9:51 | Saturday | 2/11/23 17:00 | 7.15 |
| Teresa Sullivan | NIBI-MTK-WH | 2/12/23 9:47 | Sunday | 2/12/23 16:27 | 6.66 |
| Teresa Sullivan | NIBI-MTK-WH | 2/13/23 10:25 | Monday | 2/13/23 16:52 | 6.44 |
| Teresa Sullivan | NIBI-MTK-WH | 2/16/23 10:24 | Thursday | 2/16/23 17:03 | 6.65 |
| Teresa Sullivan | NIBI-MTK-WH | 2/17/23 9:52 | Friday | 2/17/23 16:56 | 7.07 |
| Teresa Sullivan | NIBI-MTK-WH | 2/18/23 9:18 | Saturday | 2/18/23 17:00 | 7.69 |
| Teresa Sullivan | NIBI-MTK-WH | 2/19/23 10:09 | Sunday | 2/19/23 16:56 | 6.77 |
| Teresa Sullivan | NIBI-MTK-WH | 2/20/23 9:59 | Monday | 2/20/23 16:57 | 6.95 |
| Teresa Sullivan | NIBI-MTK-WH | 2/23/23 9:51 | Thursday | 2/23/23 17:00 | 7.14 |
| Teresa Sullivan | NIBI-MTK-WH | 2/24/23 9:58 | Friday | 2/24/23 16:58 | 7 |
| Teresa Sullivan | NIBI-MTK-WH | 2/25/23 10:04 | Saturday | 2/25/23 16:52 | 6.79 |
| Teresa Sullivan | NIBI-MTK-WH | 2/26/23 10:34 | Sunday | 2/26/23 16:53 | 6.31 |
| Teresa Sullivan | NIBI-MTK-WH | 2/27/23 9:38 | Monday | 2/27/23 17:00 | 7.36 |
| Teresa Sullivan | NIBI-MTK-WH | 3/2/23 9:46 | Thursday | 3/2/23 17:00 | 7.23 |
| Teresa Sullivan | NIBI-MTK-WH | 3/3/23 10:13 | Friday | 3/3/23 17:00 | 6.77 |
| Teresa Sullivan | NIBI-MTK-WH | 3/4/23 9:58 | Saturday | 3/4/23 16:56 | 6.95 |
| Teresa Sullivan | NIBI-MTK-WH | 3/5/23 9:41 | Sunday | 3/5/23 16:59 | 7.29 |
| Teresa Sullivan | NIBI-MTK-WH | 3/6/23 10:41 | Monday | 3/6/23 17:00 | 6.32 |
| Teresa Sullivan | NIBI-MTK-WH | 3/9/23 9:59 | Thursday | 3/9/23 17:00 | 7.02 |
| Teresa Sullivan | NIBI-MTK-WH | 3/10/23 9:45 | Friday | 3/10/23 17:04 | 7.32 |
| Teresa Sullivan | NIBI-MTK-BH | 3/11/23 9:48 | Saturday | 3/11/23 16:56 | 7.13 |
| Teresa Sullivan | NIBI-MTK-BH | 3/12/23 10:17 | Sunday | 3/12/23 15:57 | 5.66 |
| Teresa Sullivan | NIBI-MTK-WH | 3/13/23 9:39 | Monday | 3/13/23 16:56 | 7.29 |
| Teresa Sullivan | NIBI-MTK-WH | 3/16/23 10:15 | Thursday | 3/16/23 17:02 | 6.78 |
| Teresa Sullivan | NIBI-MTK-WH | 3/17/23 10:19 | Friday | 3/17/23 17:00 | 6.67 |
| Teresa Sullivan | NIBI-MTK-WH | 3/18/23 10:21 | Saturday | 3/18/23 17:00 | 6.65 |
| Teresa Sullivan | NIBI-MTK-WH | 3/19/23 10:12 | Sunday | 3/19/23 16:45 | 6.54 |
| Teresa Sullivan | NIBI-MTK-WH | 3/20/23 9:46 | Monday | 3/20/23 16:53 | 7.11 |
| Teresa Sullivan | NIBI-MTK-WH | 3/23/23 9:55 | Thursday | 3/23/23 16:55 | 6.99 |
| Teresa Sullivan | NIBI-MTK-WH | 3/24/23 10:18 | Friday | 3/24/23 17:00 | 6.7 |
| Teresa Sullivan | NIBI-MTK-WH | 3/25/23 9:38 | Saturday | 3/25/23 16:56 | 7.28 |
| Teresa Sullivan | NIBI-MTK-WH | 3/26/23 10:18 | Sunday | 3/26/23 16:55 | 6.62 |
| Teresa Sullivan | NIBI-MTK-WH | 3/27/23 9:58 | Monday | 3/27/23 16:56 | 6.96 |
| Teresa Sullivan | NIBI-MTK-WH | 3/30/23 10:04 | Thursday | 3/30/23 16:58 | 6.9 |
| Teresa Sullivan | NIBI-MTK-WH | 3/31/23 10:24 | Friday | 3/31/23 17:01 | 6.61 |
| Teresa Sullivan | NIBI-MTK-WH | 4/1/23 9:58 | Saturday | 4/1/23 16:56 | 6.96 |
| Teresa Sullivan | NIBI-MTK-WH | 4/2/23 10:24 | Sunday | 4/2/23 17:00 | 6.59 |
| Teresa Sullivan | NIBI-MTK-WH | 4/3/23 9:53 | Monday | 4/3/23 16:56 | 7.06 |
| Teresa Sullivan | NIBI-MTK-WH | 4/6/23 9:59 | Thursday | 4/6/23 17:00 | 7.01 |

| | | | | | |
|---|---|---|---|---|---|
| Teresa Sullivan | NIBI-MTK-WH | 4/7/23 9:53 | Friday | 4/7/23 16:55 | 7.03 |
| Teresa Sullivan | NIBI-MTK-WH | 4/8/23 10:14 | Saturday | 4/8/23 17:01 | 6.79 |
| Teresa Sullivan | NIBI-MTK-WH | 4/10/23 10:22 | Monday | 4/10/23 16:56 | 6.56 |
| Teresa Sullivan | NIBI-MTK-WH | 4/13/23 9:33 | Thursday | 4/13/23 17:01 | 7.46 |
| Teresa Sullivan | NIBI-MTK-WH | 4/14/23 10:28 | Friday | 4/14/23 18:00 | 7.52 |
| Teresa Sullivan | NIBI-MTK-WH | 4/15/23 9:56 | Saturday | 4/15/23 18:02 | 8.1 |
| Teresa Sullivan | NIBI-MTK-WH | 4/24/23 9:34 | Monday | 4/24/23 17:00 | 7.42 |
| Teresa Sullivan | NIBI-MTK-WH | 4/27/23 9:55 | Thursday | 4/27/23 17:02 | 7.12 |
| Teresa Sullivan | NIBI-MTK-BH | 4/28/23 9:58 | Friday | 4/28/23 17:00 | 7.02 |
| Teresa Sullivan | NIBI-MTK-WH | 4/29/23 10:01 | Saturday | 4/29/23 17:56 | 7.92 |
| Teresa Sullivan | NIBI-MTK-WH | 4/30/23 10:14 | Sunday | 4/30/23 16:57 | 6.71 |
| Teresa Sullivan | NIBI-MTK-WH | 5/1/23 9:59 | Monday | 5/1/23 17:00 | 7.01 |
| Teresa Sullivan | NIBI-MTK-WH | 5/4/23 9:57 | Thursday | 5/4/23 17:01 | 7.07 |
| Teresa Sullivan | NIBI-MTK-WH | 5/5/23 10:06 | Friday | 5/5/23 18:01 | 7.91 |
| Teresa Sullivan | NIBI-MTK-WH | 5/6/23 10:10 | Saturday | 5/6/23 18:06 | 7.92 |
| Teresa Sullivan | NIBI-MTK-WH | 5/7/23 10:00 | Sunday | 5/7/23 16:56 | 6.93 |
| Teresa Sullivan | NIBI-MTK-WH | 5/8/23 9:27 | Monday | 5/8/23 17:13 | 7.77 |
| Teresa Sullivan | NIBI-MTK-WH | 5/11/23 10:06 | Thursday | 5/11/23 16:56 | 6.84 |
| Teresa Sullivan | NIBI-MTK-WH | 5/12/23 10:35 | Friday | 5/12/23 18:06 | 7.53 |
| Teresa Sullivan | NIBI-MTK-WH | 5/13/23 10:11 | Saturday | 5/13/23 18:38 | 8.46 |
| Teresa Sullivan | NIBI-MTK-WH | 5/14/23 9:08 | Sunday | 5/14/23 15:59 | 6.84 |
| Teresa Sullivan | NIBI-MTK-WH | 5/15/23 10:03 | Monday | 5/15/23 16:59 | 6.94 |
| Teresa Sullivan | NIBI-MTK-WH | 5/18/23 10:13 | Thursday | 5/18/23 17:00 | 6.77 |
| Teresa Sullivan | NIBI-MTK-WH | 5/19/23 10:21 | Friday | 5/19/23 18:15 | 7.91 |
| Teresa Sullivan | NIBI-MTK-WH | 5/20/23 9:16 | Saturday | 5/20/23 18:37 | 9.36 |
| Teresa Sullivan | NIBI-MTK-WH | 5/21/23 9:26 | Sunday | 5/21/23 17:00 | 7.56 |
| Teresa Sullivan | NIBI-MTK-WH | 5/22/23 9:37 | Monday | 5/22/23 18:00 | 8.38 |
| Teresa Sullivan | NIBI-MTK-WH | 5/25/23 10:04 | Thursday | 5/25/23 18:00 | 7.93 |
| Teresa Sullivan | NIBI-MTK-WH | 5/26/23 9:48 | Friday | 5/26/23 18:00 | 8.19 |
| Teresa Sullivan | NIBI-MTK-WH | 5/27/23 9:11 | Saturday | 5/28/23 10:18 | 25.12 |
| Teresa Sullivan | NIBI-MTK-WH | 5/28/23 18:03 | Sunday | 5/29/23 14:56 | 20.88 |