# Exhibit D

| | |
|---|---|
| **Employee Payments** | SULLIVAN ("Goncalves") |
| **Year** | 2021 |
| **Rate** | $23 |
| **Commission Rate** | 4% |

| Details | Posting Date | Description | Amount | Type |
|---|---|---|---|---|
| DEBIT | 6/15/21 | Zelle payment to Teresa Sullivan JPM624153084 | -805.49 | CHASE_TO_PARTNERFI |
| DEBIT | 6/22/21 | Zelle payment to Teresa Sullivan JPM629421038 | -685.26 | CHASE_TO_PARTNERFI |
| DEBIT | 6/29/21 | Zelle payment to Teresa Sullivan JPM635053458 | -1006.43 | CHASE_TO_PARTNERFI |
| DEBIT | 7/6/21 | Zelle payment to Teresa Sullivan JPM641674429 | -749.31 | CHASE_TO_PARTNERFI |
| DEBIT | 7/13/21 | Zelle payment to Teresa Sullivan JPM647806087 | -1331.89 | CHASE_TO_PARTNERFI |
| DEBIT | 7/20/21 | Zelle payment to Teresa Sullivan JPM654324466 | -864.6 | CHASE_TO_PARTNERFI |
| DEBIT | 7/27/21 | Zelle payment to Teresa Sullivan JPM660832823 | -1103.09 | CHASE_TO_PARTNERFI |
| DEBIT | 8/3/21 | Zelle payment to Teresa Sullivan JPM668542117 | -676.72 | CHASE_TO_PARTNERFI |
| DEBIT | 8/10/21 | Zelle payment to Teresa Sullivan JPM675592852 | -981.95 | CHASE_TO_PARTNERFI |
| DEBIT | 8/17/21 | Zelle payment to Teresa Sullivan JPM682386393 | -489.38 | CHASE_TO_PARTNERFI |
| DEBIT | 8/24/21 | Zelle payment to Teresa Sullivan JPM690689162 | -109.25 | CHASE_TO_PARTNERFI |
| DEBIT | 8/24/21 | Zelle payment to Teresa Sullivan JPM690649180 | -980.98 | CHASE_TO_PARTNERFI |
| DEBIT | 8/31/21 | Zelle payment to Teresa Sullivan JPM701026245 | -821.9 | CHASE_TO_PARTNERFI |
| DEBIT | 9/7/21 | Zelle payment to Teresa Sullivan JPM715185981 | -1173.39 | CHASE_TO_PARTNERFI |
| DEBIT | 9/14/21 | Zelle payment to Teresa Sullivan JPM727254900 | -779.2 | CHASE_TO_PARTNERFI |
| DEBIT | 9/21/21 | Zelle payment to Teresa Sullivan JPM740758216 | -10 | CHASE_TO_PARTNERFI |
| DEBIT | 9/22/21 | Zelle payment to Teresa Sullivan JPM741317095 | -1159.26 | CHASE_TO_PARTNERFI |
| DEBIT | 9/28/21 | Zelle payment to Teresa Sullivan JPM751242835 | -500 | CHASE_TO_PARTNERFI |
| DEBIT | 9/28/21 | Zelle payment to Teresa Sullivan JPM751240660 | -69.97 | CHASE_TO_PARTNERFI |
| DEBIT | 10/5/21 | Zelle payment to Teresa Sullivan JPM765935872 | -1164.58 | CHASE_TO_PARTNERFI |
| DEBIT | 10/12/21 | Zelle payment to Teresa Sullivan JPM778459559 | -715.15 | CHASE_TO_PARTNERFI |
| DEBIT | 10/19/21 | Zelle payment to Teresa Sullivan JPM791298844 | -821.68 | CHASE_TO_PARTNERFI |
| DEBIT | 10/20/21 | Zelle payment to Teresa Sullivan JPM792690562 | -653.84 | CHASE_TO_PARTNERFI |
| DEBIT | 10/26/21 | Zelle payment to Teresa Sullivan JPM803524392 | -587.05 | CHASE_TO_PARTNERFI |
| DEBIT | 11/2/21 | Zelle payment to Teresa Sullivan JPM817599871 | -896.32 | CHASE_TO_PARTNERFI |
| DEBIT | 11/9/21 | Zelle payment to Teresa Sullivan JPM830987871 | -511.3 | CHASE_TO_PARTNERFI |
| DEBIT | 11/16/21 | Zelle payment to Teresa Sullivan JPM843997279 | -639.04 | CHASE_TO_PARTNERFI |
| DEBIT | 11/23/21 | Zelle payment to Teresa Sullivan JPM856652086 | -646.83 | CHASE_TO_PARTNERFI |
| DEBIT | 11/30/21 | Zelle payment to Teresa Sullivan JPM868734889 | -914.62 | CHASE_TO_PARTNERFI |
| DEBIT | 12/7/21 | Zelle payment to Teresa Sullivan JPM884102757 | -498.15 | CHASE_TO_PARTNERFI |
| DEBIT | 12/14/21 | Zelle payment to Teresa Sullivan JPM897425362 | -741.88 | CHASE_TO_PARTNERFI |
| DEBIT | 12/21/21 | Zelle payment to Teresa Sullivan JPM911525048 | -1121.36 | CHASE_TO_PARTNERFI |
| DEBIT | 12/28/21 | Zelle payment to Teresa Sullivan JPM924252421 | -911.9 | CHASE_TO_PARTNERFI |



EXHIBIT

7