# Exhibit E

| | |
|---|---|
| **Employee Payments** | SULLIVAN ("Goncalves") |
| **Year** | 2022 |
| **Rate 1 (January - March 31** | $23 |
| **Rate 2 (April 1 - EOYr)** | $50,000 Annual (Weekly Payments) |
| **Commission Rate** | 4% |

| Details | Posting Date | Description | Amount | Type |
|---|---|---|---|---|
| DEBIT | 12/27/22 | Zelle payment to Teresa Sullivan JPM999k57by4 | -929.69 | CHASE_TO_PARTNERFI |
| DEBIT | 12/27/22 | Zelle payment to Teresa Sullivan JPM999k2fece | -565.7 | CHASE_TO_PARTNERFI |
| DEBIT | 12/20/22 | Zelle payment to Teresa Sullivan JPM999jvlokm | -762.46 | CHASE_TO_PARTNERFI |
| DEBIT | 12/13/22 | Zelle payment to Teresa Sullivan JPM999jlzqhk | -855.24 | CHASE_TO_PARTNERFI |
| DEBIT | 12/6/22 | Zelle payment to Teresa Sullivan JPM999jckqzr | -762.46 | CHASE_TO_PARTNERFI |
| DEBIT | 11/29/22 | Zelle payment to Teresa Sullivan JPM999j1pedr | -824.69 | CHASE_TO_PARTNERFI |
| DEBIT | 11/22/22 | Zelle payment to Teresa Sullivan JPM999iszuzn | -762.46 | CHASE_TO_PARTNERFI |
| DEBIT | 11/15/22 | Zelle payment to Teresa Sullivan JPM999ijm72x | -887.21 | CHASE_TO_PARTNERFI |
| DEBIT | 11/8/22 | Zelle payment to Teresa Sullivan JPM999iamv4u | -762.46 | CHASE_TO_PARTNERFI |
| DEBIT | 11/1/22 | Zelle payment to Teresa Sullivan JPM999hzt38t | -927.23 | CHASE_TO_PARTNERFI |
| DEBIT | 10/25/22 | Zelle payment to Teresa Sullivan JPM999hqekdj | -762.46 | CHASE_TO_PARTNERFI |
| DEBIT | 10/18/22 | Zelle payment to Teresa Sullivan JPM999hhfzf2 | -861.36 | CHASE_TO_PARTNERFI |
| DEBIT | 10/11/22 | Zelle payment to Teresa Sullivan JPM999h84ly9 | -762.46 | CHASE_TO_PARTNERFI |
| DEBIT | 10/4/22 | Zelle payment to Teresa Sullivan JPM999gyp42n | -944.45 | CHASE_TO_PARTNERFI |
| DEBIT | 9/27/22 | Zelle payment to Teresa Sullivan JPM999go8dwj | -762.46 | CHASE_TO_PARTNERFI |
| DEBIT | 9/20/22 | Zelle payment to Teresa Sullivan JPM999gevi36 | -1197.35 | CHASE_TO_PARTNERFI |
| DEBIT | 9/13/22 | Zelle payment to Teresa Sullivan JPM999g5j8nj | -762.46 | CHASE_TO_PARTNERFI |
| DEBIT | 9/6/22 | Zelle payment to Teresa Sullivan JPM999fwgw54 | -1180.45 | CHASE_TO_PARTNERFI |
| DEBIT | 8/30/22 | Zelle payment to Teresa Sullivan JPM999fm40id | -762.46 | CHASE_TO_PARTNERFI |
| DEBIT | 8/23/22 | Zelle payment to Teresa Sullivan JPM999fdh51y | -1134.26 | CHASE_TO_PARTNERFI |
| DEBIT | 8/16/22 | Zelle payment to Teresa Sullivan JPM999f4mrce | -762.46 | CHASE_TO_PARTNERFI |
| DEBIT | 8/9/22 | Zelle payment to Teresa Sullivan JPM999evue80 | -1208.64 | CHASE_TO_PARTNERFI |
| DEBIT | 8/1/22 | Zelle payment to Teresa Sullivan JPM999el0b0y | -762.46 | CHASE_TO_PARTNERFI |
| DEBIT | 7/26/22 | Zelle payment to Teresa Sullivan JPM999ecu2wv | -1378 | CHASE_TO_PARTNERFI |
| DEBIT | 7/19/22 | Zelle payment to Teresa Sullivan JPM999e4c6g6 | -762.46 | CHASE_TO_PARTNERFI |
| DEBIT | 7/12/22 | Zelle payment to Teresa Sullivan JPM999dvtqt0 | -1257.35 | CHASE_TO_PARTNERFI |
| DEBIT | 7/5/22 | Zelle payment to Teresa Sullivan JPM999dmez4v | -762.46 | CHASE_TO_PARTNERFI |
| DEBIT | 6/28/22 | Zelle payment to Teresa Sullivan JPM999ddij0c | -1302.54 | CHASE_TO_PARTNERFI |
| DEBIT | 6/21/22 | Zelle payment to Teresa Sullivan JPM999d538l4 | -762.46 | CHASE_TO_PARTNERFI |
| DEBIT | 6/14/22 | Zelle payment to Teresa Sullivan JPM999cwhuu4 | -1184.04 | CHASE_TO_PARTNERFI |
| DEBIT | 6/7/22 | Zelle payment to Teresa Sullivan JPM999co6bg3 | -762.46 | CHASE_TO_PARTNERFI |
| DEBIT | 5/31/22 | Zelle payment to Teresa Sullivan JPM999cecpv5 | -1047.13 | CHASE_TO_PARTNERFI |
| DEBIT | 5/24/22 | Zelle payment to Teresa Sullivan JPM999c68hav | -762.46 | CHASE_TO_PARTNERFI |
| DEBIT | 5/17/22 | Zelle payment to Teresa Sullivan JPM999by0bat | -922.14 | CHASE_TO_PARTNERFI |
| DEBIT | 5/10/22 | Zelle payment to Teresa Sullivan JPM999bpdmd8 | -762.46 | CHASE_TO_PARTNERFI |
| DEBIT | 5/3/22 | Zelle payment to Teresa Sullivan JPM999bgksst | -1014.32 | CHASE_TO_PARTNERFI |
| DEBIT | 4/26/22 | Zelle payment to Teresa Sullivan JPM999b6vx32 | -762.46 | CHASE_TO_PARTNERFI |
| DEBIT | 4/18/22 | Zelle payment to Teresa Sullivan JPM999aysw4e | -966.06 | CHASE_TO_PARTNERFI |
| DEBIT | 4/12/22 | Zelle payment to Teresa Sullivan JPM999aqqzq0 | -762.46 | CHASE_TO_PARTNERFI |
| DEBIT | 4/5/22 | Zelle payment to Teresa Sullivan JPM999aik5km | -1213.2 | CHASE_TO_PARTNERFI |
| DEBIT | 3/29/22 | Zelle payment to Teresa Sullivan JPM999a8vclx | -556.54 | CHASE_TO_PARTNERFI |
| DEBIT | 3/22/22 | Zelle payment to Teresa Sullivan JPM999a13ppb | -802.17 | CHASE_TO_PARTNERFI |
| DEBIT | 3/15/22 | Zelle payment to Teresa Sullivan JPM9999sttaf | -436.76 | CHASE_TO_PARTNERFI |
| DEBIT | 3/8/22 | Zelle payment to Teresa Sullivan JPM9999kv6x0 | -804.59 | CHASE_TO_PARTNERFI |
| DEBIT | 3/1/22 | Zelle payment to Teresa Sullivan JPM9999bktv2 | -663.91 | CHASE_TO_PARTNERFI |
| DEBIT | 2/22/22 | Zelle payment to Teresa Sullivan JPM127167912 | -638.04 | CHASE_TO_PARTNERFI |
| DEBIT | 2/15/22 | Zelle payment to Teresa Sullivan JPM114550656 | -537.61 | CHASE_TO_PARTNERFI |
| DEBIT | 2/8/22 | Zelle payment to Teresa Sullivan JPM101170491 | -572.28 | CHASE_TO_PARTNERFI |
| DEBIT | 2/1/22 | Zelle payment to Teresa Sullivan JPM986737621 | -520.07 | CHASE_TO_PARTNERFI |
| DEBIT | 1/25/22 | Zelle payment to Teresa Sullivan JPM974015631 | -829.53 | CHASE_TO_PARTNERFI |
| DEBIT | 1/18/22 | Zelle payment to Teresa Sullivan JPM961802425 | -693.8 | CHASE_TO_PARTNERFI |
| DEBIT | 1/11/22 | Zelle payment to Teresa Sullivan JPM949653604 | -645.3 | CHASE_TO_PARTNERFI |
| DEBIT | 1/4/22 | Zelle payment to Teresa Sullivan JPM937095474 | -634.02 | CHASE_TO_PARTNERFI |



EXHIBIT

8