# Exhibit F

| | |
|---|---|
| **Employee Payments** | SULLIVAN ("Goncalves") |
| **Year** | 2023 |
| **Rate 1 (January - May 12)** | $50,000 Annual (Weekly Payments) |
| **Rate 2 (May 13 - Voluntary Term)** | $56,500 Annual (Weekly Payments) |
| **Commission Rate** | 4% |

| Details | Posting Date | Description | Amount | Type |
|---|---|---|---|---|
| DEBIT | 1/3/23 | Zelle payment to Teresa Sullivan JPM999kekccc | -762.46 | CHASE_TO_PARTNERFI |
| DEBIT | 1/10/23 | Zelle payment to Teresa Sullivan JPM999koh8dm | -934.18 | CHASE_TO_PARTNERFI |
| DEBIT | 1/10/23 | Zelle payment to Teresa Sullivan JPM999kosu4g | -934.18 | CHASE_TO_PARTNERFI |
| DEBIT | 1/24/23 | Zelle payment to Teresa Sullivan JPM999l8ac7z | -675.18 | CHASE_TO_PARTNERFI |
| DEBIT | 1/31/23 | Zelle payment to Teresa Sullivan JPM999mhqbdg | -762.46 | CHASE_TO_PARTNERFI |
| DEBIT | 2/6/23 | Zelle payment to Teresa Sullivan 16498431951 | -930.05 | QUICKPAY_DEBIT |
| DEBIT | 2/13/23 | Zelle payment to Teresa Sullivan 16569909274 | -762.46 | QUICKPAY_DEBIT |
| DEBIT | 2/21/23 | Zelle payment to Teresa Sullivan 16630743773 | -853.5 | QUICKPAY_DEBIT |
| DEBIT | 2/27/23 | Zelle payment to Teresa Sullivan 16690407296 | -762.46 | QUICKPAY_DEBIT |
| DEBIT | 3/7/23 | Zelle payment to Teresa Sullivan 16762240789 | -900.1 | QUICKPAY_DEBIT |
| DEBIT | 3/13/23 | Zelle payment to Teresa Sullivan 16818850396 | -762.46 | QUICKPAY_DEBIT |
| DEBIT | 3/21/23 | Zelle payment to Teresa Sullivan 16879066982 | -824.34 | QUICKPAY_DEBIT |
| DEBIT | 3/27/23 | Zelle payment to Teresa Sullivan 16931933629 | -762.46 | QUICKPAY_DEBIT |
| DEBIT | 4/4/23 | Zelle payment to Teresa Sullivan 17000504825 | -895.94 | QUICKPAY_DEBIT |
| DEBIT | 4/11/23 | Zelle payment to Teresa Sullivan 17058110040 | -762.46 | QUICKPAY_DEBIT |
| DEBIT | 4/18/23 | Zelle payment to Teresa Sullivan 17118363647 | -1009.7 | QUICKPAY_DEBIT |
| DEBIT | 4/25/23 | Zelle payment to Teresa Sullivan 17175993233 | -762.46 | QUICKPAY_DEBIT |
| DEBIT | 5/2/23 | Zelle payment to Teresa Sullivan 17242533157 | -783.11 | QUICKPAY_DEBIT |
| DEBIT | 5/9/23 | Zelle payment to Teresa Sullivan 17304762903 | -762.44 | QUICKPAY_DEBIT |
| DEBIT | 5/16/23 | Zelle payment to Teresa Sullivan 17366177788 | -762.44 | QUICKPAY_DEBIT |
| DEBIT | 5/17/23 | Zelle payment to Teresa Sullivan 17374355780 | -328.46 | QUICKPAY_DEBIT |
| DEBIT | 5/23/23 | Zelle payment to Teresa Sullivan 17423840722 | -855.26 | QUICKPAY_DEBIT |
| DEBIT | 5/30/23 | Zelle payment to Teresa Sullivan 17486057794 | -1199.85 | QUICKPAY_DEBIT |



EXHIBIT

9