# Exhibit G

**Jim Brinnen**

**From:** Jim Brinnen <jbrinnen@gmail.com>
**Sent:** Tuesday, August 10, 2021 3:49 AM
**To:** bcl456@optonline.net
**Subject:** NIBI Pay Summary, Week-Ending August 6, 2021

Teresa- here are your payroll details for this period:

| | |
|---|---|
| Total Hours: | 37.25 |
| Breaks: | 2.5 |
| Net Hours: | 34.75 |

*Note that this period includes the 5/4.5 hours missed in your July 28 network failure when clock-in/out was not possible.

| Teresa Sullivan | |
|---|---|
| Gross Pay | $ 799.25 |
| Additions | |
| Comm | $ 491.53 |
| **TOT Gr Pay** | **$ 1,290.78** |
| Deductions | |
| NYS | $ 64.89 |
| SocSec | $ 80.03 |
| Medicare | $ 18.72 |
| Fed W'holding | $ 145.19 |
| **TOT Net Pay** | **$ 981.95** |

Thank you
Jim



D000229

EXHIBIT
5