# Exhibit I

**Kristin Sheeler Designs**
**Lightspeed POS Clock-In / Clock-Out Raw Data**
**EE: Dina Ketcham**

| Employee | Location | Clock In | Day | Clock Out | Hours |
|---|---|---|---|---|---|
| Dina Ketcham | NIBI-MTK | 9/11/22 11:00 | Sunday | 9/11/22 16:28 | 5.48 |
| Dina Ketcham | NIBI-MTK-BH | 9/12/22 10:15 | Monday | 9/12/22 18:14 | 7.98 |
| Dina Ketcham | NIBI-MTK-BH | 9/13/22 9:51 | Tuesday | 9/13/22 17:08 | 7.29 |
| Dina Ketcham | NIBI-MTK | 9/15/22 10:17 | Thursday | 9/15/22 17:07 | 6.83 |
| Dina Ketcham | NIBI-MTK | 9/17/22 9:48 | Saturday | 9/17/22 17:21 | 7.55 |
| Dina Ketcham | NIBI-MTK | 9/18/22 9:54 | Sunday | 9/18/22 16:29 | 6.57 |
| Dina Ketcham | NIBI-MTK | 9/19/22 9:58 | Monday | 9/19/22 17:24 | 7.43 |
| Dina Ketcham | NIBI-MTK-BH | 9/20/22 9:58 | Tuesday | 9/20/22 17:07 | 7.16 |
| Dina Ketcham | NIBI-MTK-BH | 9/21/22 10:00 | Wednesday | 9/21/22 17:23 | 7.38 |
| Dina Ketcham | NIBI-MTK | 9/23/22 17:10 | Friday | 9/23/22 17:10 | 0 |
| Dina Ketcham | NIBI-MTK | 9/24/22 10:05 | Saturday | 9/24/22 18:22 | 8.28 |
| Dina Ketcham | NIBI-MTK | 9/25/22 9:54 | Sunday | 9/25/22 16:33 | 6.64 |
| Dina Ketcham | NIBI-MTK-BH | 9/27/22 9:59 | Tuesday | 9/27/22 17:10 | 7.17 |
| Dina Ketcham | NIBI-MTK-BH | 9/28/22 9:59 | Wednesday | 9/28/22 17:06 | 7.12 |
| Dina Ketcham | NIBI-MTK | 9/30/22 11:07 | Friday | 9/30/22 17:12 | 6.08 |
| Dina Ketcham | NIBI-MTK | 10/1/22 9:49 | Saturday | 10/1/22 16:29 | 6.67 |
| Dina Ketcham | NIBI-MTK | 10/2/22 10:15 | Sunday | 10/2/22 16:02 | 5.78 |
| Dina Ketcham | NIBI-MTK-BH | 10/4/22 9:57 | Tuesday | 10/4/22 17:01 | 7.07 |
| Dina Ketcham | NIBI-MTK | 10/7/22 10:03 | Friday | 10/7/22 17:08 | 7.08 |
| Dina Ketcham | NIBI-MTK | 10/8/22 10:23 | Saturday | 10/8/22 18:04 | 7.69 |
| Dina Ketcham | NIBI-MTK | 10/9/22 9:58 | Sunday | 10/9/22 16:21 | 6.39 |
| Dina Ketcham | NIBI-MTK-BH | 10/11/22 10:06 | Tuesday | 10/11/22 17:17 | 7.17 |
| Dina Ketcham | NIBI-MTK-BH | 10/12/22 9:58 | Wednesday | 10/12/22 17:32 | 7.57 |
| Dina Ketcham | NIBI-MTK | 10/14/22 10:12 | Friday | 10/14/22 17:02 | 6.83 |
| Dina Ketcham | NIBI-MTK | 10/15/22 10:10 | Saturday | 10/15/22 18:12 | 8.03 |
| Dina Ketcham | NIBI-MTK-BH | 10/18/22 10:05 | Tuesday | 10/18/22 17:04 | 6.99 |
| Dina Ketcham | NIBI-MTK-BH | 10/19/22 10:00 | Wednesday | 10/19/22 17:02 | 7.03 |
| Dina Ketcham | NIBI-MTK | 10/21/22 9:55 | Friday | 10/21/22 16:38 | 6.72 |
| Dina Ketcham | NIBI-MTK | 10/22/22 10:43 | Saturday | 10/22/22 17:57 | 7.23 |
| Dina Ketcham | NIBI-MTK-BH | 10/25/22 10:07 | Tuesday | 10/25/22 17:06 | 6.98 |
| Dina Ketcham | NIBI-MTK-BH | 10/26/22 10:07 | Wednesday | 10/26/22 17:18 | 7.17 |
| Dina Ketcham | NIBI-MTK | 10/28/22 10:23 | Friday | 10/28/22 16:42 | 6.32 |
| Dina Ketcham | NIBI-MTK | 10/29/22 10:33 | Saturday | 10/29/22 17:15 | 6.7 |
| Dina Ketcham | NIBI-MTK | 10/30/22 10:18 | Sunday | 10/30/22 15:34 | 5.27 |
| Dina Ketcham | NIBI-MTK-BH | 11/1/22 9:53 | Tuesday | 11/1/22 14:55 | 5.04 |
| Dina Ketcham | NIBI-MTK-BH | 11/2/22 9:57 | Wednesday | 11/2/22 17:06 | 7.14 |
| Dina Ketcham | NIBI-MTK | 11/4/22 10:28 | Friday | 11/4/22 15:14 | 4.76 |
| Dina Ketcham | NIBI-MTK-BH | 11/8/22 10:11 | Tuesday | 11/8/22 17:05 | 6.9 |
| Dina Ketcham | NIBI-MTK-WH | 11/12/22 10:05 | Saturday | 11/12/22 17:12 | 7.11 |
| Dina Ketcham | NIBI-MTK-WH | 11/13/22 10:12 | Sunday | 11/13/22 16:08 | 5.93 |
| Dina Ketcham | NIBI-MTK | 11/19/22 10:18 | Saturday | 11/19/22 17:38 | 7.34 |
| Dina Ketcham | NIBI-MTK-BH | 11/20/22 10:17 | Sunday | 11/20/22 16:12 | 5.93 |

| | | | | | |
|---|---|---|---|---|---|
| Dina Ketcham | NIBI-MTK-BH | 11/23/22 10:10 | Wednesday | 11/23/22 18:05 | 7.91 |
| Dina Ketcham | NIBI-MTK | 11/25/22 11:21 | Friday | 11/25/22 17:08 | 5.8 |
| Dina Ketcham | NIBI-MTK | 11/26/22 10:37 | Saturday | 11/26/22 16:59 | 6.36 |
| Dina Ketcham | NIBI-MTK-BH | 11/29/22 10:27 | Tuesday | 11/29/22 17:10 | 6.71 |
| Dina Ketcham | NIBI-MTK-BH | 11/30/22 10:18 | Wednesday | 11/30/22 17:03 | 6.75 |
| Dina Ketcham | NIBI-MTK | 12/9/22 11:37 | Friday | 12/9/22 16:44 | 5.11 |
| Dina Ketcham | NIBI-MTK | 12/10/22 9:58 | Saturday | 12/10/22 17:03 | 7.09 |
| Dina Ketcham | NIBI-MTK-BH | 12/11/22 10:42 | Sunday | 12/11/22 16:00 | 5.28 |
| Dina Ketcham | NIBI-MTK-BH | 12/13/22 10:06 | Tuesday | 12/13/22 17:06 | 7 |
| Dina Ketcham | NIBI-MTK-BH | 12/14/22 10:05 | Wednesday | 12/14/22 17:00 | 6.91 |
| Dina Ketcham | NIBI-MTK | 12/17/22 10:03 | Saturday | 12/17/22 17:22 | 7.32 |
| Dina Ketcham | NIBI-MTK-BH | 12/20/22 10:00 | Tuesday | 12/20/22 17:05 | 7.09 |
| Dina Ketcham | NIBI-MTK-BH | 12/21/22 10:11 | Wednesday | 12/21/22 17:21 | 7.17 |
| Dina Ketcham | NIBI-MTK | 12/23/22 11:17 | Friday | 12/23/22 16:52 | 5.59 |
| Dina Ketcham | NIBI-MTK-WH | 12/27/22 10:02 | Tuesday | 12/27/22 17:02 | 7 |
| Dina Ketcham | NIBI-MTK-BH | 12/28/22 10:04 | Wednesday | 12/28/22 17:04 | 7 |
| Dina Ketcham | NIBI-MTK-BH | 3/17/23 10:08 | Friday | 3/17/23 17:07 | 6.99 |
| Dina Ketcham | NIBI-MTK-BH | 3/18/23 9:56 | Saturday | 3/18/23 17:04 | 7.13 |
| Dina Ketcham | NIBI-MTK-BH | 3/19/23 9:56 | Sunday | 3/19/23 17:02 | 7.1 |
| Dina Ketcham | NIBI-MTK-BH | 3/24/23 10:05 | Friday | 3/24/23 15:12 | 5.11 |
| Dina Ketcham | NIBI-MTK-WH | 4/16/23 9:59 | Sunday | 4/16/23 17:07 | 7.14 |
| Dina Ketcham | NIBI-MTK-WH | 4/17/23 10:03 | Monday | 4/17/23 17:00 | 6.95 |
| Dina Ketcham | NIBI-MTK-BH | 4/21/23 10:15 | Friday | 4/21/23 17:06 | 6.85 |
| Dina Ketcham | NIBI-MTK-BH | 4/22/23 9:55 | Saturday | 4/22/23 18:09 | 8.22 |
| Dina Ketcham | NIBI-MTK-BH | 4/23/23 9:55 | Sunday | 4/23/23 16:02 | 6.12 |
| Dina Ketcham | NIBI-MTK-BH | 4/24/23 10:14 | Monday | 4/24/23 17:04 | 6.83 |
| Dina Ketcham | NIBI-MTK-BH | 4/27/23 10:48 | Thursday | 4/27/23 17:24 | 6.61 |
| Dina Ketcham | NIBI-MTK-BH | 5/3/23 10:12 | Wednesday | 5/3/23 17:34 | 7.36 |
| Dina Ketcham | NIBI-MTK-BH | 5/9/23 10:22 | Tuesday | 5/9/23 17:08 | 6.76 |
| Dina Ketcham | NIBI-MTK-BH | 5/10/23 10:06 | Wednesday | 5/10/23 17:27 | 7.35 |
| Dina Ketcham | NIBI-MTK-WH | 5/13/23 11:54 | Saturday | 5/13/23 17:04 | 5.17 |
| Dina Ketcham | NIBI-MTK-BH | 5/16/23 10:05 | Tuesday | 5/16/23 17:28 | 7.38 |
| Dina Ketcham | NIBI-MTK-BH | 5/17/23 9:56 | Wednesday | 5/17/23 17:43 | 7.79 |
| Dina Ketcham | NIBI-MTK-WH | 5/19/23 12:02 | Friday | 5/19/23 17:02 | 5 |
| Dina Ketcham | NIBI-MTK-WH | 5/20/23 12:03 | Saturday | 5/20/23 17:01 | 4.97 |
| Dina Ketcham | NIBI-MTK-BH | 5/23/23 10:07 | Tuesday | 5/23/23 18:35 | 8.48 |
| Dina Ketcham | NIBI-MTK-BH | 5/24/23 10:17 | Wednesday | 5/24/23 18:22 | 8.09 |
| Dina Ketcham | NIBI-MTK-BH | 5/25/23 12:15 | Thursday | 5/25/23 18:16 | 6.01 |
| Dina Ketcham | NIBI-MTK-WH | 5/26/23 10:58 | Friday | 5/26/23 18:00 | 7.02 |
| Dina Ketcham | NIBI-MTK-WH | 5/27/23 9:57 | Saturday | 5/27/23 14:00 | 4.05 |
| Dina Ketcham | NIBI-MTK-BH | 5/28/23 10:57 | Sunday | 5/28/23 17:03 | 6.1 |
| Dina Ketcham | NIBI-MTK-BH | 5/30/23 10:08 | Tuesday | 5/30/23 18:14 | 8.11 |
| Dina Ketcham | NIBI-MTK-BH | 5/31/23 9:46 | Wednesday | 5/31/23 17:00 | 7.23 |
| Dina Ketcham | NIBI-MTK-WH | 6/1/23 14:02 | Thursday | 6/1/23 18:37 | 4.58 |
| Dina Ketcham | NIBI-MTK-WH | 6/2/23 10:01 | Friday | 6/2/23 18:07 | 8.1 |
| Dina Ketcham | NIBI-MTK-WH | 6/3/23 10:00 | Saturday | 6/3/23 18:08 | 8.13 |
| Dina Ketcham | NIBI-MTK-WH | 6/4/23 10:04 | Sunday | 6/4/23 18:19 | 8.26 |
| Dina Ketcham | NIBI-MTK-WH | 6/6/23 10:00 | Tuesday | 6/6/23 18:34 | 8.58 |

| | | | | | |
|---|---|---|---|---|---|
| Dina Ketcham | NIBI-MTK-WH | 6/9/23 11:00 | Friday | 6/9/23 18:42 | 7.7 |
| Dina Ketcham | NIBI-MTK-WH | 6/11/23 10:01 | Sunday | 6/11/23 18:13 | 8.19 |
| Dina Ketcham | NIBI-MTK-WH | 6/12/23 10:02 | Monday | 6/12/23 18:37 | 8.59 |
| Dina Ketcham | NIBI-MTK-WH | 6/15/23 10:00 | Thursday | 6/15/23 18:08 | 8.14 |
| Dina Ketcham | NIBI-MTK-WH | 6/16/23 10:01 | Friday | 6/16/23 17:00 | 6.99 |
| Dina Ketcham | NIBI-MTK-WH | 6/17/23 10:03 | Saturday | 6/17/23 18:30 | 8.44 |
| Dina Ketcham | NIBI-MTK-WH | 6/18/23 10:00 | Sunday | 6/18/23 18:21 | 8.35 |
| Dina Ketcham | NIBI-MTK-WH | 6/19/23 9:58 | Monday | 6/19/23 18:46 | 8.8 |
| Dina Ketcham | NIBI-MTK-WH | 6/23/23 9:52 | Friday | 6/23/23 18:04 | 8.21 |
| Dina Ketcham | NIBI-MTK-WH | 6/24/23 11:12 | Saturday | 6/24/23 18:38 | 7.43 |
| Dina Ketcham | NIBI-MTK-WH | 6/25/23 10:03 | Sunday | 6/25/23 18:10 | 8.11 |
| Dina Ketcham | NIBI-MTK-WH | 6/26/23 9:57 | Monday | 6/26/23 18:58 | 9 |
| Dina Ketcham | NIBI-MTK-WH | 6/30/23 10:00 | Friday | 6/30/23 19:18 | 9.3 |
| Dina Ketcham | NIBI-MTK-WH | 7/1/23 10:09 | Saturday | 7/1/23 19:34 | 9.43 |
| Dina Ketcham | NIBI-MTK-WH | 7/2/23 10:04 | Sunday | 7/2/23 18:30 | 8.44 |
| Dina Ketcham | NIBI-MTK-WH | 7/3/23 10:01 | Monday | 7/3/23 18:49 | 8.8 |
| Dina Ketcham | NIBI-MTK-WH | 7/4/23 10:01 | Tuesday | 7/4/23 19:15 | 9.24 |
| Dina Ketcham | NIBI-MTK-WH | 7/7/23 10:00 | Friday | 7/7/23 18:11 | 8.19 |
| Dina Ketcham | NIBI-MTK-WH | 7/8/23 9:58 | Saturday | 7/8/23 18:00 | 8.03 |
| Dina Ketcham | NIBI-MTK-WH | 7/9/23 10:00 | Sunday | 7/9/23 19:15 | 9.26 |
| Dina Ketcham | NIBI-MTK-WH | 7/10/23 11:15 | Monday | 7/10/23 18:32 | 7.28 |
| Dina Ketcham | NIBI-MTK-WH | 7/11/23 10:59 | Tuesday | 7/11/23 19:38 | 8.65 |
| Dina Ketcham | NIBI-MTK-WH | 7/14/23 10:04 | Friday | 7/14/23 18:44 | 8.67 |
| Dina Ketcham | NIBI-MTK-WH | 7/15/23 10:01 | Saturday | 7/15/23 18:39 | 8.64 |
| Dina Ketcham | NIBI-MTK-WH | 7/16/23 10:08 | Sunday | 7/16/23 18:25 | 8.29 |
| Dina Ketcham | NIBI-MTK-WH | 7/17/23 10:03 | Monday | 7/17/23 19:09 | 9.1 |
| Dina Ketcham | NIBI-MTK-WH | 7/20/23 10:00 | Thursday | 7/20/23 19:05 | 9.08 |
| Dina Ketcham | NIBI-MTK-WH | 7/21/23 10:05 | Friday | 7/21/23 18:56 | 8.85 |
| Dina Ketcham | NIBI-MTK-WH | 7/22/23 10:02 | Saturday | 7/22/23 19:06 | 9.06 |
| Dina Ketcham | NIBI-MTK-WH | 7/23/23 10:29 | Sunday | 7/23/23 18:01 | 7.53 |
| Dina Ketcham | NIBI-MTK-WH | 7/24/23 10:47 | Monday | 7/24/23 19:14 | 8.46 |
| Dina Ketcham | NIBI-MTK-WH | 7/27/23 10:00 | Thursday | 7/27/23 19:05 | 9.09 |
| Dina Ketcham | NIBI-MTK-WH | 7/28/23 10:01 | Friday | 7/28/23 19:38 | 9.62 |
| Dina Ketcham | NIBI-MTK-WH | 7/30/23 9:59 | Sunday | 7/30/23 18:53 | 8.89 |
| Dina Ketcham | NIBI-MTK-WH | 7/31/23 9:59 | Monday | 7/31/23 19:18 | 9.31 |
| Dina Ketcham | NIBI-MTK-WH | 8/2/23 10:04 | Wednesday | 8/2/23 18:46 | 8.7 |
| Dina Ketcham | NIBI-MTK-WH | 8/3/23 10:04 | Thursday | 8/3/23 19:05 | 9.02 |
| Dina Ketcham | NIBI-MTK-WH | 8/4/23 10:06 | Friday | 8/4/23 18:45 | 8.64 |
| Dina Ketcham | NIBI-MTK-WH | 8/6/23 10:03 | Sunday | 8/6/23 18:58 | 8.92 |
| Dina Ketcham | NIBI-MTK-WH | 8/7/23 10:11 | Monday | 8/7/23 18:33 | 8.38 |
| Dina Ketcham | NIBI-MTK-WH | 8/5/23 11:00 | Saturday | 8/5/23 19:00 | 8 |
| Dina Ketcham | NIBI-MTK-WH | 8/10/23 10:02 | Thursday | 8/10/23 18:33 | 8.51 |
| Dina Ketcham | NIBI-MTK-WH | 8/11/23 9:57 | Friday | 8/11/23 18:40 | 8.72 |
| Dina Ketcham | NIBI-MTK-WH | 8/12/23 10:00 | Saturday | 8/12/23 19:01 | 9 |
| Dina Ketcham | NIBI-MTK-WH | 8/13/23 10:07 | Sunday | 8/13/23 18:47 | 8.67 |
| Dina Ketcham | NIBI-MTK-WH | 8/14/23 10:01 | Monday | 8/14/23 18:00 | 7.98 |
| Dina Ketcham | NIBI-MTK-WH | 8/17/23 10:00 | Thursday | 8/17/23 19:07 | 9.12 |
| Dina Ketcham | NIBI-MTK-WH | 8/18/23 10:04 | Friday | 8/18/23 18:29 | 8.42 |

| | | | | | |
|---|---|---|---|---|---|
| Dina Ketcham | NIBI-MTK-WH | 8/19/23 10:05 | Saturday | 8/19/23 18:49 | 8.74 |
| Dina Ketcham | NIBI-MTK-WH | 8/20/23 9:58 | Sunday | 8/20/23 18:00 | 8.03 |
| Dina Ketcham | NIBI-MTK-WH | 8/21/23 10:08 | Monday | 8/21/23 18:47 | 8.65 |
| Dina Ketcham | NIBI-MTK-WH | 8/24/23 9:52 | Thursday | 8/24/23 19:27 | 9.59 |
| Dina Ketcham | NIBI-MTK-WH | 8/25/23 9:58 | Friday | 8/25/23 18:38 | 8.67 |
| Dina Ketcham | NIBI-MTK-WH | 8/26/23 10:01 | Saturday | 8/26/23 18:50 | 8.81 |
| Dina Ketcham | NIBI-MTK-WH | 8/27/23 10:03 | Sunday | 8/27/23 18:35 | 8.54 |
| Dina Ketcham | NIBI-MTK-WH | 8/28/23 11:05 | Monday | 8/28/23 18:59 | 7.89 |
| Dina Ketcham | NIBI-MTK-WH | 8/31/23 9:52 | Thursday | 8/31/23 19:53 | 10.01 |
| Dina Ketcham | NIBI-MTK-WH | 9/1/23 9:52 | Friday | 9/1/23 18:32 | 8.67 |
| Dina Ketcham | NIBI-MTK-WH | 9/2/23 10:12 | Saturday | 9/2/23 18:47 | 8.59 |
| Dina Ketcham | NIBI-MTK-WH | 9/3/23 9:51 | Sunday | 9/3/23 19:02 | 9.18 |
| Dina Ketcham | NIBI-MTK-WH | 9/4/23 9:59 | Monday | 9/4/23 17:02 | 7.05 |
| Dina Ketcham | NIBI-MTK-WH | 9/5/23 10:01 | Tuesday | 9/5/23 17:29 | 7.47 |
| Dina Ketcham | NIBI-MTK-WH | 9/8/23 10:07 | Friday | 9/8/23 18:48 | 8.69 |
| Dina Ketcham | NIBI-MTK-WH | 9/9/23 10:04 | Saturday | 9/9/23 18:13 | 8.15 |
| Dina Ketcham | NIBI-MTK-WH | 9/10/23 9:55 | Sunday | 9/10/23 19:10 | 9.24 |
| Dina Ketcham | NIBI-MTK-WH | 9/11/23 10:10 | Monday | 9/11/23 18:17 | 8.1 |
| Dina Ketcham | NIBI-MTK-WH | 9/14/23 10:06 | Thursday | 9/14/23 18:12 | 8.11 |
| Dina Ketcham | NIBI-MTK-WH | 9/15/23 10:02 | Friday | 9/15/23 18:27 | 8.42 |
| Dina Ketcham | NIBI-MTK-WH | 9/17/23 10:00 | Sunday | 9/17/23 17:37 | 7.62 |
| Dina Ketcham | NIBI-MTK-WH | 9/18/23 9:59 | Monday | 9/18/23 17:10 | 7.17 |
| Dina Ketcham | NIBI-MTK-WH | 9/19/23 11:06 | Tuesday | 9/19/23 17:00 | 5.9 |
| Dina Ketcham | NIBI-MTK-WH | 9/20/23 10:08 | Wednesday | 9/20/23 17:20 | 7.2 |
| Dina Ketcham | NIBI-MTK-WH | 9/21/23 10:02 | Thursday | 9/21/23 18:01 | 7.99 |
| Dina Ketcham | NIBI-MTK-WH | 9/22/23 10:03 | Friday | 9/22/23 18:01 | 7.97 |
| Dina Ketcham | NIBI-MTK-WH | 9/23/23 10:04 | Saturday | 9/23/23 18:31 | 8.46 |
| Dina Ketcham | NIBI-MTK-WH | 9/24/23 10:08 | Sunday | 9/24/23 18:16 | 8.15 |
| Dina Ketcham | NIBI-MTK-WH | 9/27/23 10:04 | Wednesday | 9/27/23 18:01 | 7.95 |
| Dina Ketcham | NIBI-MTK-WH | 9/28/23 9:57 | Thursday | 9/28/23 18:04 | 8.12 |
| Dina Ketcham | NIBI-MTK-WH | 9/29/23 10:04 | Friday | 9/29/23 18:05 | 8.01 |
| Dina Ketcham | NIBI-MTK-WH | 9/30/23 10:06 | Saturday | 9/30/23 18:05 | 7.99 |
| Dina Ketcham | NIBI-MTK-WH | 10/1/23 10:04 | Sunday | 10/1/23 17:24 | 7.34 |
| Dina Ketcham | NIBI-MTK-WH | 10/2/23 9:51 | Monday | 10/2/23 18:14 | 8.38 |
| Dina Ketcham | NIBI-MTK-WH | 10/5/23 10:06 | Thursday | 10/5/23 18:16 | 8.17 |
| Dina Ketcham | NIBI-MTK-WH | 10/6/23 9:53 | Friday | 10/6/23 18:02 | 8.14 |
| Dina Ketcham | NIBI-MTK-WH | 10/7/23 10:04 | Saturday | 10/7/23 18:27 | 8.38 |
| Dina Ketcham | NIBI-MTK-WH | 10/8/23 9:15 | Sunday | 10/8/23 17:58 | 8.72 |
| Dina Ketcham | NIBI-MTK-WH | 10/9/23 10:09 | Monday | 10/9/23 18:26 | 8.28 |
| Dina Ketcham | NIBI-MTK-WH | 10/12/23 10:08 | Thursday | 10/12/23 17:59 | 7.84 |
| Dina Ketcham | NIBI-MTK-WH | 10/13/23 10:04 | Friday | 10/13/23 18:10 | 8.09 |
| Dina Ketcham | NIBI-MTK-WH | 10/14/23 10:04 | Saturday | 10/14/23 17:27 | 7.38 |
| Dina Ketcham | NIBI-MTK-WH | 10/15/23 10:04 | Sunday | 10/15/23 17:24 | 7.32 |
| Dina Ketcham | NIBI-MTK-WH | 10/16/23 10:09 | Monday | 10/16/23 17:48 | 7.64 |
| Dina Ketcham | NIBI-MTK-WH | 10/19/23 10:07 | Thursday | 10/19/23 17:50 | 7.73 |
| Dina Ketcham | NIBI-MTK-WH | 10/20/23 10:07 | Friday | 10/20/23 18:04 | 7.95 |
| Dina Ketcham | NIBI-MTK-WH | 10/21/23 10:07 | Saturday | 10/21/23 17:00 | 6.89 |
| Dina Ketcham | NIBI-MTK-WH | 10/22/23 10:12 | Sunday | 10/22/23 17:12 | 6.99 |

| | | | | | |
|---|---|---|---|---|---|
| Dina Ketcham | NIBI-MTK-WH | 10/23/23 10:05 | Monday | 10/23/23 17:12 | 7.11 |
| Dina Ketcham | NIBI-MTK-WH | 10/26/23 10:01 | Thursday | 10/26/23 17:15 | 7.22 |
| Dina Ketcham | NIBI-MTK-WH | 10/27/23 10:08 | Friday | 10/27/23 18:06 | 7.96 |
| Dina Ketcham | NIBI-MTK-WH | 10/28/23 9:57 | Saturday | 10/28/23 18:16 | 8.32 |
| Dina Ketcham | NIBI-MTK-WH | 10/29/23 9:59 | Sunday | 10/29/23 15:21 | 5.37 |
| Dina Ketcham | NIBI-MTK-WH | 10/30/23 10:03 | Monday | 10/30/23 17:02 | 6.98 |
| Dina Ketcham | NIBI-MTK-WH | 11/2/23 10:08 | Thursday | 11/2/23 17:35 | 7.45 |
| Dina Ketcham | NIBI-MTK-WH | 11/3/23 10:07 | Friday | 11/3/23 18:02 | 7.91 |
| Dina Ketcham | NIBI-MTK-WH | 11/4/23 10:08 | Saturday | 11/4/23 18:03 | 7.93 |
| Dina Ketcham | NIBI-MTK-WH | 11/5/23 10:03 | Sunday | 11/5/23 17:12 | 7.15 |
| Dina Ketcham | NIBI-MTK-WH | 11/6/23 10:04 | Monday | 11/6/23 17:13 | 7.15 |
| Dina Ketcham | NIBI-MTK-WH | 11/9/23 10:07 | Thursday | 11/9/23 14:59 | 4.86 |
| Dina Ketcham | NIBI-MTK-WH | 11/10/23 10:12 | Friday | 11/10/23 17:05 | 6.88 |
| Dina Ketcham | NIBI-MTK-WH | 11/11/23 10:06 | Saturday | 11/11/23 18:01 | 7.92 |
| Dina Ketcham | NIBI-MTK-WH | 11/12/23 10:17 | Sunday | 11/12/23 17:09 | 6.87 |
| Dina Ketcham | NIBI-MTK-WH | 11/13/23 10:02 | Monday | 11/13/23 17:15 | 7.21 |
| Dina Ketcham | NIBI-MTK-WH | 11/16/23 10:08 | Thursday | 11/16/23 17:19 | 7.18 |
| Dina Ketcham | NIBI-MTK-WH | 11/17/23 11:12 | Friday | 11/17/23 17:09 | 5.95 |
| Dina Ketcham | NIBI-MTK-WH | 11/18/23 10:09 | Saturday | 11/18/23 18:12 | 8.05 |
| Dina Ketcham | NIBI-MTK-WH | 11/19/23 10:09 | Sunday | 11/19/23 17:51 | 7.7 |
| Dina Ketcham | NIBI-MTK-WH | 11/22/23 10:12 | Wednesday | 11/22/23 18:08 | 7.93 |
| Dina Ketcham | NIBI-MTK-WH | 11/24/23 10:03 | Friday | 11/24/23 18:28 | 8.41 |
| Dina Ketcham | NIBI-MTK-WH | 11/25/23 10:13 | Saturday | 11/25/23 18:04 | 7.86 |
| Dina Ketcham | NIBI-MTK-WH | 11/26/23 10:10 | Sunday | 11/26/23 17:25 | 7.26 |
| Dina Ketcham | NIBI-MTK-WH | 11/27/23 10:12 | Monday | 11/27/23 17:03 | 6.85 |
| Dina Ketcham | NIBI-MTK-WH | 11/30/23 10:12 | Thursday | 11/30/23 17:07 | 6.93 |
| Dina Ketcham | NIBI-MTK-WH | 12/1/23 12:00 | Friday | 12/1/23 20:06 | 8.1 |
| Dina Ketcham | NIBI-MTK-WH | 12/2/23 10:08 | Saturday | 12/2/23 18:52 | 8.73 |
| Dina Ketcham | NIBI-MTK-WH | 12/3/23 10:12 | Sunday | 12/3/23 16:23 | 6.17 |
| Dina Ketcham | NIBI-MTK-WH | 12/4/23 11:01 | Monday | 12/4/23 16:47 | 5.78 |
| Dina Ketcham | NIBI-MTK-WH | 12/7/23 11:14 | Thursday | 12/7/23 17:08 | 5.9 |
| Dina Ketcham | NIBI-MTK-WH | 12/8/23 9:38 | Friday | 12/8/23 17:06 | 7.47 |
| Dina Ketcham | NIBI-MTK-WH | 12/9/23 10:13 | Saturday | 12/9/23 18:09 | 7.93 |
| Dina Ketcham | NIBI-MTK-WH | 12/10/23 10:16 | Sunday | 12/10/23 15:33 | 5.28 |
| Dina Ketcham | NIBI-MTK-WH | 12/13/23 13:02 | Wednesday | 12/13/23 17:11 | 4.16 |
| Dina Ketcham | NIBI-MTK-WH | 12/14/23 11:11 | Thursday | 12/14/23 17:09 | 5.96 |
| Dina Ketcham | NIBI-MTK-WH | 12/15/23 10:03 | Friday | 12/15/23 18:12 | 8.15 |
| Dina Ketcham | NIBI-MTK-WH | 12/16/23 10:13 | Saturday | 12/16/23 18:14 | 8.03 |
| Dina Ketcham | NIBI-MTK-WH | 12/17/23 10:08 | Sunday | 12/17/23 16:15 | 6.11 |
| Dina Ketcham | NIBI-MTK-WH | 12/20/23 9:57 | Wednesday | 12/20/23 17:10 | 7.22 |
| Dina Ketcham | NIBI-MTK-WH | 12/21/23 10:38 | Thursday | 12/21/23 16:54 | 6.26 |
| Dina Ketcham | NIBI-MTK-WH | 12/22/23 10:10 | Friday | 12/22/23 17:07 | 6.94 |
| Dina Ketcham | NIBI-MTK-WH | 12/23/23 10:20 | Saturday | 12/23/23 18:16 | 7.92 |
| Dina Ketcham | NIBI-MTK-WH | 12/24/23 10:14 | Sunday | 12/24/23 16:39 | 6.41 |
| Dina Ketcham | NIBI-MTK-WH | 12/26/23 11:17 | Tuesday | 12/26/23 17:23 | 6.09 |
| Dina Ketcham | NIBI-MTK-WH | 12/27/23 10:16 | Wednesday | 12/27/23 17:14 | 6.95 |
| Dina Ketcham | NIBI-MTK-WH | 12/28/23 10:21 | Thursday | 12/28/23 16:19 | 5.98 |
| Dina Ketcham | NIBI-MTK-WH | 12/29/23 10:14 | Friday | 12/29/23 16:50 | 6.59 |

| | | | | | |
|---|---|---|---|---|---|
| Dina Ketcham | NIBI-MTK-WH | 12/30/23 10:17 | Saturday | 12/30/23 17:12 | 6.91 |
| Dina Ketcham | NIBI-MTK-WH | 12/31/23 10:06 | Sunday | 12/31/23 16:16 | 6.17 |
| Dina Ketcham | NIBI-MTK-WH | 1/2/24 11:34 | Tuesday | 1/2/24 17:35 | 6.02 |
| Dina Ketcham | NIBI-MTK-WH | 1/5/24 12:07 | Friday | 1/5/24 17:07 | 5 |
| Dina Ketcham | NIBI-MTK-WH | 1/6/24 10:06 | Saturday | 1/6/24 17:10 | 7.07 |
| Dina Ketcham | NIBI-MTK-WH | 1/7/24 10:15 | Sunday | 1/7/24 12:36 | 2.35 |
| Dina Ketcham | NIBI-MTK-WH | 1/13/24 10:14 | Saturday | 1/13/24 18:09 | 7.92 |
| Dina Ketcham | NIBI-MTK-WH | 1/14/24 10:08 | Sunday | 1/14/24 17:05 | 6.95 |
| Dina Ketcham | NIBI-MTK-WH | 1/18/24 11:03 | Thursday | 1/18/24 17:14 | 6.17 |
| Dina Ketcham | NIBI-MTK-WH | 1/19/24 11:01 | Friday | 1/19/24 17:07 | 6.1 |
| Dina Ketcham | NIBI-MTK-WH | 1/20/24 10:14 | Saturday | 1/20/24 17:13 | 7 |
| Dina Ketcham | NIBI-MTK-WH | 1/21/24 11:07 | Sunday | 1/21/24 17:22 | 6.24 |
| Dina Ketcham | NIBI-MTK-WH | 1/25/24 11:03 | Thursday | 1/25/24 17:06 | 6.05 |
| Dina Ketcham | NIBI-MTK-WH | 1/26/24 11:15 | Friday | 1/26/24 17:29 | 6.24 |
| Dina Ketcham | NIBI-MTK-WH | 1/27/24 10:18 | Saturday | 1/27/24 17:30 | 7.21 |
| Dina Ketcham | NIBI-MTK-WH | 1/28/24 11:02 | Sunday | 1/28/24 16:05 | 5.05 |
| Dina Ketcham | NIBI-MTK-WH | 2/8/24 11:58 | Thursday | 2/8/24 17:04 | 5.1 |
| Dina Ketcham | NIBI-MTK-WH | 2/9/24 10:08 | Friday | 2/9/24 17:09 | 7.03 |
| Dina Ketcham | NIBI-MTK-WH | 2/11/24 11:09 | Sunday | 2/11/24 17:09 | 6.01 |
| Dina Ketcham | NIBI-MTK-WH | 2/12/24 11:06 | Monday | 2/12/24 17:01 | 5.92 |
| Dina Ketcham | NIBI-MTK-WH | 2/14/24 12:07 | Wednesday | 2/14/24 17:00 | 4.88 |
| Dina Ketcham | NIBI-MTK-WH | 2/16/24 10:09 | Friday | 2/16/24 17:13 | 7.07 |
| Dina Ketcham | NIBI-MTK-WH | 2/24/24 10:02 | Saturday | 2/24/24 18:03 | 8.01 |
| Dina Ketcham | NIBI-MTK-WH | 2/25/24 10:10 | Sunday | 2/25/24 17:21 | 7.18 |
| Dina Ketcham | NIBI-MTK-WH | 2/29/24 12:08 | Thursday | 2/29/24 17:04 | 4.94 |
| Dina Ketcham | NIBI-MTK-WH | 3/1/24 11:01 | Friday | 3/1/24 17:26 | 6.41 |
| Dina Ketcham | NIBI-MTK-WH | 3/2/24 10:11 | Saturday | 3/2/24 17:55 | 7.75 |
| Dina Ketcham | NIBI-MTK-WH | 3/3/24 10:28 | Sunday | 3/3/24 17:29 | 7.03 |
| Dina Ketcham | NIBI-MTK-WH | 3/4/24 11:09 | Monday | 3/4/24 17:00 | 5.83 |
| Dina Ketcham | NIBI-MTK-WH | 3/7/24 11:01 | Thursday | 3/7/24 17:12 | 6.18 |
| Dina Ketcham | NIBI-MTK-WH | 3/8/24 12:06 | Friday | 3/8/24 16:59 | 4.89 |
| Dina Ketcham | NIBI-MTK-WH | 3/9/24 10:20 | Saturday | 3/9/24 15:54 | 5.56 |
| Dina Ketcham | NIBI-MTK-WH | 3/10/24 10:28 | Sunday | 3/10/24 16:15 | 5.79 |
| Dina Ketcham | NIBI-MTK-WH | 3/11/24 12:04 | Monday | 3/11/24 17:03 | 4.99 |
| Dina Ketcham | NIBI-MTK-WH | 3/14/24 12:04 | Thursday | 3/14/24 17:00 | 4.94 |
| Dina Ketcham | NIBI-MTK-WH | 3/15/24 12:10 | Friday | 3/15/24 17:08 | 4.96 |
| Dina Ketcham | NIBI-MTK-WH | 3/16/24 10:10 | Saturday | 3/16/24 18:01 | 7.84 |
| Dina Ketcham | NIBI-MTK-WH | 3/17/24 10:10 | Sunday | 3/17/24 16:06 | 5.94 |
| Dina Ketcham | NIBI-MTK-WH | 3/18/24 12:10 | Monday | 3/18/24 17:09 | 5 |
| Dina Ketcham | NIBI-MTK-WH | 3/21/24 12:00 | Thursday | 3/21/24 17:47 | 5.77 |
| Dina Ketcham | NIBI-MTK-WH | 3/22/24 11:57 | Friday | 3/22/24 17:35 | 5.63 |
| Dina Ketcham | NIBI-MTK-WH | 3/23/24 10:13 | Saturday | 3/23/24 16:15 | 6.03 |
| Dina Ketcham | NIBI-MTK-WH | 3/24/24 10:12 | Sunday | 3/24/24 16:01 | 5.81 |
| Dina Ketcham | NIBI-MTK-WH | 3/25/24 11:57 | Monday | 3/25/24 17:21 | 5.4 |
| Dina Ketcham | NIBI-MTK-WH | 3/28/24 12:05 | Thursday | 3/28/24 17:03 | 4.96 |
| Dina Ketcham | NIBI-MTK-WH | 3/29/24 10:03 | Friday | 3/29/24 17:10 | 7.12 |
| Dina Ketcham | NIBI-MTK-WH | 3/30/24 10:14 | Saturday | 3/30/24 18:16 | 8.02 |
| Dina Ketcham | NIBI-MTK-WH | 4/1/24 12:03 | Monday | 4/1/24 17:15 | 5.19 |

| | | | | | |
|---|---|---|---|---|---|
| Dina Ketcham | NIBI-MTK-WH | 4/4/24 12:11 | Thursday | 4/4/24 14:48 | 2.61 |
| Dina Ketcham | NIBI-MTK-WH | 4/5/24 11:08 | Friday | 4/5/24 16:53 | 5.75 |
| Dina Ketcham | NIBI-MTK-WH | 4/6/24 10:24 | Saturday | 4/6/24 17:01 | 6.61 |
| Dina Ketcham | NIBI-MTK-WH | 4/7/24 11:15 | Sunday | 4/7/24 16:24 | 5.16 |
| Dina Ketcham | NIBI-MTK-WH | 4/8/24 12:08 | Monday | 4/8/24 17:02 | 4.9 |
| Dina Ketcham | NIBI-MTK-WH | 4/11/24 11:19 | Thursday | 4/11/24 16:33 | 5.23 |
| Dina Ketcham | NIBI-MTK-WH | 4/12/24 11:07 | Friday | 4/12/24 17:00 | 5.87 |
| Dina Ketcham | NIBI-MTK-WH | 4/13/24 10:13 | Saturday | 4/13/24 17:02 | 6.82 |
| Dina Ketcham | NIBI-MTK-WH | 4/14/24 10:07 | Sunday | 4/14/24 17:20 | 7.22 |
| Dina Ketcham | NIBI-MTK-WH | 4/15/24 12:20 | Monday | 4/15/24 17:30 | 5.18 |
| Dina Ketcham | NIBI-MTK-WH | 4/18/24 11:17 | Thursday | 4/18/24 17:14 | 5.95 |
| Dina Ketcham | NIBI-MTK-WH | 4/20/24 9:58 | Saturday | 4/20/24 18:19 | 8.35 |
| Dina Ketcham | NIBI-MTK-WH | 4/21/24 11:07 | Sunday | 4/21/24 17:32 | 6.42 |
| Dina Ketcham | NIBI-MTK-WH | 4/22/24 12:12 | Monday | 4/22/24 17:27 | 5.25 |
| Dina Ketcham | NIBI-MTK-WH | 4/19/24 11:00 | Friday | 4/19/24 17:00 | 6 |
| Dina Ketcham | NIBI-MTK-WH | 4/25/24 11:09 | Thursday | 4/25/24 17:35 | 6.44 |
| Dina Ketcham | NIBI-MTK-WH | 4/26/24 10:58 | Friday | 4/26/24 18:27 | 7.48 |
| Dina Ketcham | NIBI-MTK-WH | 4/27/24 9:39 | Saturday | 4/27/24 18:21 | 8.7 |
| Dina Ketcham | NIBI-MTK-WH | 4/28/24 10:17 | Sunday | 4/28/24 18:43 | 8.43 |
| Dina Ketcham | NIBI-MTK-WH | 4/29/24 11:09 | Monday | 4/29/24 17:42 | 6.54 |
| Dina Ketcham | NIBI-MTK-WH | 5/2/24 11:08 | Thursday | 5/2/24 19:03 | 7.92 |
| Dina Ketcham | NIBI-MTK-WH | 5/3/24 9:27 | Friday | 5/3/24 17:25 | 7.98 |
| Dina Ketcham | NIBI-MTK-WH | 5/4/24 10:16 | Saturday | 5/4/24 18:17 | 8.02 |
| Dina Ketcham | NIBI-MTK-WH | 5/5/24 10:08 | Sunday | 5/5/24 18:05 | 7.94 |
| Dina Ketcham | NIBI-MTK-WH | 5/8/24 10:08 | Wednesday | 5/8/24 18:13 | 8.08 |
| Dina Ketcham | NIBI-MTK-WH | 5/9/24 11:07 | Thursday | 5/9/24 17:18 | 6.18 |
| Dina Ketcham | NIBI-MTK-WH | 5/10/24 11:05 | Friday | 5/10/24 17:16 | 6.18 |
| Dina Ketcham | NIBI-MTK-WH | 5/11/24 10:11 | Saturday | 5/11/24 18:34 | 8.39 |
| Dina Ketcham | NIBI-MTK-WH | 5/12/24 10:16 | Sunday | 5/12/24 16:48 | 6.52 |
| Dina Ketcham | NIBI-MTK-WH | 5/13/24 10:00 | Monday | 5/13/24 17:57 | 7.95 |
| Dina Ketcham | NIBI-MTK-WH | 5/15/24 11:56 | Wednesday | 5/15/24 18:15 | 6.31 |
| Dina Ketcham | NIBI-MTK-WH | 5/16/24 10:14 | Thursday | 5/16/24 18:10 | 7.93 |
| Dina Ketcham | NIBI-MTK-WH | 5/17/24 9:50 | Friday | 5/17/24 18:53 | 9.05 |
| Dina Ketcham | NIBI-MTK-WH | 5/18/24 10:05 | Saturday | 5/18/24 18:26 | 8.34 |
| Dina Ketcham | NIBI-MTK-WH | 5/19/24 10:04 | Sunday | 5/19/24 17:07 | 7.05 |
| Dina Ketcham | NIBI-MTK-WH | 5/20/24 10:08 | Monday | 5/20/24 17:35 | 7.45 |
| Dina Ketcham | NIBI-MTK-WH | 5/23/24 10:09 | Thursday | 5/23/24 18:04 | 7.92 |
| Dina Ketcham | NIBI-MTK-WH | 5/24/24 10:03 | Friday | 5/24/24 18:43 | 8.67 |
| Dina Ketcham | NIBI-MTK-WH | 5/25/24 10:04 | Saturday | 5/25/24 18:28 | 8.41 |
| Dina Ketcham | NIBI-MTK-WH | 5/26/24 10:01 | Sunday | 5/26/24 18:24 | 8.38 |
| Dina Ketcham | NIBI-MTK-WH | 5/27/24 10:04 | Monday | 5/27/24 18:27 | 8.38 |
| Dina Ketcham | NIBI-MTK-WH | 5/30/24 10:02 | Thursday | 5/30/24 18:15 | 8.22 |
| Dina Ketcham | NIBI-MTK-WH | 5/31/24 10:02 | Friday | 5/31/24 18:16 | 8.23 |
| Dina Ketcham | NIBI-MTK-WH | 6/1/24 9:59 | Saturday | 6/1/24 18:04 | 8.08 |
| Dina Ketcham | NIBI-MTK-WH | 6/2/24 9:59 | Sunday | 6/2/24 18:12 | 8.22 |
| Dina Ketcham | NIBI-MTK-WH | 6/3/24 10:04 | Monday | 6/3/24 18:12 | 8.14 |
| Dina Ketcham | NIBI-MTK-WH | 6/6/24 10:03 | Thursday | 6/6/24 18:11 | 8.14 |
| Dina Ketcham | NIBI-MTK-WH | 6/7/24 10:05 | Friday | 6/7/24 18:07 | 8.04 |

| | | | | | |
|---|---|---|---|---|---|
| Dina Ketcham | NIBI-MTK-WH | 6/8/24 10:03 | Saturday | 6/8/24 18:20 | 8.27 |
| Dina Ketcham | NIBI-MTK-WH | 6/9/24 10:07 | Sunday | 6/9/24 18:11 | 8.07 |
| Dina Ketcham | NIBI-MTK-WH | 6/10/24 10:06 | Monday | 6/10/24 18:02 | 7.94 |
| Dina Ketcham | NIBI-MTK-WH | 6/13/24 10:04 | Thursday | 6/13/24 15:33 | 5.49 |
| Dina Ketcham | NIBI-MTK-WH | 6/14/24 10:08 | Friday | 6/14/24 18:30 | 8.37 |
| Dina Ketcham | NIBI-MTK-WH | 6/15/24 10:07 | Saturday | 6/15/24 18:07 | 8 |
| Dina Ketcham | NIBI-MTK-WH | 6/16/24 10:04 | Sunday | 6/16/24 17:45 | 7.69 |
| Dina Ketcham | NIBI-MTK-WH | 6/17/24 9:57 | Monday | 6/17/24 18:55 | 8.98 |
| Dina Ketcham | NIBI-MTK-WH | 6/20/24 10:03 | Thursday | 6/20/24 18:18 | 8.26 |
| Dina Ketcham | NIBI-MTK-WH | 6/21/24 9:53 | Friday | 6/21/24 18:10 | 8.29 |
| Dina Ketcham | NIBI-MTK-WH | 6/22/24 10:06 | Saturday | 6/22/24 18:10 | 8.06 |
| Dina Ketcham | NIBI-MTK-WH | 6/23/24 10:12 | Sunday | 6/23/24 18:10 | 7.95 |
| Dina Ketcham | NIBI-MTK-WH | 6/24/24 9:44 | Monday | 6/24/24 18:54 | 9.16 |
| Dina Ketcham | NIBI-MTK-WH | 6/28/24 10:00 | Friday | 6/28/24 19:30 | 9.51 |
| Dina Ketcham | NIBI-MTK-WH | 6/30/24 10:04 | Sunday | 6/30/24 16:01 | 5.95 |
| Dina Ketcham | NIBI-MTK-WH | 7/1/24 9:44 | Monday | 7/1/24 18:04 | 8.35 |
| Dina Ketcham | NIBI-MTK-WH | 7/3/24 10:06 | Wednesday | 7/3/24 18:19 | 8.23 |
| Dina Ketcham | NIBI-MTK-WH | 7/4/24 10:03 | Thursday | 7/4/24 18:06 | 8.05 |
| Dina Ketcham | NIBI-MTK-WH | 7/5/24 10:08 | Friday | 7/5/24 18:30 | 8.37 |
| Dina Ketcham | NIBI-MTK-WH | 7/6/24 10:12 | Saturday | 7/6/24 17:07 | 6.92 |
| Dina Ketcham | NIBI-MTK-WH | 7/7/24 10:07 | Sunday | 7/7/24 18:50 | 8.72 |
| Dina Ketcham | NIBI-MTK-WH | 7/10/24 11:06 | Wednesday | 7/10/24 18:11 | 7.09 |
| Dina Ketcham | NIBI-MTK-WH | 7/11/24 10:05 | Thursday | 7/11/24 18:28 | 8.38 |
| Dina Ketcham | NIBI-MTK-WH | 7/12/24 10:10 | Friday | 7/12/24 18:15 | 8.08 |
| Dina Ketcham | NIBI-MTK-WH | 7/13/24 10:03 | Saturday | 7/13/24 18:44 | 8.69 |
| Dina Ketcham | NIBI-MTK-WH | 7/14/24 10:14 | Sunday | 7/14/24 18:14 | 8.01 |
| Dina Ketcham | NIBI-MTK-WH | 7/15/24 10:04 | Monday | 7/15/24 18:43 | 8.65 |
| Dina Ketcham | NIBI-MTK-WH | 7/18/24 10:03 | Thursday | 7/18/24 18:47 | 8.72 |
| Dina Ketcham | NIBI-MTK-WH | 7/19/24 9:53 | Friday | 7/19/24 18:38 | 8.74 |
| Dina Ketcham | NIBI-MTK-WH | 7/20/24 10:10 | Saturday | 7/20/24 18:30 | 8.34 |
| Dina Ketcham | NIBI-MTK-WH | 7/21/24 12:17 | Sunday | 7/21/24 17:00 | 4.7 |
| Dina Ketcham | NIBI-MTK-WH | 7/22/24 9:59 | Monday | 7/22/24 18:34 | 8.59 |
| Dina Ketcham | NIBI-MTK-WH | 7/24/24 10:02 | Wednesday | 7/24/24 18:32 | 8.5 |
| Dina Ketcham | NIBI-MTK-WH | 7/25/24 10:00 | Thursday | 7/25/24 17:14 | 7.23 |
| Dina Ketcham | NIBI-MTK-WH | 7/27/24 10:07 | Saturday | 7/27/24 18:15 | 8.13 |
| Dina Ketcham | NIBI-MTK-WH | 7/28/24 10:07 | Sunday | 7/28/24 18:42 | 8.59 |
| Dina Ketcham | NIBI-MTK-WH | 7/29/24 10:06 | Monday | 7/29/24 19:03 | 8.95 |
| Dina Ketcham | NIBI-MTK-WH | 8/2/24 10:50 | Friday | 8/2/24 18:15 | 7.42 |
| Dina Ketcham | NIBI-MTK-WH | 8/3/24 10:04 | Saturday | 8/3/24 18:20 | 8.25 |
| Dina Ketcham | NIBI-MTK-WH | 8/1/24 10:15 | Thursday | 8/1/24 18:20 | 8.08 |
| Dina Ketcham | NIBI-MTK-WH | 8/4/24 10:13 | Sunday | 8/4/24 18:18 | 8.09 |
| Dina Ketcham | NIBI-MTK-WH | 8/5/24 11:26 | Monday | 8/5/24 18:51 | 7.41 |
| Dina Ketcham | NIBI-MTK-WH | 8/8/24 10:06 | Thursday | 8/8/24 18:34 | 8.47 |
| Dina Ketcham | NIBI-MTK-WH | 8/9/24 12:12 | Friday | 8/9/24 18:22 | 6.17 |
| Dina Ketcham | NIBI-MTK-WH | 8/10/24 10:06 | Saturday | 8/10/24 18:22 | 8.27 |
| Dina Ketcham | NIBI-MTK-WH | 8/11/24 10:05 | Sunday | 8/11/24 18:26 | 8.35 |
| Dina Ketcham | NIBI-MTK-WH | 8/12/24 10:13 | Monday | 8/12/24 18:05 | 7.87 |
| Dina Ketcham | NIBI-MTK-WH | 8/13/24 10:08 | Tuesday | 8/13/24 18:33 | 8.41 |

| | | | | | |
|---|---|---|---|---|---|
| Dina Ketcham | NIBI-MTK-WH | 8/17/24 9:57 | Saturday | 8/17/24 18:26 | 8.48 |
| Dina Ketcham | NIBI-MTK-WH | 8/18/24 10:10 | Sunday | 8/18/24 18:28 | 8.3 |
| Dina Ketcham | NIBI-MTK-WH | 8/19/24 10:07 | Monday | 8/19/24 18:43 | 8.6 |
| Dina Ketcham | NIBI-MTK-WH | 8/22/24 11:56 | Thursday | 8/22/24 18:32 | 6.6 |
| Dina Ketcham | NIBI-MTK-WH | 8/23/24 10:11 | Friday | 8/23/24 18:12 | 8.02 |
| Dina Ketcham | NIBI-MTK-WH | 8/24/24 10:13 | Saturday | 8/24/24 18:05 | 7.87 |
| Dina Ketcham | NIBI-MTK-WH | 8/25/24 10:12 | Sunday | 8/25/24 18:37 | 8.42 |
| Dina Ketcham | NIBI-MTK-WH | 8/26/24 10:08 | Monday | 8/26/24 12:50 | 2.7 |
| Dina Ketcham | NIBI-MTK-WH | 8/27/24 10:08 | Tuesday | 8/27/24 18:45 | 8.63 |
| Dina Ketcham | NIBI-MTK-WH | 8/29/24 9:55 | Thursday | 8/29/24 18:41 | 8.78 |
| Dina Ketcham | NIBI-MTK-WH | 8/30/24 12:10 | Friday | 8/30/24 18:32 | 6.36 |
| Dina Ketcham | NIBI-MTK-WH | 8/31/24 10:23 | Saturday | 8/31/24 18:05 | 7.7 |
| Dina Ketcham | NIBI-MTK-WH | 9/1/24 10:17 | Sunday | 9/1/24 18:42 | 8.42 |
| Dina Ketcham | NIBI-MTK-WH | 9/2/24 10:15 | Monday | 9/2/24 18:59 | 8.73 |
| Dina Ketcham | NIBI-MTK-WH | 9/3/24 10:02 | Tuesday | 9/3/24 13:00 | 2.96 |
| Dina Ketcham | NIBI-MTK-WH | 9/5/24 10:14 | Thursday | 9/5/24 18:23 | 8.14 |
| Dina Ketcham | NIBI-MTK-WH | 9/6/24 14:01 | Friday | 9/6/24 17:02 | 3.01 |
| Dina Ketcham | NIBI-MTK-WH | 9/7/24 10:08 | Saturday | 9/7/24 18:28 | 8.33 |
| Dina Ketcham | NIBI-MTK-WH | 9/10/24 10:16 | Tuesday | 9/10/24 18:11 | 7.92 |
| Dina Ketcham | NIBI-MTK-BH | 9/11/24 9:57 | Wednesday | 9/11/24 18:13 | 8.27 |
| Dina Ketcham | NIBI-MTK-WH | 9/12/24 10:09 | Thursday | 9/12/24 18:10 | 8.02 |
| Dina Ketcham | NIBI-MTK-WH | 9/13/24 10:06 | Friday | 9/13/24 18:34 | 8.47 |
| Dina Ketcham | NIBI-MTK-WH | 9/14/24 10:00 | Saturday | 9/14/24 18:17 | 8.28 |
| Dina Ketcham | NIBI-MTK-WH | 9/17/24 10:11 | Tuesday | 9/17/24 18:22 | 8.19 |
| Dina Ketcham | NIBI-MTK-BH | 9/18/24 9:55 | Wednesday | 9/18/24 18:22 | 8.45 |
| Dina Ketcham | NIBI-MTK-WH | 9/20/24 10:08 | Friday | 9/20/24 18:11 | 8.04 |
| Dina Ketcham | NIBI-MTK-WH | 9/21/24 10:05 | Saturday | 9/21/24 17:00 | 6.91 |
| Dina Ketcham | NIBI-MTK-BH | 9/23/24 9:57 | Monday | 9/23/24 18:01 | 8.07 |
| Dina Ketcham | NIBI-MTK-WH | 9/24/24 10:09 | Tuesday | 9/24/24 17:38 | 7.49 |
| Dina Ketcham | NIBI-MTK-BH | 9/25/24 9:57 | Wednesday | 9/25/24 18:04 | 8.12 |
| Dina Ketcham | NIBI-MTK-WH | 9/26/24 10:05 | Thursday | 9/26/24 18:07 | 8.04 |
| Dina Ketcham | NIBI-MTK-WH | 9/28/24 9:13 | Saturday | 9/28/24 18:06 | 8.88 |
| Dina Ketcham | NIBI-MTK-WH | 9/29/24 10:06 | Sunday | 9/29/24 18:29 | 8.38 |
| Dina Ketcham | NIBI-MTK-WH | 9/19/24 10:00 | Thursday | 9/19/24 18:25 | 8.42 |
| Dina Ketcham | NIBI-MTK-WH | 10/1/24 10:10 | Tuesday | 10/1/24 18:19 | 8.15 |
| Dina Ketcham | NIBI-MTK-BH | 10/2/24 9:47 | Wednesday | 10/2/24 18:17 | 8.49 |
| Dina Ketcham | NIBI-MTK-WH | 10/3/24 10:06 | Thursday | 10/3/24 18:12 | 8.11 |
| Dina Ketcham | NIBI-MTK-WH | 10/5/24 10:04 | Saturday | 10/5/24 18:25 | 8.35 |
| Dina Ketcham | NIBI-MTK-WH | 10/8/24 10:07 | Tuesday | 10/8/24 18:15 | 8.14 |
| Dina Ketcham | NIBI-MTK-BH | 10/9/24 9:58 | Wednesday | 10/9/24 18:22 | 8.4 |
| Dina Ketcham | NIBI-MTK-WH | 10/10/24 10:12 | Thursday | 10/10/24 18:24 | 8.19 |
| Dina Ketcham | NIBI-MTK-WH | 10/11/24 10:00 | Friday | 10/11/24 18:13 | 8.22 |
| Dina Ketcham | NIBI-MTK-WH | 10/12/24 9:34 | Saturday | 10/12/24 18:19 | 8.75 |
| Dina Ketcham | NIBI-MTK-WH | 10/13/24 9:50 | Sunday | 10/13/24 18:30 | 8.66 |
| Dina Ketcham | NIBI-MTK-WH | 10/14/24 10:10 | Monday | 10/14/24 18:42 | 8.53 |
| Dina Ketcham | NIBI-MTK-WH | 10/17/24 10:11 | Thursday | 10/17/24 18:15 | 8.06 |
| Dina Ketcham | NIBI-MTK-WH | 10/18/24 10:10 | Friday | 10/18/24 18:09 | 7.98 |
| Dina Ketcham | NIBI-MTK-WH | 10/20/24 10:07 | Sunday | 10/20/24 18:02 | 7.91 |

| | | | | | |
|---|---|---|---|---|---|
| Dina Ketcham | NIBI-MTK-WH | 10/21/24 10:22 | Monday | 10/21/24 18:12 | 7.84 |
| Dina Ketcham | NIBI-MTK-WH | 10/24/24 10:12 | Thursday | 10/24/24 18:03 | 7.86 |
| Dina Ketcham | NIBI-MTK-WH | 10/25/24 10:00 | Friday | 10/25/24 17:00 | 7 |
| Dina Ketcham | NIBI-MTK-WH | 10/26/24 10:00 | Saturday | 10/26/24 17:00 | 7 |
| Dina Ketcham | NIBI-MTK-BH | 10/29/24 9:58 | Tuesday | 10/29/24 17:57 | 7.99 |
| Dina Ketcham | NIBI-MTK-BH | 10/30/24 10:05 | Wednesday | 10/30/24 18:05 | 7.99 |
| Dina Ketcham | NIBI-MTK | 11/2/24 10:08 | Saturday | 11/2/24 17:38 | 7.51 |
| Dina Ketcham | NIBI-MTK-BH | 11/6/24 10:00 | Wednesday | 11/6/24 17:01 | 7.03 |
| Dina Ketcham | NIBI-MTK | 11/9/24 10:11 | Saturday | 11/9/24 16:31 | 6.33 |
| Dina Ketcham | NIBI-MTK | 11/10/24 10:10 | Sunday | 11/10/24 16:00 | 5.84 |
| Dina Ketcham | NIBI-MTK-WH | 11/8/24 9:30 | Friday | 11/8/24 16:00 | 6.5 |
| Dina Ketcham | NIBI-MTK-BH | 11/13/24 10:06 | Wednesday | 11/13/24 17:00 | 6.9 |
| Dina Ketcham | NIBI-MTK | 11/16/24 10:17 | Saturday | 11/16/24 17:01 | 6.74 |
| Dina Ketcham | NIBI-MTK | 11/17/24 10:13 | Sunday | 11/17/24 16:11 | 5.97 |
| Dina Ketcham | NIBI-MTK-BH | 11/20/24 10:15 | Wednesday | 11/20/24 17:16 | 7.01 |
| Dina Ketcham | NIBI-MTK | 11/23/24 10:18 | Saturday | 11/23/24 17:21 | 7.06 |
| Dina Ketcham | NIBI-MTK | 11/24/24 9:58 | Sunday | 11/24/24 17:05 | 7.12 |
| Dina Ketcham | NIBI-MTK-BH | 11/26/24 10:33 | Tuesday | 11/26/24 17:07 | 6.57 |
| Dina Ketcham | NIBI-MTK-BH | 11/27/24 10:16 | Wednesday | 11/27/24 18:01 | 7.74 |
| Dina Ketcham | NIBI-MTK | 11/29/24 10:01 | Friday | 11/29/24 16:38 | 6.62 |
| Dina Ketcham | NIBI-MTK | 11/30/24 10:05 | Saturday | 11/30/24 17:39 | 7.57 |
| Dina Ketcham | NIBI-MTK-BH | 12/3/24 10:05 | Tuesday | 12/3/24 16:06 | 6.01 |
| Dina Ketcham | NIBI-MTK-BH | 12/4/24 11:06 | Wednesday | 12/4/24 15:25 | 4.31 |
| Dina Ketcham | NIBI-MTK | 12/7/24 9:59 | Saturday | 12/7/24 16:40 | 6.68 |
| Dina Ketcham | NIBI-MTK | 12/9/24 10:51 | Monday | 12/9/24 17:12 | 6.36 |
| Dina Ketcham | NIBI-MTK-BH | 12/10/24 10:02 | Tuesday | 12/10/24 17:11 | 7.16 |
| Dina Ketcham | NIBI-MTK | 12/14/24 9:45 | Saturday | 12/14/24 16:59 | 7.24 |
| Dina Ketcham | NIBI-MTK-BH | 12/15/24 10:20 | Sunday | 12/15/24 16:49 | 6.49 |
| Dina Ketcham | NIBI-MTK-BH | 12/17/24 11:20 | Tuesday | 12/17/24 18:04 | 6.73 |
| Dina Ketcham | NIBI-MTK | 12/22/24 10:06 | Sunday | 12/22/24 16:09 | 6.06 |
| Dina Ketcham | NIBI-MTK-BH | 12/31/24 9:58 | Tuesday | 12/31/24 16:17 | 6.31 |