# Exhibit K

| | |
|---|---|
| **Employee Payments** | **KETCHAM** |
| **Year** | **2022** |
| **Rate 1 (January - March 31** | **$20** |
| **Rate 2 (April 1 - EOYr)** | **NA** |
| **Commission Rate** | **0%** |

| Details | Posting Date | Description | Amount | Type |
|---|---|---|---|---|
| DEBIT | 12/27/22 | Same-Day ACH Payment 11006661354 to DinaKetcham (_######4985) | -420.16 | ACH_PAYMENT |
| DEBIT | 12/20/22 | Online ACH Payment 11006080620 To DinaKetcham (_######4985) | -406.55 | ACH_PAYMENT |
| DEBIT | 12/13/22 | Online ACH Payment 11005379540 To DinaKetcham (_######4985) | -85.15 | ACH_PAYMENT |
| DEBIT | 12/6/22 | Online ACH Payment 11004724118 To DinaKetcham (_######4985) | -329.08 | ACH_PAYMENT |
| DEBIT | 11/29/22 | Online ACH Payment 11003939374 To DinaKetcham (_######4985) | -421.23 | ACH_PAYMENT |
| DEBIT | 11/22/22 | Online ACH Payment 11003435910 To DinaKetcham (_######4985) | -111.19 | ACH_PAYMENT |
| DEBIT | 11/15/22 | Online ACH Payment 11002768438 To DinaKetcham (_######4985) | -105.41 | ACH_PAYMENT |
| DEBIT | 11/8/22 | Online ACH Payment 11002127457 To DinaKetcham (_######4985) | -416.42 | ACH_PAYMENT |
| DEBIT | 11/1/22 | Online ACH Payment 11001434576 To DinaKetcham (_######4985) | -410.15 | ACH_PAYMENT |
| DEBIT | 10/25/22 | Online ACH Payment 11000723503 To DinaKetcham (_######4985) | -421.62 | ACH_PAYMENT |
| DEBIT | 10/18/22 | Online ACH Payment 11000112124 To DinaKetcham (_######4985) | -520.85 | ACH_PAYMENT |
| DEBIT | 10/11/22 | Online ACH Payment 5356434749 To DinaKetcham (_######4985) | -391.04 | ACH_PAYMENT |
| DEBIT | 10/4/22 | Online ACH Payment 5355456886 To DinaKetcham (_######4985) | -374.66 | ACH_PAYMENT |
| DEBIT | 9/27/22 | Online ACH Payment 5354287115 To DinaKetcham (_######4985) | -886.68 | ACH_PAYMENT |