# Exhibit L

| | |
|---|---|
| **Employee Payments** | KETCHAM |
| **Year** | 2023 |
| **Rate 1 (January - June 2)** | $20 |
| **Rate 2 (June 3 - EOYr)** | $23 |
| **Commission Rate** | 2% |

| Details | Posting Date | Description | Amount | Type |
|---|---|---|---|---|
| DEBIT | 1/3/23 | Online ACH Payment 11007262202 To DinaKetcham (_######4985) | -235.4 | ACH_PAYMENT |
| DEBIT | 2/21/23 | Online ACH Payment 11011512575 To DinaKetcham (_######4985) | -230.98 | ACH_PAYMENT |
| DEBIT | 3/21/23 | Online ACH Payment 11014021511 To DinaKetcham (_######4985) | -119.87 | ACH_PAYMENT |
| DEBIT | 3/27/23 | Online ACH Payment 11014602351 To DinaKetcham (_######4985) | -320.65 | ACH_PAYMENT |
| DEBIT | 4/25/23 | Online ACH Payment 11017105659 To DinaKetcham (_######4985) | -309.74 | ACH_PAYMENT |
| DEBIT | 5/2/23 | Online ACH Payment 11017798732 To DinaKetcham (_######4985) | -406.78 | ACH_PAYMENT |
| DEBIT | 5/9/23 | Online ACH Payment 11018434138 To DinaKetcham (_######4985) | -112.98 | ACH_PAYMENT |
| DEBIT | 5/16/23 | Online ACH Payment 11019080834 To DinaKetcham (_######4985) | -237.33 | ACH_PAYMENT |
| DEBIT | 5/23/23 | Online ACH Payment 11019661765 To DinaKetcham (_######4985) | -392.16 | ACH_PAYMENT |
| DEBIT | 5/30/23 | Online ACH Payment 11020229539 To DinaKetcham (_######4985) | -525.53 | ACH_PAYMENT |
| DEBIT | 6/6/23 | Online ACH Payment 11020981814 To DinaKetcham (_######4985) | -572.81 | ACH_PAYMENT |
| DEBIT | 6/7/23 | Online ACH Payment 11021092877 To DinaKetcham (_######4985) | -211.66 | ACH_PAYMENT |
| DEBIT | 6/13/23 | Online ACH Payment 11021602792 To DinaKetcham (_######4985) | -504.18 | ACH_PAYMENT |
| DEBIT | 6/20/23 | Online ACH Payment 11022212197 To DinaKetcham (_######4985) | -627.58 | ACH_PAYMENT |
| DEBIT | 6/27/23 | Online ACH Payment 11022902718 To DinaKetcham (_######4985) | -594.16 | ACH_PAYMENT |
| DEBIT | 7/3/23 | Online ACH Payment 11023619838 To DinaKetcham (_######4985) | -833.78 | ACH_PAYMENT |
| DEBIT | 7/11/23 | Online ACH Payment 11024217457 To DinaKetcham (_######4985) | -754.04 | ACH_PAYMENT |
| DEBIT | 7/18/23 | Online ACH Payment 11024892240 To DinaKetcham (_######4985) | -714.61 | ACH_PAYMENT |
| DEBIT | 7/25/23 | Online ACH Payment 11025455510 To DinaKetcham (_######4985) | -767.65 | ACH_PAYMENT |
| DEBIT | 8/1/23 | Online ACH Payment 11026132658 To DinaKetcham (_######4985) | -763.02 | ACH_PAYMENT |
| DEBIT | 8/8/23 | Online ACH Payment 11026798907 To DinaKetcham (_######4985) | -1461.38 | ACH_PAYMENT |
| DEBIT | 8/15/23 | Online ACH Payment 11027442827 To DinaKetcham (_######4985) | -709.9 | ACH_PAYMENT |
| DEBIT | 8/22/23 | Online ACH Payment 11028042601 To DinaKetcham (_######4985) | -748.42 | ACH_PAYMENT |
| DEBIT | 8/29/23 | Online ACH Payment 11028633696 To DinaKetcham (_######4985) | -745.23 | ACH_PAYMENT |
| DEBIT | 9/5/23 | Online ACH Payment 11029270525 To DinaKetcham (_######4985) | -767.12 | ACH_PAYMENT |
| DEBIT | 9/12/23 | Online ACH Payment 11108191615 To DinaKetcham (_######4985) | -1009.64 | ACH_PAYMENT |
| DEBIT | 9/19/23 | Online ACH Payment 11108858511 To DinaKetcham (_######4985) | -718.44 | ACH_PAYMENT |
| DEBIT | 9/26/23 | Online ACH Payment 11109463539 To DinaKetcham (_######4985) | -741.6 | ACH_PAYMENT |
| DEBIT | 10/3/23 | Online ACH Payment 11110212854 To DinaKetcham (_######4985) | -684.37 | ACH_PAYMENT |
| DEBIT | 10/10/23 | Online ACH Payment 11110864566 To DinaKetcham (_######4985) | -944.04 | ACH_PAYMENT |
| DEBIT | 10/17/23 | Online ACH Payment 11111556394 To DinaKetcham (_######4985) | -700.25 | ACH_PAYMENT |
| DEBIT | 10/24/23 | Online ACH Payment 11112156346 To DinaKetcham (_######4985) | -632.87 | ACH_PAYMENT |
| DEBIT | 10/31/23 | Online ACH Payment 11112817170 To DinaKetcham (_######4985) | -601.28 | ACH_PAYMENT |
| DEBIT | 11/7/23 | Online ACH Payment 11113565062 To DinaKetcham (_######4985) | -772.72 | ACH_PAYMENT |
| DEBIT | 11/14/23 | Online ACH Payment 11114225079 To DinaKetcham (_######4985) | -563.7 | ACH_PAYMENT |
| DEBIT | 11/21/23 | Online ACH Payment 11114915834 To DinaKetcham (_######4985) | -583.51 | ACH_PAYMENT |
| DEBIT | 11/28/23 | Online ACH Payment 11115405528 To DinaKetcham (_######4985) | -676.77 | ACH_PAYMENT |
| DEBIT | 12/5/23 | Online ACH Payment 11116180933 To DinaKetcham (_######4985) | -740.68 | ACH_PAYMENT |
| DEBIT | 12/12/23 | Online ACH Payment 11116838137 To DinaKetcham (_######4985) | -565.07 | ACH_PAYMENT |
| DEBIT | 12/19/23 | Online ACH Payment 11117547978 To DinaKetcham (_######4985) | -521.17 | ACH_PAYMENT |
| DEBIT | 12/26/23 | Online ACH Payment 11118129003 To DinaKetcham (_######4985) | -573.78 | ACH_PAYMENT |