# Exhibit M

**Employee Payments** KETCHAM
**Year** 2024
**Rate 1 (January - May 2** $23
**Rate 2 (May 24 - EOYr)** $27
**Commission Rate** 2%

| Details | Posting Date | Description | Amount | Type |
|---|---|---|---|---|
| DEBIT | 12/31/24 | Online ACH Payment 11157077281 To DinaKetcham (_######4985) | -126.77 | ACH_PAYMENT |
| DEBIT | 12/24/24 | Online ACH Payment 11156376309 To DinaKetcham (_######4985) | -687.86 | ACH_PAYMENT |
| DEBIT | 12/17/24 | Online ACH Payment 11155496706 To DinaKetcham (_######4985) | -460.55 | ACH_PAYMENT |
| DEBIT | 12/10/24 | Online ACH Payment 11154645123 To DinaKetcham (_######4985) | -354.55 | ACH_PAYMENT |
| DEBIT | 12/3/24 | Online ACH Payment 11153825992 To DinaKetcham (_######4985) | -679.64 | ACH_PAYMENT |
| DEBIT | 11/26/24 | Online ACH Payment 11153056599 To DinaKetcham (_######4985) | -391.34 | ACH_PAYMENT |
| DEBIT | 11/18/24 | Online ACH Payment 11152222142 To DinaKetcham (_######4985) | -378.27 | ACH_PAYMENT |
| DEBIT | 11/12/24 | Online ACH Payment 11151511031 To DinaKetcham (_######4985) | -130.11 | ACH_PAYMENT |
| DEBIT | 11/12/24 | Online ACH Payment 11151509361 To DinaKetcham (_######4985) | -463.92 | ACH_PAYMENT |
| DEBIT | 11/5/24 | Online ACH Payment 11150685479 To DinaKetcham (_######4985) | -456.85 | ACH_PAYMENT |
| DEBIT | 10/29/24 | Online ACH Payment 11149769368 To DinaKetcham (_######4985) | -609.58 | ACH_PAYMENT |
| DEBIT | 10/22/24 | Online ACH Payment 11149041633 To DinaKetcham (_######4985) | -793.77 | ACH_PAYMENT |
| DEBIT | 10/15/24 | Online ACH Payment 11148280496 To DinaKetcham (_######4985) | -890.77 | ACH_PAYMENT |
| DEBIT | 10/8/24 | Online ACH Payment 11147504111 To DinaKetcham (_######4985) | -794.29 | ACH_PAYMENT |
| DEBIT | 10/1/24 | Online ACH Payment 11146675525 To DinaKetcham (_######4985) | -908.65 | ACH_PAYMENT |
| DEBIT | 9/24/24 | Online ACH Payment 11145840313 To DinaKetcham (_######4985) | -646.61 | ACH_PAYMENT |
| DEBIT | 9/17/24 | Online ACH Payment 11145136498 To DinaKetcham (_######4985) | -776.97 | ACH_PAYMENT |
| DEBIT | 9/10/24 | Online ACH Payment 11144354209 To DinaKetcham (_######4985) | -1071.54 | ACH_PAYMENT |
| DEBIT | 9/3/24 | Online ACH Payment 11143508944 To DinaKetcham (_######4985) | -798.62 | ACH_PAYMENT |
| DEBIT | 8/27/24 | Online ACH Payment 11142767483 To DinaKetcham (_######4985) | -759.48 | ACH_PAYMENT |
| DEBIT | 8/20/24 | Online ACH Payment 11142070878 To DinaKetcham (_######4985) | -645.41 | ACH_PAYMENT |
| DEBIT | 8/13/24 | Online ACH Payment 11141317699 To DinaKetcham (_######4985) | -1132.55 | ACH_PAYMENT |
| DEBIT | 8/6/24 | Online ACH Payment 11140572505 To DinaKetcham (_######4985) | -779.74 | ACH_PAYMENT |
| DEBIT | 7/30/24 | Online ACH Payment 11139707353 To DinaKetcham (_######4985) | -724.68 | ACH_PAYMENT |
| DEBIT | 7/23/24 | Online ACH Payment 11138984814 To DinaKetcham (_######4985) | -811.47 | ACH_PAYMENT |
| DEBIT | 7/16/24 | Online ACH Payment 11138280574 To DinaKetcham (_######4985) | -745.98 | ACH_PAYMENT |
| DEBIT | 7/10/24 | Online ACH Payment 11137640357 To DinaKetcham (_######4985) | -377.19 | ACH_PAYMENT |
| DEBIT | 7/9/24 | Online ACH Payment 11137511255 To DinaKetcham (_######4985) | -741.81 | ACH_PAYMENT |
| DEBIT | 7/2/24 | Online ACH Payment 11136839144 To DinaKetcham (_######4985) | -681.44 | ACH_PAYMENT |
| DEBIT | 6/25/24 | Online ACH Payment 11135976165 To DinaKetcham (_######4985) | -781.2 | ACH_PAYMENT |
| DEBIT | 6/18/24 | Online ACH Payment 11135302500 To DinaKetcham (_######4985) | -740.49 | ACH_PAYMENT |
| DEBIT | 6/11/24 | Online ACH Payment 11134541910 To DinaKetcham (_######4985) | -1062.54 | ACH_PAYMENT |
| DEBIT | 6/4/24 | Online ACH Payment 11133789995 To DinaKetcham (_######4985) | -810.66 | ACH_PAYMENT |
| DEBIT | 5/28/24 | Online ACH Payment 11132930141 To DinaKetcham (_######4985) | -657.06 | ACH_PAYMENT |
| DEBIT | 5/21/24 | Online ACH Payment 11132363281 To DinaKetcham (_######4985) | -770.43 | ACH_PAYMENT |
| DEBIT | 5/14/24 | Online ACH Payment 11131647309 To DinaKetcham (_######4985) | -680.26 | ACH_PAYMENT |
| DEBIT | 5/7/24 | Online ACH Payment 11130945988 To DinaKetcham (_######4985) | -659.35 | ACH_PAYMENT |
| DEBIT | 4/30/24 | Online ACH Payment 11130147962 To DinaKetcham (_######4985) | -563.19 | ACH_PAYMENT |
| DEBIT | 4/23/24 | Online ACH Payment 11129476307 To DinaKetcham (_######4985) | -515.88 | ACH_PAYMENT |
| DEBIT | 4/16/24 | Online ACH Payment 11128832048 To DinaKetcham (_######4985) | -457.81 | ACH_PAYMENT |
| DEBIT | 4/9/24 | Online ACH Payment 11128112715 To DinaKetcham (_######4985) | -439.77 | ACH_PAYMENT |
| DEBIT | 4/2/24 | Online ACH Payment 11127417113 To DinaKetcham (_######4985) | -484.28 | ACH_PAYMENT |
| DEBIT | 3/26/24 | Online ACH Payment 11126668167 To DinaKetcham (_######4985) | -498.97 | ACH_PAYMENT |
| DEBIT | 3/19/24 | Online ACH Payment 11126051698 To DinaKetcham (_######4985) | -423.7 | ACH_PAYMENT |
| DEBIT | 3/12/24 | Online ACH Payment 11125367495 To DinaKetcham (_######4985) | -542.07 | ACH_PAYMENT |
| DEBIT | 3/5/24 | Online ACH Payment 11124704045 To DinaKetcham (_######4985) | -445.34 | ACH_PAYMENT |
| DEBIT | 2/20/24 | Online ACH Payment 11123263134 To DinaKetcham (_######4985) | -399.75 | ACH_PAYMENT |
| DEBIT | 2/13/24 | Online ACH Payment 11122633431 To DinaKetcham (_######4985) | -282.83 | ACH_PAYMENT |
| DEBIT | 2/6/24 | Online ACH Payment 11121977443 To DinaKetcham (_######4985) | -215.89 | ACH_PAYMENT |
| DEBIT | 1/30/24 | Online ACH Payment 11121249498 To DinaKetcham (_######4985) | -428.09 | ACH_PAYMENT |
| DEBIT | 1/23/24 | Online ACH Payment 11120641059 To DinaKetcham (_######4985) | -455.58 | ACH_PAYMENT |
| DEBIT | 1/16/24 | Online ACH Payment 11120030673 To DinaKetcham (_######4985) | -176.78 | ACH_PAYMENT |
| DEBIT | 1/9/24 | Online ACH Payment 11119420883 To DinaKetcham (_######4985) | -652.48 | ACH_PAYMENT |
| DEBIT | 1/2/24 | Online ACH Payment 11118765016 To DinaKetcham (_######4985) | -939.98 | ACH_PAYMENT |