# Exhibit N

| | |
|---|---|
| **Employee Payments** | **KETCHAM** |
| **Year** | **2025** |
| **Rate 1 (FY 2025)** | **$27** |
| **Commission Rate** | **2%** |

| Details | Posting Date | Description | Amount | Type |
|---|---|---|---|---|
| DEBIT | 1/14/25 | Online ACH Payment 11158462484 To DinaKetcham (_######4985) | -32.45 | ACH_PAYMENT |
| DEBIT | 1/7/25 | Online ACH Payment 11157712510 To DinaKetcham (_######4985) | -144.27 | ACH_PAYMENT |