# Exhibit O

## Jim Brinnen

**From:** Jim Brinnen <jbrinnen@gmail.com>
**Sent:** Tuesday, January 09, 2024 12:03 AM
**To:** 'Dina Ketcham-LaRocca'
**Subject:** NIBI Compensation Details, Week Ending Jan 5, 2024

Dina- here are your payroll details for this period:

| | |
|---|---|
| Total Hours: | 24.10 |
| Breaks: | 2 |
| Net Hours: | 22.10* |

*Plus 8 hours for New Year's holiday. Total pay hours of 30.10

| Dina Ketcham | | |
|---|---|---|
| Gross Pay | $ | 692.30 |
| Additions | $ | - |
| Comm | $ | 151.06 |
| **TOT Gr Pay** | **$** | **843.36** |
| Deductions | | |
| NYS | $ | 37.66 |
| SocSec | $ | 52.29 |
| Medicare | $ | 12.23 |
| Fed W'holding | $ | 88.70 |
| **TOT Net Pay** | **$** | **652.48** |

Thank you
Jim



D000173

EXHIBIT
34