# Exhibit P

## Jim Brinnen

**From:** Jim Brinnen <jbrinnen@gmail.com>
**Sent:** Monday, July 10, 2023 9:01 PM
**To:** 'Dina Ketcham-LaRocca'
**Subject:** NIBI Compensation Details, Week Ending July 7, 2023

Dina - here are your payroll details for this period:

| | |
|---|---|
| Total Hours: | 44.10 |
| Breaks: | 2.5 |
| Net Hours: | 41.6 |

| Dina Ketcham | | |
|---|---|---|
| Gross Pay | $ | 1,003.95 |
| Additions | | |
| Comm | $ | - |
| **TOT Gr Pay** | **$** | **1,003.95** |
| Deductions | | |
| NYS | $ | 47.94 |
| SocSec | $ | 62.24 |
| Medicare | $ | 14.56 |
| Fed W'holding | $ | 125.17 |
| **TOT Net Pay** | **$** | **754.04** |

*Note that this payment includes 4.10 hours of overtime.

Thank you
Jim