**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TERESA GONCALVES and DINA KETCHAM, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br>*vs.*<br><br>KRISTIN SHEELER DESIGNS, LLC, KRISTIN SHEELER, and JAMES "JIM" BRINNEN,<br><br>Defendants. | No. 2:25-cv-04264-GRB-ST<br><br>**DECLARATION OF DAVID K. BOWLES IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| KRISTIN SHEELER DESIGNS, LLC,<br><br>Counterclaim-Plaintiff,<br>vs.<br><br>TERESA GONCALVES and DINA KETCHAM,<br><br>Counterclaim-Defendants. | |

I, DAVID K. BOWLES, declare as follows:

1. I am counsel to Defendants Kristin Sheeler Designs, LLC ("KSD"), Kristin Sheeler ("Sheeler"), and James Brinnen ("Brinnen"), in the above-captioned matter.

2. I attach as Exhibit Q hereto a true and correct copy of the deposition transcript of James Brinnen as taken in the above-captioned matter.

3. I attach as Exhibit R hereto a true and correct copy of the deposition transcript of Teresa Goncalves as taken in the above-captioned matter.

4. I attach as Exhibit S hereto a true and correct copy of the deposition transcript of Dina Ketcham as taken in the above-captioned matter.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on Sunday, November 15, 2026.

______________________________

David K. Bowles