**Sage Legal LLC**

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

November 18, 2026

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. Steven L. Tiscione, U.S.M.J.
100 Federal Plaza, Courtroom 910
Central Islip, NY 11722-4438

***Re:*** **Goncalves, *et ano.* v. Kristin Sheeler Designs, LLC, *et al.***
**Case No.: 2:25-cv-4264 (GRB) (ST)**
**Plaintiffs' Letter Motion for Leave to Reply to Rule 41 and Rule 15 Motions**

Dear Judge Tiscione:

This office represents Plaintiffs Teresa Goncalves ("Goncalves") and Dina Ketcham ("Ketcham") (collectively, the "Plaintiffs") in the above-referenced case. Plaintiffs respectfully request leave under Rule III.A of Your Honor's Individual Practice Rules to reply in further support of their letter motion for leave to file the proposed First Amended Complaint ("FAC") (ECF Docket Entry ("ECF") 47), which is set down for a hearing on November 25, 2026. Rule III.A required any response to be served and filed within five (5) business days of receipt of the motion, *i.e.*, by November 17, 2026. Good cause exists for the submission of reply letters in further support of Plaintiffs' motions for attorneys' fees under Rule 41 of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule") and for lave to file an amended complaint under Rule 15 so that the record before the Court addresses the Defendants' letter responses in opposition to each motion and render a decision on the merits for both motions.

As represented in the motion, Plaintiffs requested Defendants' availability to meet and confer on November 4, 2026, and the parties met and conferred by telephone on November 9, 2026 at 3:30 PM. See ECF 47 at 1. That was the same conference Defendants' counsel requested so the parties could "discuss everything at once." See ECF 46-1. Defendants used it to object to amendment on three grounds, namely untimeliness, prejudice because they intend to move for summary judgment on the operative complaint, and futility, and they raised no issue about Plaintiffs' separate Rule 41 motion. See ECF 47 at 1. The meet and confer requirement of Rule III.A and Local Civil Rule 37.3 is therefore satisfied, and Defendants have never contended otherwise as to this motion.

Accordingly, Plaintiffs respectfully request that the Court grant leave to file reply letters in further support of both the Rule 41 and Rule 15 motions. Plaintiffs thank the Court for its time and attention to this matter.

Dated: Jamaica, New York
November 18, 2026

Respectfully submitted,

**SAGE LEGAL LLC**

By: *__/s/ Emanuel Kataev, Esq.__*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiffs*
*Teresa Goncalves and Dina Ketcham*

**__VIA ECF__**
All counsel of record