# Exhibit B

**From:** **Bowers, Joyce** joyce.bowers@fiserv.com
**Subject:** Response-RE: SUBPOENA--Kristin Sheeler Designs, LLC, Civ. No. 2:25-cv-4264, Clover, New York--Matter ID-FISV-061641
**Date:** November 18, 2026 at 12:04 PM
**To:** Emanuel Kataev emanuel@sagelegal.nyc, Alivia Cooney alivia@sagelegal.nyc

JB

Good afternoon,

You should be receiving a separate email from me via Virtru Secure Share stating that I am sharing files with you. To access the files I am providing to you in response to the above-referenced subpoena, please click “View Files.” At the log-in page, please type your email address in the lower right corner and click “Submit” to request a one-time verification link. Upon receiving the verification link, click “Verify Me” to authenticate and access the files.

Please note that this link will only be active for seven (7) days; the email will come from secure-reply@virtru.com. It may be necessary to check your spam/quarantine folder.

Thank you.

**Joyce Bowers**
Senior Paralegal
Corporate Legal Department
Office: 551-328-6797

**Fiserv**
**Forum 2026 | Aug 17-19 | Join Us**
Fiserv | Join Our Team | LinkedIn | Facebook | Instagram

©2026 Fiserv Inc. or its affiliates. Fiserv is a registered trademark of Fiserv Inc. Privacy Notice

---

**From:** Legal Papers <legalpapers@Fiserv.com>
**Sent:** Friday, October 23, 2026 2:42 PM
**To:** emanuel@sagelegal.nyc; alivia@sagelegal.nyc
**Cc:** Legal Papers <legalpapers@Fiserv.com>; Bowers, Joyce <joyce.bowers@fiserv.com>
**Subject:** ICL-RE: SUBPOENA--Kristin Sheeler Designs, LLC, Civ. No. 2:25-cv-4264, Clover, New York--Matter ID-FISV-061641

We have received your request for information and/or documentation. The following individual on my team has been assigned to this file.

Joyce Bowers
Fiserv
3975 NW 120th Ave.
Coral Springs, Florida 33065
Phone: 551-328-6797
joyce.bowers@Fiserv.com

Please be advised that due to the increase volume of requests for information/documentation we are receiving, it may take up to 60 days (or more) for a response. ***When corresponding with the above individual, please always***

response. ***When corresponding with the above individual, please always remember to copy LegalPapers@fiserv.com (or fax to: 402.916.8799) as well, as this will provide coverage in the event the individual is away from the office for any reason. Additionally, please reference our matter number which is in the subject line of this email in all types of correspondence.***

If you have any questions regarding the status of this request, you can reach the Fiserv Subpoena Response Team by email, fax, or phone to discuss.

**John Dixon**
**Fiserv**
**Attn: Legal Papers**
**3975 NW 120th Ave.**
**Coral Springs, Florida 33065**
legalpapers@fiserv.com

---

**From:** FDContracts <FDContracts@Fiserv.com>
**Sent:** Wednesday, October 14, 2026 1:47 PM
**To:** Legal Papers <legalpapers@Fiserv.com>
**Subject:** FW: Goncalves v. Kristin Sheeler Designs, LLC - Subpoena

alivia@sagelegal.nyc

---

**From:**
**Sent:** Wednesday, October 14, 2026 1:31 PM
**To:**
**Cc:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Subject:** Goncalves v. Kristin Sheeler Designs, LLC - Subpoena

**SENT ON BEHALF OF EMANUEL KATAEV, ESQ.**

Hello:

Pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure, please see attached subpoena going out for service.

Thanks and best,
Alivia Cooney
Paralegal
Sage Legal LLC

To unsubscribe from this group and stop receiving emails from it, send an email to legal+unsubscribe@clover.com.